ROME & ASSOCIATES, A.P.C.
Eugene Rome (SBN 232780)
erome@romeandassociates.com
Sridavi Ganesan (SBN 216129)
sganesan@romeandassociates.com
Brianna Dahlberg (SBN 280711)
bdahlberg@romeandassociates.com
2029 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 282-0690
Facsimile: (310) 282-0691

Attorneys for Defendants
THE FULFILLMENT LAB, INC.,
RICHARD NELSON, and BEYOND
GLOBAL INC.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET SIHLER, Individually and On Behalf of All Others Similarly Situated. CHARLENE BAVENCOFF, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE FULFILLMENT LAB, INC; RICHARD NELSON; BEYOND GLOBAL INC.; and JOHN DOES 1-10 INCLUSIVE,<br><br>Defendants. | Case No. 3:20-cv-01528-H-MSB<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE MOTION OF ROME & ASSOCIATES TO WITHDRAW AS COUNSEL**<br><br>FAC Filed: January 7, 2021<br>Judge:   Hon. Marilyn L. Huff |

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

Attorneys Eugene Rome, Sridavi Ganesan, Brianna Dahlberg and their law firm Rome & Associates, A.P.C. (collectively, "Rome & Associates") move the Court for an order permitting them to withdraw as counsel of record for Defendants The Fulfillment Lab, Inc., Richard Nelson, and Beyond Global Inc. ("Defendants") due to non-payment of fees.

The California Rules of Professional Conduct provide for permissive withdrawal when the client "breaches a material term of an agreement with, or obligation to, the lawyer relating to the representation, and the lawyer has given the client a reasonable warning after the breach that the lawyer will withdraw unless the client fulfills the agreement or performs the obligation." Cal. R. Prof. Conduct, R. 1.16(b)(5). "In determining whether to grant [a] motion to withdraw as counsel, courts often weigh the following four factors: (1) reason why withdrawal is sought; (2) the prejudice withdrawal may result to other litigants; (3) the harm withdrawal might cause to the administration of justice; and (4) the degree to which withdrawal will delay the resolution of the case." *Beard v. Shuttermart of Cal. Inc.*, No. 07CV594WQH (NLS), 2008 WL 410694, at *2 (S.D. Cal. Feb. 13, 2008); *Nedbank Int'l, Ltd., v. Xero Mobile, Inc.*, No. CV 07-6594 PSG (AGRx), 2008 WL 4814706, at *1 (C.D. Cal. Oct. 30, 2008).

Here, the four factors weigh in favor of granting withdrawal. Defendants owe Rome & Associates a substantial outstanding balance which is significantly past due. Rome Decl., ¶ 2. Although Rome & Associates has demanded payment, Defendants have failed to pay. *Id*. Defendants have been given an adequate warning that if they did not pay its past due legal bills, Rome & Associates would withdraw. *Id*. at ¶ 3. Rome & Associates has advised Defendants The Fulfillment Lab, Inc. and Beyond Global Inc. that, as entities, they cannot represent themselves in the action and further advised Defendants of the consequences of not retaining legal counsel in this matter. *Id*. Courts have held that the failure to pay attorney's fees may be grounds for withdrawal.

1  *Canandaigua Wine Co. v. Edwin Moldauer*, No. 1:02-cv-06599 OWW DLB, 2009 WL
2  89141, at *2 (E.D. Cal. Jan. 14, 2009); *Moss Landing Commercial Park LLC v. Kaiser
3  Aluminum Corp.*, No. C-07-06072 RMW, 2009 WL 764873, at *1 ("The court applies
4  California's Rules of Professional Conduct to determine whether withdrawal is proper.
5  Pursuant to such rules, an attorney may seek to withdraw if the client 'breaches an
6  agreement or obligation to the member as to expenses or fees.'").

7      Granting the withdrawal will not prejudice Plaintiffs, delay resolution of the case,
8  or impact the administration of justice. Discovery has just begun in this case. There is
9  no trial date set, and the final pretrial conference is not until August 8, 2022. ECF No.
10 50. Plaintiffs' counsel have indicated that they intend to move to amend the complaint
11 after taking discovery to identify Doe defendants.

12     Notwithstanding the early stage of the litigation, good cause exists to grant this
13 motion on an ex parte basis so that the case can move forward with replacement counsel
14 before depositions and other litigation events occur. In particular, Plaintiffs have
15 requested to take the depositions of Defendants' representatives prior to the pleading
16 amendment deadline, which is currently September 2, 2021. ECF No. 58. The
17 Defendants have been provided ample notice and opportunity to retain new counsel.
18 *See* Rome Decl., ¶ 3. Pursuant to L.R. 83.3(f)(3), this Motion is being served on the
19 clients and on opposing counsel concurrently with its filing. Rome Decl., ¶ 7 & Proof
20 of Service filed herewith.

21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

## II. CONCLUSION

For the foregoing reasons, good cause exists to grant this Motion and permit Rome & Associates to withdraw as counsel for Defendants.

Dated: July 27, 2021    **ROME & ASSOCIATES, A.P.C.**

By: _/s/ Brianna Dahlberg_
    Eugene Rome
    Sridavi Ganesan
    Brianna Dahlberg
    Attorneys for Defendants THE FULLMENT LAB, INC., RICHARD NELSON, and BEYOND GLOBAL, INC.