# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET SIHLER, individually and on behalf of all others similarly situated; CHARLENE BAVENCOFF, individually and on behalf of all others similarly situated,<br><br>                                        Plaintiffs,<br><br>v.<br><br>THE FULFILLMENT LAB, INC; RICHARD NELSON; BEYOND GLOBAL INC.; and DOES 1-10,<br><br>                                        Defendants. | Case No.: 3:20-cv-01528-H-MSB<br><br>**ORDER CONDITIONALLY GRANTING MOTION TO WITHDRAW AS TO DEFENDANT RICHARD NELSON**<br><br>[Doc. No. 61.] |

On July 27, 2021, attorneys Eugene Rome, Sridavi Ganesan, Brianna Dahlberg, and their law firm Rome & Associates, A.P.C. (collectively, "Rome & Associates") filed a motion to withdraw as counsel of record for Defendants The Fulfillment Lab, Inc., Richard Nelson, and Beyond Global Inc. due to non-payment of fees. (Doc. No. 61.) For good cause

shown, the Court grants the motion as to Defendant Richard Nelson <u>only</u>, contingent upon Rome & Associates providing Defendant Nelson's address, email address, and phone number to the Court's email inbox (efile_huff@casd.uscourts.gov) **within seven (7) days** of the date of this Order.

For Defendants The Fulfillment Lab and Beyond Global, the hearing on the motion to withdraw set for August 30, 2021 remains in place. The Court again notes that "[i]t is well established that corporations may appear in federal court only through licensed counsel." <u>Foley v. Allied Interstate, Inc.</u>, 312 F. Supp. 2d 1279, 1283 (C.D. Cal. 2004) (citing <u>In re Highley</u>, 459 F.2d 554, 555 (9th Cir. 1972)); <u>see also</u> Civ. L.R. 83.3(j) ("[C]orporations, partnerships and other legal entities, may appear in court only through an attorney").

**IT IS SO ORDERED.**

DATED: August 4, 2021

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT