UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET SIHLER, et al., *Individually and on Behalf of All Others Similarly Situated*,<br><br>Plaintiffs,<br><br>v.<br><br>THE FULFILLMENT LAB, INC, et al.,<br><br>Defendants. | Case No.: 20cv1528-H (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRETRIAL PROCEEDINGS**<br>**[ECF NO. 79]** |

On August 25, 2021, the parties filed a "Joint Motion to Amend Scheduling Order Regulating Discovery and Other Pretrial Proceedings." (ECF No. 79.) In their motion, they ask to continue two deadlines for Plaintiffs: (a) to file a motion to amend the complaint, and (b) to request an informal discovery conference related to pending discovery disputes between the Plaintiffs and Defendants The Fulfillment Lab, Inc. ("TFL") and Richard Nelson ("Nelson"). (Id. at 2.) The primary reason for their request is that TFL and Nelson only recently obtained new counsel, who despite his diligent efforts, needs additional time to familiarize themselves with the case and then move forward with the pending discovery. (Id. at 5.)

///

1

20cv1528-H (MSB)

Based on the foregoing and after consulting with the Chambers of United States District Judge Marilyn Huff, the Court finds good cause and **GRANTS** the joint motion. The deadline for any motion to join other parties, to amend the pleadings, or to file additional pleadings is **CONTINUED** from September 2, 2021 to **September 24, 2021**. The deadline for Plaintiffs, TFL, and Nelson to contact the Court regarding pending discovery disputes is **CONTINUED** to **September 10, 2021.**

**IT IS SO ORDERED**.

Dated: August 30, 2021

Honorable Michael S. Berg
United States Magistrate Judge