# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET SIHLER, individually and on behalf of all others similarly situated; CHARLENE BAVENCOFF, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>THE FULFILLMENT LAB, INC; RICHARD NELSON; BEYOND GLOBAL INC.; and DOES 1-10,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:20-cv-01528-H-MSB<br><br>**ORDER GRANTING JOINT MOTION TO STAY**<br><br>[Doc. No. 96.] |

On October 4, 2021, Defendant Beyond Global, Inc. filed for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court of the District of Wyoming, Case No. 8:21-bk-20421. (Doc. No. 96.) On October 7, 2021, Defendant Beyond Global, Inc. filed a notification of bankruptcy with the Court. (Id.) On October 20, 2021, Plaintiffs Janet Sihler and Charlene Bavencoff and Defendants Fulfillment Lab, Inc. and Richard Nelson filed a joint motion to stay the action until the automatic stay imposed by Defendant Beyond Global, Inc.'s bankruptcy filing is lifted, modified, or clarified by the bankruptcy court. (Doc. No. 96.) The parties argue that proceeding with this action against the other Defendants while the automatic stay is in place would create a substantial risk that counsel may violate the automatic stay. (Id. at 1–2.) Plaintiffs also represent that they intend to file for relief from the automatic stay or clarification of the scope of the stay in the bankruptcy court. (Id. at 2.)

After considering the relevant factors, the Court, exercising its sound discretion, grants the parties' request to stay the action. See Keating v. Office of Thrift Supervision, 45 F.3d 322, 324–25 (9th Cir. 1995). The Court stays the action pending relief or clarification of the scope of the automatic stay imposed by the bankruptcy court in Case No. 8:21-bk-20421, until May 1, 2022. The parties are ordered to file a joint status report with the Court no later than April 15, 2022 to inform the Court of the status of the bankruptcy action.

**IT IS SO ORDERED.**

DATED: November 1, 2021

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT