UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET SIHLER, individually and on behalf of all others similarly situated; CHARLENE BAVENCOFF, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE FULFILLMENT LAB, INC.; RICHARD NELSON; BEYOND GLOBAL, INC.,<br><br>Defendants. | Case No.: 20cv1528-LL-MSB<br><br>**ORDER GRANTING MOTION TO LIFT STAY**<br><br>[ECF No. 99] |

On November 1, 2021, the Court issued an order granting the parties' joint motion to stay this matter pending relief or clarification of the scope of the automatic stay imposed by the bankruptcy court when Defendant Beyond Global, Inc. filed for Chapter 7 bankruptcy. ECF No. 98. On January 4, 2022, this case was transferred to the undersigned. ECF No. 107.

Currently before the Court is Plaintiffs' Notice of Termination of Bankruptcy Stay and Motion to Lift Stay. ECF No. 99. Plaintiffs state that the bankruptcy of Defendant Beyond Global, Inc. was closed on November 24, 2021, the automatic bankruptcy stay has

been terminated, and there is no longer a barrier to discovery proceeding in this action. Id. at 2. Plaintiffs attached a copy of the docket for the bankruptcy case indicating that the case has closed. ECF No. 99-1 at 4. On December 16, 2021, Defendant Beyond Global, Inc. filed a notice that on November 24, 2021, the docket in the bankruptcy case indicated "[t]he trustee has filed a Final Account and has certified that the estate, if any has been fully administered." ECF No. 104. at 1–2. Because the bankruptcy case has closed, the Court finds it appropriate to **GRANT** Plaintiffs' Motion to Lift the Stay and **ORDERS** the following:

1. The parties shall contact the magistrate judge within three days of the issuing of this Order to address discovery deadlines.

2. In resetting any discovery deadlines, the magistrate judge shall vacate the current scheduling order and set pretrial deadlines up to and including the deadline to file the motion for class certification.

3. The January 18, 2022 motion hearing for the Motion to Vacate Stay shall be **VACATED**.

**IT IS SO ORDERED**.

Dated: January 10, 2022

_____
Honorable Linda Lopez
United States District Judge