UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET SIHLER, Individually and On Behalf of All Others Similarly Situated; CHARLENE BAVENCOFF, Individually and On Behalf of All Others Similarly,<br><br>Plaintiffs,<br><br>v.<br><br>THE FULFILLMENT LAB, INC; RICHARD NELSON; BEYOND GLOBAL INC.; and JOHN DOES 1-10 inclusive,<br><br>Defendants. | Case No. 20cv1528-LL-MSB<br><br>**ORDER RE NOTICE OF SUBSTITUTION OF COUNSEL AS TO DEFENDANT BEYOND GLOBAL, INC.**<br><br>[ECF No. 100] |

On December 12, 2021, Defendant Beyond Global, Inc.("Beyond") filed a Notice of Substitution of Counsel to substitute Eugene Rome, Sridavi Ganesan, and Brianna Dahlberg of Rome & Associates, A.P.C. as counsel of record for Beyond in this action, in place of Joseph M. Aliberti, Esq., with the Law Office Joseph M. Aliberti. ECF No. 100. The Notice has been signed by Mr. Aliberti, Mr. Rome, Ms. Ganesan, Ms. Dahlberg, and Beyond. Id. The Court construes the Notice as a motion to substitute counsel. See CivLR 83.3.f.2. For good cause shown, the Court **GRANTS** the motion to substitute counsel. The Court orders that Joseph Aliberti be substituted as counsel for Defendant Beyond and that Eugene Rome, Sridavi Ganesan, and Brianna Dahlberg are withdrawn as counsel for Defendant Beyond.

**IT IS SO ORDERED.**

Dated: January 13, 2022          By: _____
                                       Honorable Linda Lopez
                                       United States District Judge