UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET SIHLER, et al., *Individually and on Behalf of All Others Similarly Situated*,<br><br>Plaintiffs,<br><br>v.<br><br>THE FULFILLMENT LAB, INC, et al.,<br><br>Defendants. | Case No.:  20cv1528-LL (MSB)<br><br>**ORDER SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

The Court **SETS** a telephonic Case Management Conference on **January 24, 2022**, at **1:30 p.m.**  Plaintiffs' counsel is **ORDERED** to arrange the joint call to Judge Berg's chambers at (619) 557-6632.

The parties are to file an updated Joint Discovery Plan no later than **January 21, 2022**.

**IT IS SO ORDERED**.

Dated:  January 14, 2022

_____
Honorable Michael S. Berg
United States Magistrate Judge