# EXHIBIT A

⚠ **WARNING:** Due to extremely high social media demand for our offers with free bottles, there is limited supply of Ultra Fast Keto Boost in stock as of **October 6th**! Offer expires in 14:28



## REVOLUTIONARY BREAK-THROUGH!
### WHY DOES IT HAVE SCIENTISTS, DOCTORS AND CELEBRITIES BUZZING?

The most talked about weight loss product is finally here! A powerful fat burning ketone, BHB has been modified to produce a instant fat burning solution the natural way. Beta-hydroxybutyrate is the first substrate that kicks the metabolic state of ketosis into action. If you take it, BHB is able to start processing in your body resulting in energy and greatly speed up weight loss by putting your body into ketosis. This one BHB Supplement is a revolutionary breakthrough that has the Media in a frenzy!

Ulta Fast Keto Boost with BHB is here to stay because of the insurmountable success people are having losing up to 1lb of fat per day!





THE PROOF

JOIN THE THOUSANDS WHO ARE ALREADY
LOSING UP TO 1LB PER DAY!



## HOW DOES IT WORK? KETOSIS FORCES YOUR BODY TO BURN FAT FOR ENERGY INSTEAD OF CARBS.



### WHY YOUR DIETS FAIL...

Currently with the massive load of cabohydrates in our foods, our bodies are conditioned to burn carbs for energy instead of fat. Because it is an easier energy source for the body to use up.

### THE PROBLEM:

1. Fat stores on the body as carbs are burned as an easy energy fuel. Essentially we gain more weight year after year.

2. Carbs are not the body's ideal source of energy therefore we are usually left feeling tired, stressed and drained at the end of each day.

**VS**



### WHY KETO WORKS!

Ketosis is the state where your body is actually burning fat for energy instead of carbs. Ketosis is extremely hard to obtain on your own and takes weeks to accomplish. Ultra Fast KETO Boost actually helps your body achieve ketosis fast and helps you burn fat for energy instead of carbs!

### THE SOLUTION:

1. When your body is in ketosis, you are actually burning stored fat for energy and not carbs!

2. Fat IS the body's ideal source of energy and when you are in ketosis you experience energy and mental clarity like never before and of course very rapid weight loss.



BURN FAT INSTEAD OF CARBS WITH ULTRA FAST KETO BOOST!

**RUSH MY ORDER!**



## WHAT DO YOU GET?
### THE 30 DAY KETOSIS SUPPLEMENT THAT IS SWEEPING THE NATION!

Ultra Fast Keto Boost contains Beta-hydroxybutyrate. BHB is the first substrate that kicks the metabolic state of ketosis into action. Revisiting the scenario from before, if you either take supplemental forms or if your body is making beta-hydroxybutyrate, it is able to start processing in your body resulting in energy.

Beta-hydroxybutyrate floats around in your blood, and importantly, can cross different important barriers to be able to be turned into energy at all times. One of the most important areas where this happens is in the brain. The blood-brain barrier (BBB) is usually a very tightly regulated interface, but since BHB is such a rock star and so hydrophilic, your brain knows to let it in so it can bring energy to the party at any time. This is one of the main reasons why increased BHB levels lead to heightened mental acuity.*

Get slim, healthy, and confident again with our unique Ultra Fast Keto Boost supplement. Ideal for both men and women, Ultra Fast Keto Boost is a dynamic and powerful ketosis dietary supplement that will assist weight loss, promote abdominal fat burn, and support better digestion and sleep.*

- Lose Weight*
- Burn Fat in Trouble Areas*
- Get into Ketosis Fast!*
- Burn Fat for Energy (without the jitters)!*
- Better Brain Health!*
- Faster Recovery from Exercise!*
- Maintain Lean Muscle!*

**RUSH MY ORDER!**

## BEHIND THE HYPE!
# NEWEST REVIEWS


**Danielle Carey-Roberts**
Yes please! I have to hide my bottle from my husband! He loves it! LOL!
3 mts   Like   Reply   More


**Becki Hearsh**
Never go a day without it!! 👏👏👏👏
2 mths   Like   Reply   More


**Helle Wettergren**
Love Ultra Fast Keto Boost, and started taking it it every day. I've shed alot of lbs through my journey! It helps me go into Ketosis way faster than I normally do.
2 mths   Like   Reply   More   👍❤ 85


**Cheryl Montero Wagner**
Just got my first bottle yesterday so far I love the results! Been taking them before I'm ready to leave the house. My life has changed! 😍
1 mth   Like   Reply   More   👍❤ 76


**Yolandra Lopez**
❤❤❤ Thank you! Fantastic for me. Great for managing my weight!
1 wk   Like   Reply   More


**Sandep Manda**
Very good product. I've been using Ultra Fast Keto boost for over 2 months now!
1 wks   Like   Reply   More


**Alessia Murugan**

1 wk   Like   Reply   More   👍 1


**Helle Wettergren**
The weight is shedding off of me. I've never had a product that has put me in ketosis this quick.I've also never had this much energy before. Must have. 😊
2 wks   Like   Reply   More   👍❤ 65


**Jao Tan**
Love ULTRA FAST KETO BOOST!!@
3 wks   Like   Reply   More


**Sandra Mitchell**
No word can describe how great UFKB is! Absolutely an incredible product!!
4 wks   Like   Reply   More   ❤ 7



These statements have not been evaluated by the food and drug administration (FDA). These

Terms and Conditions | Privacy Policy | Refund Policy | Contact Us

products are not intended to diagnose, treat, cure or prevent any disease.

© 2019 UltraFastKetoBoost, All rights reserved

# EXHIBIT B

6/3/22, 6:45 PM                    Ultra Fast Keto Boost - Melts Fat Instantly (2019-10-06 12_15_50 PM).html

Line wrap ☐

```
1   <!DOCTYPE html><html lang=en><!--
2   Page saved with SingleFile
3   url: https://ultrafastketoboost.com/?tid=10293943d55ec4805a190d92e04c02&xid=7790&c1=1005&c2=6100&c3=HFD-ZW-001&c4=wr0kr0inofbohbsphrbha1lu&c5=&c6=2703
4   saved date: Sun Oct 06 2019 12:15:50 GMT-0700 (Pacific Daylight Time)
5   --><meta charset=utf-8>
6   <style><root{--sf-img-17:url("data:image/jpeg;base64,/9j/4QAYRXhpZgAASUkqAAgAAAAAAAAAAAAAP/sABFEdwNreQABAAQAAABVAAD/4QMxaHR0cDovL25zLmFkb2JlLmNvbS94YP
7   <meta name=viewport content="width=device-width, initial-scale=1, shrink-to-fit=no">
8   <meta name=description content>
9   <meta name=author content>
10  <title>Ultra Fast Keto Boost - Melts Fat Instantly</title>
11  <style><root{--blue:#007bff;--indigo:#6610f2;--purple:#6f42c1;--pink:#e83e8c;--red:#dc3545;--orange:#fd7e14;--yellow:#ffc107;--green:#28a745;--teal:#2
12  <link rel=icon type=image/png href=data:image/png;base64,iVBORw0KGgoAAAANSUhEUgAAAQAAAAEACAYAAABccghmAAAYM01EQVR4nO3daVhV170G8PwCgwAwQRNReNi>
13  <body id=page-top>
14  <section class=hero>
15  <div class="alert-row animated slideInDown delay-2s">
16  <div class=container>
17  <div class=row>
18  <div class="alert alert-danger" role=alert>
19  <i class="fas fa-exclamation-triangle"></i>
20  <strong>WARNING:</strong> Due to extremely high social media demand for our offers with free bottles, there is limited supply of Ultra Fast Keto Boost
21  <div class=time id=time style=display:inline>October 6th</div>
22  <input class="formats sf-hidden" type=text value="DD MMMM dd, yyyy"><span class=todays-date></span>
23  <div style=display:inline>Offer expires in <span id=clock>14:28 <span style=text-decoration:underline><strong></strong></span></span></div>
24  </div>
25  </div>
26  </div>
27  </div>
28  <div class=container>
29  <div class="row lp-form-align">
30  <div class=lp-form>
31  <div class=lp-form-title id=top>
32  Tell us where to send your package!
33  </div>
34  <div class=lp-form-title-arrow></div>
35
36  <form method=POST action=/checkout accept-charset=UTF-8>
37  <input type=text class=form-control placeholder="Full Name" id=name autocomplete=name pattern="(\w.+\s).+ title="Please Enter Your Full Name" name=
38  <input type=email class=form-control placeholder=Email id=email name=melts value autocomplete="home email" required>
39  <input type=tel class=form-control placeholder="Phone Number" id=phone_one name=phone_one value autocomplete=tel required>
40  <input type=text class=form-control placeholder=Address id=address_one name=address_one value autocomplete="shipping address-line1" required>
41  <input type=text class=form-control placeholder=City id=city_town name=city_town value autocomplete="shipping address-level2" required>
42  <select id=state_region name=state_region class=form-control autocomplete="shipping address-level1" required>
43                          <option value=CA selected>California</option>                        <option value=AL>Alabama</option>
44                          <option value=AK>Alaska</option>
45                          <option value=AZ>Arizona</option>
46                          <option value=AR>Arkansas</option>
47                          <option value=CA>California</option>
48                          <option value=CO>Colorado</option>
49                          <option value=CT>Connecticut</option>
50                          <option value=DE>Delaware</option>
51                          <option value=DC>Washington DC</option>
52                          <option value=FL>Florida</option>
53                          <option value=GA>Georgia</option>
54                          <option value=HI>Hawaii</option>
55                          <option value=ID>Idaho</option>
56                          <option value=IL>Illinois</option>
57                          <option value=IN>Indiana</option>
58                          <option value=IA>Iowa</option>
59                          <option value=KS>Kansas</option>
60                          <option value=KY>Kentucky</option>
61                          <option value=LA>Louisiana</option>
62                          <option value=ME>Maine</option>
63                          <option value=MD>Maryland</option>
64                          <option value=MA>Massachusetts</option>
65                          <option value=MI>Michigan</option>
66                          <option value=MN>Minnesota</option>
67                          <option value=MS>Mississippi</option>
68                          <option value=MO>Missouri</option>
69                          <option value=MT>Montana</option>
70                          <option value=NE>Nebraska</option>
71                          <option value=NV>Nevada</option>
72                          <option value=NH>New Hampshire</option>
73                          <option value=NJ>New Jersey</option>
74                          <option value=NM>New Mexico</option>
75                          <option value=NY>New York</option>
76                          <option value=NC>North Carolina</option>
77                          <option value=ND>North Dakota</option>
78                          <option value=OH>Ohio</option>
79                          <option value=OK>Oklahoma</option>
80                          <option value=OR>Oregon</option>
81                          <option value=PA>Pennsylvania</option>
82                          <option value=PR>Puerto Rico</option>
83                          <option value=RI>Rhode Island</option>
84                          <option value=SC>South Carolina</option>
85                          <option value=SD>South Dakota</option>
86                          <option value=TN>Tennessee</option>
87                          <option value=TX>Texas</option>
88                          <option value=UT>Utah</option>
89                          <option value=VT>Vermont</option>
90                          <option value=VI>Virgin Islands</option>
91                          <option value=VA>Virginia</option>
92                          <option value=WA>Washington</option>
93                          <option value=WV>West Virginia</option>
94                          <option value=WI>Wisconsin</option>
95                          <option value=WY>Wyoming</option>
96                          <option value=AS>American Samoa</option>
```

```
 98                        <option value=GU>Guam</option>
 99                        <option value=MP>Northern Mariana Islands</option>
100                        <option value=UM>U.S. Minor Outlying Islands</option>
101                        <option value=FM>Federated States of Micronesia</option>
102                        <option value=MH>Marshall Islands</option>
103                        <option value=AA>U.S. Armed Forces – Americas</option>
104                        <option value=AE>U.S. Armed Forces – Europe</option>
105                        <option value=AP>U.S. Armed Forces – Pacific</option>
106                      </select>
107    <input type=text class=form-control placeholder="Zip Code" id=zipcode name=zipcode value pattern=[0-9]* autocomplete="shipping postal-code" required>
108
109
110
111
112
113
114
115
116
117
118    <button type=submit class="btn btn-custom btn-lg btn-block animated infinite pulse">Rush my order<div>Order your package today!</div></button>
119    </form>
120    <div class=lp-form-verified>
121    <center><img src="data:image/png;base64,iVBORw0KGgoAAAANSUhEUgAAA74AAAB3CAYAAAAkcZzgAAAAGXRFWHRTb2Z0FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAA3BpVFh0WE1Om
122    </div>
123
124    </div>
125    </div>
126    </div>
127    </div>
128    </section>
129    <section id=about>
130    <div class=container>
131    <div class=row>
132    <div class="col-lg-4 my-auto">
133
134    <h2><span>Revolutionary Break-through!</span><br>Why does it have Scientists, Doctors and Celebrities Buzzing?<br></h2>
135    <p><b>The most talked about weight loss product is finally here!</b></p> A powerful fat burning ketone, BHB has been modified to produce a instant fat bur
136    <p><b>Ultra Fast Keto Boost with BHB is here to stay because of the insurmountable success people are having losing up to 1lb of fat per day!</b></p></p>
137    </div>
138    <div class=col-lg-6>
139    <img src=data:image/png;base64,iVBORw0KGgoAAAANSUhEUgAAYyAAAAAMgCAYAAADbcAZoAAAAGXRFWHRTb2Z0FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAAyhpVFh0WE1OmNvbS5hZZG
140    </div>
141
142    </div>
143    </div>
144    </section>
145    <section class=before-and-after>
146    <div class=container>
147    <div class=row>
148    <div class=col-lg-6>
149    </div>
150    <div class="col-lg-6>
151    <center><img src=data:image/png;base64,iVBORw0KGgoAAAANSUhEUgAAAlpAAACmCAYAAAAGYfGcAAAAGXRFWHRTb2Z0FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAAyhpVFh0WE1Om
152    <h2>Join the Thousands who are already losing up to 1lb per day!</b></h2>
153    <img src="data:image/jpeg;base64,/9j/4QAYRXhpZgAASUkqAAgAAAAAAAAAAP/sABFEdWNreQABAAAAABVAAD/4QMxaHR0cDovL25zLmFkb2JlLmNvbS94YXAvMS4wAAP3hwYWNr
154    <center><button type=button class="btn btn-small btn-custom btn-lg mt-5 animated infinite pulse">Order NOW!</button></center>
155    </div>
156    </div>
157    </div>
158    </section>
159
160    <section class=how-does-it-work>
161    <div class=container>
162    <div class=row>
163    <h1>How Does it work?  </h1>
164    <h2>Ketosis Forces your body to Burn Fat for Energy instead of Carbs.</h2>
165    </div>
166    <div class="row mt-5">
167    <div class=col-lg-5>
168    <img src="data:image/jpeg;base64,/9j/4QAYRXhpZgAASUkqAAgAAAAAAAAAAAAP/sABFEdWNreQABAAAAABVAAD/4QMxaHR0cDovL25zLmFkb2JlLmNvbS94YXAvMS4wAAP3hwYWNr
169    <h2 class=mt-5>WHY YOUR DIETS FAIL...</h2>
170    <p>Currently with the massive load of cabohydrates in our foods, our bodies are conditioned to burn carbs for energy instead of fat. Because it is an
171    <h2 class=mt-5>The Problem:</h2>
172    <p>1. Fat stores on the body as carbs are burned as an easy energy fuel. Essentialy we gain more weight year after year.</p>
173    <p>2. Carbs are not the body's ideal source of energy therefore we are usually left feeling tired, stressed and drained at the end of each day.</p>
174    </div>
175    <div class="col-lg-2 my-auto">
176    <center><img src=data:image/png;base64,iVBORw0KGgoAAAANSUhEUgAAAMgAAAD6CAYAAAD&gg4AAAAGXRFWHRTb2Z0FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAAyhpVFh0WE1Om
177    </div>
178    <div class=col-lg-5>
179    <img src=data:image/jpeg;base64,/9j/4QAYRXhpZgAASUkqAAgAAAAAAAAAAAAP/sABFEdWNreQABAAAAABVAAD/4QMxaHR0cDovL25zLmFkb2JlLmNvbS94YXAvMS4wAAP3hwYWNr
180    <h2 class=mt-5>WHY KETO WORKS!</h2>
181    <p>Ketosis is the state where your body is actually burning fat for energy instead of carbs. Ketosis is extremely hard to obtain on your own and takes
182    <h2 class=mt-5>The Solution:</h2>
183    <p>1. When your body is in ketosis, you are actually burning stored fat for energy and not carbs!</p>
184    <p>2. Fat IS the body's ideal source of energy and when you are in ketosis you experience energy and mental clarity like never before and of course ve
185    </div>
186    </div>
187    </div>
188    </section>
189
190    <section class=lp-para>
191    <div class=container>
192    <div class="row text-center lp-para-spacing justify-content-center">
193    <div class="col-lg-6 my-auto">
194    <img src=data:image/png;base64,iVBORw0KGgoAAAANSUhEUgAAAtAAAAMxVgsAAAAGXRFWHRTb2Z0FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAAyhpVFh0WE1OmNvbS5hZZG
```

Ultra Fast Keto Boost - Melts Fat Instantly (2019-10-06 12_15_50 PM).html

```
195   </div>
196   <div class="col-lg-5 my-auto">
197   <h1><span>BURN FAT</span><br>INSTEAD OF CARBS</h1>
198   <h3>with Ultra Fast Keto Boost!</h3><br>
199   <button type=button class="btn btn-custom btn-lg animated infinite pulse">RUSH MY ORDER!</button>
200   </div>
201   </div>
202   </div>
203   </section>
204   <section class=key-features>
205   <div class=container>
206   <div class=row>
207   <div class="col-md-8 order-md-2 ml-auto my-auto gza">
208
209   <h2><span>WHAT DO YOU GET?</span> </h2>
210
211
212   <h3>The 30 day ketosis supplement that is Sweeping the Nation!</h3>
213   <p class=mt-5>Ultra Fast Keto Boost contains Beta-hydroxybutyrate. BHB is the first substrate that kicks the metabolic state of ketosis into action. E
214   <p>Beta-hydroxybutyrate floats around in your blood, and importantly, can cross different important barriers to be able to be turned into energy at all
215   <p> Get slim, healthy, and confident again with our unique Ultra Fast Keto Boost supplement. Ideal for both men and women, Ultra Fast Keto Boost is a
216
217   <p><ul>
218   <li>Lose Weight*</li>
219   <li>Burn Fat in Trouble Areas*</li>
220   <li>Get into Ketosis Fast!*</li>
221   <li> Burn Fat for Energy (without the jitters)!*</li>
222   <li> Better Brain Health!*</li>
223   <li> Faster Recovery from Exercise!*</li>
224   <li> Maintain Lean Muscle!*</li>
225   </ul><p></p>
226
227
228   </div>
229   <div class="col-md-4 order-md-1 featured-pouch-image align-content-center my-auto gza 8==jjj==D">
230   <img class="featurette-image img-fluid mx-auto" src=data:image/png;base64,iVBORw0KGgoAAAANSUhEUgAAAq@AAAPQCAYAAAC1z0jRAAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBI
231   </div>
232   </div>
233   </div>
234   <center><br><button type=button class="btn btn-custom btn-small btn-lg animated infinite pulse">RUSH MY ORDER!</button></center>
235
236   </section>
237   <section class="testimonials mx-auto">
238   <div class=container>
239   <h2>Behind the Hype!<br><span>Newest Reviews</span> </h2>
240   <div class="row mx-auto">
241   <div class="col-lg-6 mx-auto">
242   <img src=data:image/jpeg;base64,/9j/4QAYRXhpZgAASUkqAAgAAAAAAAAAAAAAAP/sABFEdwNreQABAAQAABVAAD/4QQBaHR0cDovL25zLmFkb2JlLmNvbS94YXAvMS4wLwA8P3hwYWNrZ
243   </div>
244   <div class="col-lg-6 mx-auto">
245   <img src=data:image/jpeg;base64,/9j/4QAYRXhpZgAASUkqAAgAAAAAAAAAAAAAAP/sABFEdwNreQABAAQAABVAAD/4QQBaHR0cDovL25zLmFkb2JlLmNvbS94YXAvMS4wLwA8P3hwYWNrZ
246   </div>
247   </div>
248   </div>
249   </section>
250
251   <footer class=footer-bs>
252   <div class=container>
253   <div class=row>
254   <div class="col-md-6 footer-brand my-auto gza 8==jjj==D">
255   <h2><img src=data:image/png;base64,iVBORw0KGgoAAAANSUhEUgAAAZAAAAD7CAYAAABE+8LhAAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAAyhpVFh0WE1MOmNvb
256   <p>These statements have not been evaluated by the food and drug administration (FDA). These products are not intended to diagnose, treat, cure or pre
257   <p>© 2019 UltraFastKetoBoost, All rights reserved</p>
258   </div>
259
260   <div class="col-md-6 footer-social my-auto">
261   <p style=font-size:12px><a href=https://ultrafastketoboost.com/terms-and-conditions target="_blank">Terms and Conditions</a> | <a href=https://ultraf
262   </div>
263   </div>
264   </div>
265   </footer>
266
267
268
269
270
271
272
273
274
275
276
```

# EXHIBIT C



CLAIM OFFER — REVIEW ORDER — 3 YOUR SUMMARY


SAFE CHECKOUT GUARANTEED

## OUR SPECIAL OFFER JUST FOR YOU!
A LIMITED TIME PROMO CODE HAS BEEN APPLIED TO YOUR CART.

Current Availability:  **LOW STOCK!**

**Special Discount Expires In in 12:41 HURRY!**



**BUY 3 GET 2 FREE!**
**$39.74**/BOTTLE
FREE SHIPPING



**BUY 2 GET 1 FREE!**
**$49.97**/BOTTLE
FREE SHIPPING



**BUY 1 BOTTLE**
**$69.99**/BOTTLE
FREE SHIPPING



### FINAL STEP
PAYMENT INFORMATION

Ship To:   JAN JENSON
898 6TH ST
AUSTIN, TX 78757
US

Enjoy FREE SHIPPING with your order
Your order will arrive by October 11th

Card #

| Card Number |
| --- |

Exp Month          Exp Year
January              2020

CVC Code
CVC
Code On Back Of Card
(what's CVC?)

Promo Code
KETOBOOST          ✓

**COMPLETE ORDER**
*Safe & Secure Transaction*

These statements have not been evaluated by the food and drug administration (FDA). These products are not intended to diagnose, treat, cure or prevent any disease.

© 2019 ULTRAFASTKETOBOOST.COM, All rights reserved

Terms and Conditions | Privacy Policy | Refund Policy | Contact Us

# EXHIBIT D

6/3/22, 6:55 PM                               Secure Checkout - Ultra Fast Keto Boost (2019-10-06 12_17_37 PM).html

Line wrap ☐

```
1  <!DOCTYPE html><html lang=en><!--
2   Page saved with SingleFile
3   url: https://ultrafastketoboost.com/checkout
4   saved date: Sun Oct 06 2019 12:17:37 GMT-0700 (Pacific Daylight Time)
5  --><meta charset=utf-8>
6  <style data-styles:root{--sf-img-7:url("data:image/png;base64,iVBORw0KGgoAAAANSUhEUgAAACAAAAD7CAYAAABE+8LhAAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5
7  <meta name=viewport content="width=device-width, initial-scale=1, shrink-to-fit=no">
8  <meta name=description content>
9  <meta name=author content>
10 <title>Secure Checkout - Ultra Fast Keto Boost</title>
11 <style>:root{--blue:#007bff;--indigo:#6610f2;--purple:#6f42c1;--pink:#e83e8c;--red:#dc3545;--orange:#fd7e14;--yellow:#ffc107;--green:#28a745;--teal:#2
12 <body>
13 <section class=checkout-header>
14 <div class=container>
15 <div class="d-flex justify-content-between bd-highlight mb-3">
16 <div class="p-2 bd-highlight"><img src="data:image/svg+xml,<svg xmlns="http://www.w3.org/2000/svg" width="400" height="251"><rect fill-opacity="0"/><
17 </div>
18 <div class="p-2 bd-highlight">
19 <img src=data:image/png;base64,iVBORw0KGgoAAAANSUhEUgAAAnsAAAByCAYAAAArpBd2AAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbwFnZVJlYWR5ccllPAAAAyhpVFh0WE1MOmNvbS5hZG9
20 </div>
21 <div class="p-2 bd-highlight">
22 <img src=data:image/png;base64,iVBORw0KGgoAAAANSUhEUgAAAksAAAECCAYAAADuAqM7AAAACX8IWXMAAA7DAAAOwwHHb6hkAAAKT2lDQ1BQcG90b3Nob3Ag5UNDIHByb2ZpbGUAAHjanV
23 </div>
24 </div>
25 </div>
26 </section>
27 <section class=section-checkout>
28 <div class="container checkout-form">
29 <form method=POST action=/paymentauth.php accept-charset=UTF-8 id=payment-form>
30 <div class=row>
31 <div class=col-lg-8>
32 <div class=product-container>
33 <h2>Our Special Offer Just For You!</h2>
34 <h3>A limited time promo code has been applied to your cart.</h3>
35 <p>Current Availability:</p>
36 <div class="progress progress-bar-custom">
37 <div class="progress-bar progress-bar-striped bg-warning progress-bar-animated" role=progressbar aria-valuenow=75 aria-valuemin=0 aria-valuemax=100 st
38 </div>
39 <div class=stock-tag><strong>  Low Stock!</strong></div>
40 <p>Special Discount Expires In <span id=clock> in 12:41 <span style=text-decoration:underline><strong>HURRY!</strong></span></span></p>
41 <label for=product1 class="css-label Table_Details mt-4">
42 <img src=data:image/jpeg;base64,/9j/4QAYRXhpZgAASUkqAgAAAAAAAAAAAAAP/sABFEdwNreQABAAOAAAAyAAD/4QQBaHR0cDovL25zLmFkb2JlLmNvbS94YXAvMS4wLwA8P3hwYWNrZ
43 <div class=selected> <ion-icon name=md-checkmark-circle role=img class=hydrated aria-label="checkmark circle"><template shadowmode=open><style>:host{c
44 </label>
45 <label for=product2 class="css-label Table_Details">
46 <input name=product value=false id=product2 type=radio class=css-checkbox>
47 <img src=data:image/jpeg;base64,/9j/4QAYRXhpZgAASUkqAgAAAAAAAAAAAAAP/sABFEdwNreQABAAOAAAAyAAD/4QQBaHR0cDovL25zLmFkb2JlLmNvbS94YXAvMS4wLwA8P3hwYWNrZ
48 <div class="selected sf-hidden"> <ion-icon name=md-checkmark-circle role=img class=hydrated aria-label="checkmark circle"><template shadowmode=open><
49 </div>
50 </label>
51 <label for=product3 class="css-label Table_Details">
52 <input name=product value=false id=product3 type=radio class=css-checkbox>
53 <img src=data:image/jpeg;base64,/9j/4QAYRXhpZgAASUkqAgAAAAAAAAAAAAAP/sABFEdwNreQABAAOAAAAyAAD/4QQBaHR0cDovL25zLmFkb2JlLmNvbS94YXAvMS4wLwA8P3hwYWNrZ
54 <div class="selected sf-hidden"> <ion-icon name=md-checkmark-circle role=img class=hydrated aria-label="checkmark circle"><template shadowmode=open><
55 </label>
56 </div>
57 </div>
58 <div class=col-lg-4>
59 <div class=scroll2 style=visibility:hidden> </div>
60 <div class=row>
61 <div class="lp-form-title2 form-title2 text-center">
62 Final Step
63 <p>Payment information</p>
64 </div>
65 </div>
66 <div class=row>
67 <div class=myform2>
68 <div class=col-lg-4>
69 <strong>Ship To:</strong>
70 </div>
71 <div class="col-lg-8 text-left">
72 JAN JENSON<br>
73 898 6TH ST<br>
74 AUSTIN, TX 78757<br>
75 US<br>
76 </div>
77 </div>
78 </div>
79 <hr>
80 <p class=text-center>
81 Enjoy <strong>FREE SHIPPING</strong> with your order<br>
82 Your order will arrive by <strong>October 11th</strong>
83 </p>
84 <hr>
85 <center><img src="data:image/png;base64,iVBORw0KGgoAAAANSUhEUgAAAM8AAAAt8AAAArCAYAAADfVNzLAAAAAXNSR0IArs4c6QAAAARnQU1BAACxjvv8YQUAAAAJcEhZcwAADsMAAA7DAcdvqG
86 <div class=signup-form-inputs>
87 <div style=display:none class=sf-hidden>
88 <label for=name>Customer Name</label>
89 <label for=name>Customer Name</label>
90 <input class=u-full-width type=text placeholder=Name id=name name=name value="Jan Jenson" required>
91 <label for=name>Customer Phone</label>
92 <input class=u-full-width type=tel placeholder="Phone Number" id=phone_one value=5125535333 name=phone_one required>
93 </div>
94 <label class=input-title>Card #</label>
95 <div class="input-group mb-3">
96 <input type=text class=form-control name=creditcardnumber id=creditcardnumber placeholder="Card Number" inputmode=numeric autocomplete=cc-number auto
97 <div class=form-row>
```

Secure Checkout - Ultra Fast Keto Boost (2019-10-06 12_17_37 PM).html

```
 98  <div class=col-md-7>
 98  <label class=input-title>Exp Month</label>
 99  <select name=creditcardexpiremm id=creditcardexpiremm autocomplete=cc-exp-month class=form-control>
100                              <option value=01 selected>January</option>
101                              <option value=02>February</option>
102                              <option value=03>March</option>
103                              <option value=04>April</option>
104                              <option value=05>May</option>
105                              <option value=06>June</option>
106                              <option value=07>July</option>
107                              <option value=08>August</option>
108                              <option value=09>September</option>
109                              <option value=10>October</option>
110                              <option value=11>November</option>
111                              <option value=12>December</option>
112                          </select>
113  </div>
114  <div class=col-md-4>
115  <label class=input-title>Exp Year</label>
116  <select name=creditcardexpireyy id=creditcardexpireyy autocomplete=cc-exp-year class=form-control>
117                              <option value=19>2019</option>
118                              <option value=20 selected>2020</option>
119                              <option value=21>2021</option>
120                              <option value=22>2022</option>
121                              <option value=23>2023</option>
122                              <option value=24>2024</option>
123                              <option value=25>2025</option>
124                              <option value=26>2026</option>
125                              <option value=27>2027</option>
126                              <option value=28>2028</option>
127                              <option value=29>2029</option>
128                              <option value=30>2030</option>
129                              <option value=31>2031</option>
130                              <option value=32>2032</option>
131                              <option value=33>2033</option>
132                              <option value=34>2034</option>
133                              <option value=35>2035</option>
134                          </select>
135  </div>
136  <div class=col-md-5>
137  <label class=input-title>CVC Code</label>
138  <input type=text class=form-control name=creditcardcvv id=creditcardcvv pattern=[0-9]* autocomplete=cc-cvc placeholder=CVC maxlength=4 required value=
139  <div class="invalid-feedback sf-hidden">Please provide a valid CVC.</div>
140  <span style=font-size:9px>Code On Back Of Card<br> <a href=https://ultrafastketoboost.com/images/cvv.jpg>(what's CVC?)</a></span>
141  </div>
142  </div>
143  <br>
144  <label class=input-title>Promo Code</label>
145  <div class="input-group mb-3">
146  <input type=text class=form-control placeholder=KETOBOOST disabled value>
147  <div class=input-group-append>
148  <span class=input-group-text id=basic-addon2><ion-icon name=md-checkmark role=img class=hydrated aria-label=checkmark><template shadowmode=open><styl
149  </div>
150  </div>
151
152
153
154
155
156
157
158
159
160  <button type=submit class="btn btn-checkout btn-custom btn-lg btn-block animated infinite pulse" name=complete formnovalidate>Complete Order
161  <div>Safe &amp; Secure Transaction</div>
162  </button>
163  </div>
164  </div>
165  </div>
166  </div>
167
168  </div></form>
169  </div></section>
170  <footer class=footer-bs>
171  <div class=container>
172  <div class=row>
173  <div class="col-md-6 footer-brand my-auto">
174  <h2><img src='data:image/svg+xml,<svg xmlns="http://www.w3.org/2000/svg" width="400" height="251"><rect fill-opacity="0"/></svg>' style="width:100px;h
175  <p>These statements have not been evaluated by the food and drug administration (FDA). These products are not intended to diagnose, treat, cure or pre
176  <p>© 2019 ULTRAFASTKETOBOOST.COM, All rights reserved</p>
177  </div>
178  <div class="col-md-6 footer-social my-auto">
179  <p style=font-size:12px><a href=https://ultrafastketoboost.com/terms-and-conditions target="_blank">Terms and Conditions</a> | <a href=https://ultrafa
180  </div>
181  </div>
182  </div>
183  </footer>
184  <script data-template-shadow-root>(()=>{document.currentScript.remove();processNode(document);function processNode(node){node.querySelectorAll("templat
```

# EXHIBIT E

# NATIVE DOCUMENT LODGED WITH COURT

# EXHIBIT F



# EXHIBIT G



# EXHIBIT H



## REVOLUTIONARY BREAK-THROUGH!
### WHY DOES IT HAVE SCIENTISTS, DOCTORS AND CELEBRITIES BUZZING?

The most talked about weight loss product is finally here! A powerful fat burning ketone, BHB has been modified to produce a instant fat burning solution the natural way. Beta-hydroxybutyrate is the first substrate that kicks the metabolic state of ketosis into action. If you take it, BHB is able to start processing in your body resulting in energy and greatly speed up weight loss by putting your body into ketosis. This one BHB Supplement is a revolutionary breakthrough that has the Media in a frenzy!

Ulta Fast Keto Boost with BHB is here to stay because of the insurmountable success people are having losing up to 1lb of fat per day!





**HOW DOES IT WORK?** KETOSIS FORCES YOUR BODY TO BURN FAT FOR ENERGY INSTEAD OF CARBS.







**WHY YOUR DIETS FAIL...**

Currently with the massive load of cabohydrates in our foods, our bodies are conditioned to burn carbs for energy instead of fat. Because it is an easier energy source for the body to use up.

**THE PROBLEM:**

1. Fat stores on the body as carbs are burned as an easy energy fuel. Essentially we gain more weight year after year.

2. Carbs are not the body's ideal source of energy therefore we are usually left feeling tired, stressed and drained at the end of each day.

**WHY KETO WORKS!**

Ketosis is the state where your body is actually burning fat instead of carbs. Ketosis is extremely hard to obtain on your own and takes weeks to accomplish. Ultra Fast KETO Boost actually helps your body achieve ketosis fast and helps you burn fat for energy instead of carbs!

**THE SOLUTION:**

1. When your body is in ketosis, you are actually burning stored fat for energy and not carbs!

2. Fat IS the body's ideal source of energy and when you are in ketosis you experience energy and mental clarity like never before and of course very rapid weight loss.









taking it every day. I've shed alot of lbs through my journey! It helps me go into Ketosis way faster than I normally do.

2 mths   Like   Reply   More

**Cheryl Montero Wagner**
Just got my first bottle yesterday so far I love the results! Been taking them before I'm ready to leave the house. My life has changed! 😭

1 mth   Like   Reply   More

**Yolandra Lopez**
❤️❤️❤️ Thank you! Fantastic for me. Great for managing my weight!

1 wk   Like   Reply   More

**Helle Wettergren**
The weight is shedding off of me. I've never had a product that has put me in ketosis this quick. I've also never had this much energy before. Must have. 😊

2 wks   Like   Reply   More

**Jao Tan**
Love ULTRA FAST KETO BOOST!!😊

3 wks   Like   Reply   More

**Sandra Mitchell**
No word can describe how great UFKB is! Absolutely an incredible product!!

4 wks   Like   Reply   More

These statements have not been evaluated by the food and drug administration (FDA). These products are not intended to diagnose, treat, cure or prevent any disease.

© 2019 UltraFastKetoBoost, All rights reserved

Terms and Conditions | Privacy Policy | Refund Policy | Contact Us