# EXHIBIT J

  

## OUR SPECIAL OFFER JUST FOR YOU!
A LIMITED TIME PROMO CODE HAS BEEN APPLIED TO YOUR CART.

Current Availability: **LOW STOCK!**

Special Discount Expires In **in 08:18 HURRY!**



**BUY 3 GET 2 FREE!**
$39.74/BOTTLE
📦 FREE SHIPPING

**BUY 2 GET 1 FREE!**
$49.97/BOTTLE
📦 FREE SHIPPING



**BUY 1 BOTTLE**
$69.99/BOTTLE
📦 FREE SHIPPING



### FINAL STEP
PAYMENT INFORMATION

Ship To: ALEX COVE
1945 S HILL SR
LOS ANGELES, CA 90007

Enjoy **FREE SHIPPING** with your order
Your order will arrive by **September 11th**

Card #
[ Card Number ]

Exp Month    Exp Year
[ January ]   [ 2020 ]

CVC Code
[ CVC ]
Code On Back Of Card
[what's CVC?]

Promo Code
[ KETOBOOST ]  ✓

**COMPLETE ORDER**
Safe & Secure Transaction

These statements have not been evaluated by the food and drug administration (FDA). These products are not intended to diagnose, treat, cure or prevent any disease.

© 2019 ULTRAFASTKETOBOOST.COM, All rights reserved

Terms and Conditions | Privacy Policy | Refund Policy | Contact Us

# EXHIBIT K

4/28/22, 9:48 AM                Secure Checkout - Ultra Fast Keto Boost (2019-09-06 9_20_37 PM) (1).html

Line wrap ☐

```
1  <!DOCTYPE html><html lang=en><!--
2  Page saved with SingleFile
3  url: https://ultrafastketoboost.com/checkout
4  saved date: Thu Sep 05 2019 21:20:37 GMT-0400 (Eastern Daylight Time)
5  --><meta charset=utf-8>
6  <style data=styles::root{--sf-img-8:url("data:image/png;base64,iVBORw0KGgoAAAANSUhEUgAAAZAAAAD7CAYAAABE+8LhAAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5
7  <meta name=viewport content="width=device-width, initial-scale=1, shrink-to-fit=no">
8  <meta name=description content>
9  <meta name=author content>
10 <title>Secure Checkout - Ultra Fast Keto Boost</title>
11 <style>:root{--blue:#007bff;--indigo:#6610f2;--purple:#6f42c1;--pink:#e83e8c;--red:#dc3545;--orange:#fd7e14;--yellow:#ffc107;--green:#28a745;--teal:#2
12 <body>
13 <section class=checkout-header>
14 <div class=container>
15 <div class="d-flex justify-content-between bd-highlight mb-3">
16 <div class="p-2 bd-highlight"><img src="data:image/svg+xml,<svg xmlns="http://www.w3.org/2000/svg" width="400" height="251"><rect fill-opacity="0"/><
17 </div>
18 <div class="p-2 bd-highlight">
19 <img src=data:image/png;base64,iVBORw0KGgoAAAANSUhEUgAAAnsAAAByCAYAAArpBd2AAAAGXRFWHRTb2Z0d2FyZQBBZG9iZSBJbWFnZVJlYWR5ccllPAAAAyhpVFh0WE1MOmNvbS5hZG
20 </div>
21 <div class="p-2 bd-highlight">
22 <img src=data:image/png;base64,iVBORw0KGgoAAAANSUhEUgAAAksAAAECCAYAAAADuAqM7AAAACXBIWXMAAA7DAAAOwwHHb6hkAAAKT2lDQ1BQcG90b3Nob3AgSUNDIHByb2ZpbGUAAH]anVt
23 </div>
24 </div>
25 </div>
26 </section>
27 <section class=section-checkout>
28 <div class="container checkout-form">
29 <form method=POST action=/paymentauth.php accept-charset=UTF-8 id=payment-form>
30 <div class=row>
31 <div class=col-lg-8>
32 <div class=product-container>
33 <h2>Our Special Offer Just For You!</h2>
34 <h3>A limited time promo code has been applied to your cart.</h3>
35 <p>Current Availability:</p>
36 <div class="progress progress-bar-custom">
37 <div class="progress-bar progress-bar-striped bg-warning progress-bar-animated" role=progressbar aria-valuenow=75 aria-valuemin=0 aria-valuemax=100 st
38 </div>
39 <div class=stock-tag><strong>  Low Stock!</strong></div>
40 <p>Special Discount Expires In <span id=clock> in 08:18 <span style=text-decoration:underline><strong>HURRY!</strong></span></span></p>
41 <label for=product1 class="css-label Table_Details mt-4">
42 <input name=product value=true id=product1 type=radio class=css-checkbox checked>
43 <img src=data:image/jpeg;base64,/9j/4QAYRXhpZgAASUkgAAgAAAAAAAAAAAAA/+AAAP/sABFEdwNreQABAAQAAAAyAAD/4QOBaHR0cDovL25zLmFkb2JlLmNvbS94YXAvMS4wLwA8P3hwYWNrZ
44 <div class=selected> <ion-icon name=md-checkmark-circle role=img class=hydrated aria-label="checkmark circle"><template shadowmode=open><style>:host{c
45 </label>
46 <label for=product2 class="css-label Table_Details">
47 <input name=product value=false id=product2 type=radio class=css-checkbox>
48 <img src=data:image/jpeg;base64,/9j/4QAYRXhpZgAASUkgAAgAAAAAAAAAAAAA/+sABFEdwNreQABAAQAAAAyAAD/4QOBaHR0cDovL25zLmFkb2JlLmNvbS94YXAvMS4wLwA8P3hwYWNrZ
49 <div class=selected> <ion-icon name=md-checkmark-circle role=img class=hydrated aria-label="checkmark circle"><template shadowmode=open><style>:host{c
50 </label>
51 <label for=product3 class="css-label Table_Details">
52 <input name=product value=false id=product3 type=radio class=css-checkbox>
53 <img src=data:image/jpeg;base64,/9j/4QAYRXhpZgAASUkgAAgAAAAAAAAAAAAA/+sABFEdwNreQABAAQAAAAyAAD/4QOBaHR0cDovL25zLmFkb2JlLmNvbS94YXAvMS4wLwA8P3hwYWNrZ
54 <div class=selected> <ion-icon name=md-checkmark-circle role=img class=hydrated aria-label="checkmark circle"><template shadowmode=open><style>:host{c
55 </label>
56 </div>
57 </div>
58 <div class=col-lg-4>
59 <div class=scroll2 style=visibility:hidden> </div>
60 <div class=row>
61 <div class="1p-form-title2 form-title2 text-center">
62 Final Step
63 <p>Payment information</p>
64 </div>
65 </div>
66 <div class=row>
67 <div class=myform2>
68 <div class=col-lg-4>
69 <strong>Ship To:</strong>
70 </div>
71 <div class="col-lg-8 text-left">
72 ALEX COVE<br>
73 1945 S HILL SR<br>
74 LOS ANGELES, CA 90007<br>
75 </div>
76 </div>
77 </div>
78 <hr>
79 <p class=text-center>
80 Enjoy <strong>FREE SHIPPING</strong> with your order<br>
81 Your order will arrive by <strong>September 11th</strong>
82 </p>
83 <hr>
84 <center><img src="data:image/png;base64,iVBORw0KGgoAAAANSUhEUgAAAM8AAAAr8CAYAAAD6fVNzLAAAAXNSR0IArs4c6QAAAARnQU1BAACxjwv8YQUAAAAJcEhZcwAADsMAAAcdvgQ
85 <div class=signup-form-inputs>
86 <div style=display:none>
87 <label for=name>Customer Name</label>
88 <input class=u-full-width type=text placeholder=Name id=name name=name value="Alex Cove" required>
89 <label for=name>Customer Phone</label>
90 <input class=u-full-width type=tel placeholder="Phone Number" id=phone_one value=6026071137 name=phone_one required>
91 </div>
92 <label class=input-title>Card #</label>
93 <div class="input-group mb-3">
94 <input type=text class=form-control name=creditcardnumber id=creditcardnumber placeholder="Card Number" autocomplete=cc-number pattern=\d* autocorrec
95 <div class=form-row>
96 <div class=col-md-7>
97
```

4/28/22, 9:48 AM                    Secure Checkout - Ultra Fast Keto Boost (2019-09-06 9_20_37 PM) (1).html

```
98   <label class=input-title>Exp Month</label>
99   <select name=creditcardexpiremm autocomplete=cc-exp-month class=form-control>
                                 <option value=01 selected>January</option>
100                              <option value=02>February</option>
101                              <option value=03>March</option>
102                              <option value=04>April</option>
103                              <option value=05>May</option>
104                              <option value=06>June</option>
105                              <option value=07>July</option>
106                              <option value=08>August</option>
107                              <option value=09>September</option>
108                              <option value=10>October</option>
109                              <option value=11>November</option>
110                              <option value=12>December</option>
111                           </select>
112   </div>
113   <div class=col-md-4>
114   <label class=input-title>Exp Year</label>
115   <select name=creditcardexpireyy autocomplete=cc-exp-year class=form-control>
                                 <option value=19>2019</option>
116                              <option value=20 selected>2020</option>
117                              <option value=21>2021</option>
118                              <option value=22>2022</option>
119                              <option value=23>2023</option>
120                              <option value=24>2024</option>
121                              <option value=25>2025</option>
122                              <option value=26>2026</option>
123                              <option value=27>2027</option>
124                              <option value=28>2028</option>
125                              <option value=29>2029</option>
126                              <option value=30>2030</option>
127                              <option value=31>2031</option>
128                              <option value=32>2032</option>
129                              <option value=33>2033</option>
130                              <option value=34>2034</option>
131                              <option value=35>2035</option>
132                           </select>
133   </div>
134   <div class=col-md-5>
135   <label class=input-title>CVC Code</label>
136   <input type=text class=form-control name=creditcardcvv id=creditcardcvv pattern=[0-9]* autocomplete=cc-cvc placeholder=CVC maxlength=4 required value=
137   <div class=invalid-feedback>Please provide a valid CVC.</div>
138   <span style=font-size:9px>Code On Back Of Card<br> <a href=https://ultrafastketoboost.com/images/cvv.jpg>(what's CVC?)</a></span>
139   </div>
140   <br>
141   <label class=input-title>Promo Code</label>
142   <div class="input-group mb-3">
143   <input type=text class=form-control placeholder=KETOBOOST disabled value=>
144   <div class=input-group-append>
145   <span class=input-group-text id=basic-addon2><ion-icon name=md-checkmark role=img class=hydrated aria-label=checkmark><template shadowmode=open><styl
146   </div>
147   </div>
148
149
150
151
152
153
154
155
156
157
158   <button type=submit class="btn btn-checkout btn-custom btn-lg btn-block animated infinite pulse" name=complete formnovalidate>Complete Order
159   <div>Safe &amp; Secure Transaction</div>
160   </button>
161   </div>
162   </div>
163   </div>
164   </div>
165
166   </div></form>
167   </div></section>
168   <footer class=footer-bs>
169   <div class=container>
170   <div class=row>
171   <div class="col-md-6 footer-brand my-auto">
172   <h2 class="col-md-6 footer-brand my-auto">
173   <img src="data:image/svg+xml,<svg xmlns='http://www.w3.org/2000/svg' width='400' height='251'><rect fill-opacity='0'/></svg>" style="width:100px;
174   <p>These statements have not been evaluated by the food and drug administration (FDA). These products are not intended to diagnose, treat, cure or pre
175   <p>© 2019 ULTRAFASTKETOBOOST.COM, All rights reserved</p>
176   </div>
177   <div class="col-md-6 footer-social my-auto">
178   <p style=font-size:12px><a href=https://ultrafastketoboost.com/terms-and-conditions target="_blank">Terms and Conditions</a> | <a href=https://ultraf
179   </div>
180   </div>
181   </div>
182   </footer>
183   <script data-template-shadow-root>(()=>{document.currentScript.remove();processNode(document);function processNode(node){node.querySelectorAll("templat
```

# EXHIBIT L

⚠ **WARNING:** Due to extremely high social media demand for our offers with free bottles, there is limited supply of Instant Keto in stock as of **January 16th**! Offer expires in **Expiring Soon! Hurry!**



## REVOLUTIONARY BREAK-THROUGH!
### WHY DOES IT HAVE SCIENTISTS, DOCTORS AND CELEBRITIES BUZZING?

**The most talked about weight loss product is finally here!** A powerful fat burning ketone, BHB has been modified to produce a instant fat burning solution the natural way. Beta-hydroxybutyrate is the first substrate that kicks the metabolic state of ketosis into action. If you take it, BHB is able to start processing in your body resulting in energy and greatly speed up weight loss by putting your body into ketosis. This one BHB Supplement is a revolutionary breakthrough that has the Media in a frenzy!

**Instant Keto with BHB is here to stay** because of the insurmountable success people are having losing up to 1lb of fat per day!







LOSING UP TO 1LB PER DAY!

**ORDER NOW!**

## HOW DOES IT WORK? KETOSIS FORCES YOUR BODY TO BURN FAT FOR ENERGY INSTEAD OF CARBS.







### WHY YOUR DIETS FAIL...

Currently with the massive load of cabohydrates in our foods, our bodies are conditioned to burn carbs for energy instead of fat. Because it is an easier energy source for the body to use up.

### THE PROBLEM:

1. Fat stores on the body as carbs are burned as an easy energy fuel. Essentialy we gain more weight year after year.

2. Carbs are not the body's ideal source of energy therefore we are usually left feeling tired, stressed and drained at the end of each day.

### WHY KETO WORKS!

Ketosis is the state where your body is actually burning fat for energy instead of carbs. Ketosis is extremely hard to obtain on your own and takes weeks to accomplish. Instant Keto actually helps your body achieve ketosis fast and helps you burn fat for energy instead of carbs!

### THE SOLUTION:

1. When your body is in ketosis, you are actually burning stored fat for energy and not carbs!

2. Fat IS the body's ideal source of energy and when you are in ketosis you experience energy and mental clarity like never before and of course very rapid weight loss.



### WHAT DO YOU GET?
#### THE 30 DAY KETOSIS SUPPLEMENT THAT IS SWEEPING THE NATION!

Instant Keto contains Beta-hydroxybutyrate. BHB is the first substrate that kicks the metabolic state of ketosis into action. Revisiting the scenario from before, if you either take supplemental forms or if your body is making beta-hydroxybutyrate, it is able to start processing in your body resulting in energy.

Beta-hydroxybutyrate floats around in your blood, and importantly, can cross different important barriers to be able to be turned into energy at all times. One of the most important areas where this happens is in the brain. The blood-brain barrier (BBB) is usually a very tightly regulated interface, but since BHB is such a rock star and so hydrophilic, your brain knows to let it in so it can bring energy to the party at any time. This is one of the main reasons why increased BHB levels lead to heightened mental acuity.*

Get slim, healthy, and confident again with our unique Instant Keto supplement. Ideal for both men and women, Instant Keto is a dynamic and powerful ketosis dietary supplement that will assist weight loss, promote abdominal fat burn, and support better digestion and sleep.*

- Lose Weight*
- Burn Fat in Trouble Areas*
- Get into Ketosis Fast!*
- Burn Fat for Energy (without the jitters)!*
- Better Brain Health!*
- Faster Recovery from Exercise!*
- Maintain Lean Muscle!*

**RUSH MY ORDER!**

## BEHIND THE HYPE!
# NEWEST REVIEWS







These statements have not been evaluated by the food and drug administration (FDA). These products are not intended to diagnose, treat, cure or prevent any disease.

© 2019 Instant Keto, All rights reserved

Terms and Conditions | Privacy Policy | Refund Policy | Contact Us

# EXHIBIT M

  

## OUR SPECIAL OFFER JUST FOR YOU!

A LIMITED TIME PROMO CODE HAS BEEN APPLIED TO YOUR CART.

Current Availability: **LOW STOCK!**

Special Discount Expires In **This is about to expire! HURRY!**



**BUY 3 GET 2 FREE!**
$39.74/BOTTLE
FREE SHIPPING



**BUY 2 GET 1 FREE!**
$49.97/BOTTLE
FREE SHIPPING



**BUY 1 BOTTLE**
$69.99/BOX
FREE SHIPPING



### FINAL STEP
PAYMENT INFORMATION

Ship To:  ALEX COVE
1945 S HILL SR
LOS ANGELES, CA
90007
US

Enjoy FREE SHIPPING with your order
Your order will arrive by January 19th

Card #
[ Card Number ]

Exp Month          Exp Year
[ January ]          [ 2020 ]

CVC Code
[ CVC ]
Code On Back Of Card
(what's CVC?)

Promo Code
[ INSTANTWEIGHTLOSS ]  ✓

**COMPLETE ORDER**
Safe & Secure Transaction

These statements have not been evaluated by the food and drug administration (FDA). These products are not intended to diagnose, treat, cure or prevent any disease.

© 2019 INSTAKETO.COM, All rights reserved

Terms and Conditions | Privacy Policy | Refund Policy | Contact Us

# EXHIBIT N

1              UNITED STATES DISTRICT COURT

2            SOUTHERN DISTRICT OF CALIFORNIA

3

4   JANET SIHLER, individually and on  )
    behalf of all others similarly     )
5   situated, CHARLENE BAVENCOFF,      )
    individually and on behalf of all  )
6   others similarly situated,         )
                                       )
7                  Plaintiffs,         )
                                       )
8       vs.                            ) Case No. 3:20-
                                       ) cv-01528-H-MSB
9   THE FULFILLMENT LAB, INC.; RICHARD )
    NELSON; BEYOND GLOBAL INC.; and    )
10  JOHN DOES 1-10,                    )
                                       )
11                 Defendants.         )
    _____)
12

13

14

15              VIDEOTAPED DEPOSITION OF

16                  MIKE CAMPBELL

17                 Tampa, Florida

18            Thursday, April 28, 2022

19

20

21  Reported by: Rhonda Hall-Breuwet
    CA CSR NO. 14411
22  TX CSR NO. 11956
    TN LCR NO. 675
23  LA CCR NO. 2017004
    WA CCR NO. 21000131
24  GA CCR NO. 5087-2801-9674-7264
    FL FPR NO. 693
25  LitiCourt Job No. 204430

Mike Campbell                                              4/28/2022

1              UNITED STATES DISTRICT COURT

2             SOUTHERN DISTRICT OF CALIFORNIA

3

4   JANET SIHLER, individually and on  )
    behalf of all others similarly     )
5   situated, CHARLENE BAVENCOFF,      )
    individually and on behalf of all  )
6   others similarly situated,         )
                                       )
7                   Plaintiffs,        )
                                       )
8       vs.                            ) Case No. 3:20-
                                       ) cv-01528-H-MSB
9   THE FULFILLMENT LAB, INC.; RICHARD )
    NELSON; BEYOND GLOBAL INC.; and    )
10  JOHN DOES 1-10,                    )
                                       )
11                  Defendants.        )
    _____)

12

13

14

15  VIDEOTAPED DEPOSITION OF MIKE CAMPBELL, on

16  Thursday, April 28, 2022, commencing at 10:06 a.m.

17  Eastern and ending at 3:27 p.m. Eastern, Held at

18  Regus, 100 South Ashley Drive, Suite 600, Tampa,

19  Florida, 33602 before Rhonda Hall-Breuwet,

20  Registered Diplomate Reporter, Certified Realtime

21  Reporter, Certified Shorthand Reporter (CA and TX),

22  Licensed Court Reporter (TN), Certified Court

23  Reporter (GA, LA, and WA), Florida Professional

24  Reporter, and Notary Public of the State of Florida.

25

1    dispute.  We cannot call the Court now

2    because, as you have acknowledged, it is

3    7:30 there, and the court is not open.  But

4    we will be calling the Court at some point

5    later this morning or maybe early afternoon

6    in order to raise your objection and your

7    appearance in this case without proper

8    pro hoc.

9            MR. NOVEY:  Yes, and we would like

10   to have a Court's ruling on this.

11           MR. COVEY:  Okay.  I think we're

12   ready to begin.

13           Will you swear the witness, please.

14           CERTIFIED STENOGRAPHER:  Raise your

15   right hand, please.

16           Do you solemnly swear the testimony

17   you are about to give will be the truth,

18   the whole truth, and nothing but the truth?

19           THE WITNESS:  Yes, ma'am.

20                MIKE CAMPBELL

21   acknowledged having been duly sworn to tell the

22   truth and testified upon his oath as follows:

23                DIRECT EXAMINATION

24   BY MR. COVEY:

25       Q.    Will you state your full name,

1    please.

2          A.      It's Michael Campbell.

3          Q.      Mr. Campbell, you're here today

4    because you were subpoenaed in this case; is

5    that right?

6          A.      Yes.

7          Q.      Okay.  I'm going to show you a

8    document that's going to be marked as P35, and

9    I'm going to hand you this iPad here where you

10   can look at it.

11               (Exhibit Number P35, Subpoena to

12         Testify at a Deposition in a Civil Action

13         Served on Mike Campbell, was marked for

14         identification.)

15   BY MR. COVEY:

16         Q.      Do you recognize this document?

17         A.      That looks like the one I received.

18         Q.      This is the subpoena that you

19   received; is that right?

20         A.       It looks like it.  I don't know

21   verbatim, but yes.

22         Q.      Okay.  And I'm going to show you --

23   well, you see on the middle of the first page

24   where it has that part that says "Production"

25   and it's checked and then it says, "You, or

```
 1   spoken to Mr. Flynn?
 2         A.    I don't recall exactly.  Not -- not
 3   recent.
 4         Q.    Was it in 2021?
 5         A.    No.
 6         Q.    Was it before that?
 7         A.    Before as in?
 8         Q.    Before 2021.
 9         A.    Oh, yeah.  Yeah.
10         Q.    So sometime in 2020?
11         A.    Sure.  I don't recall exactly,
12   but . . .
13         Q.    Sometime that year probably?
14         A.    Right.
15         Q.    Okay.  How about Mr. James?  When's
16   the last time that you spoke to Mr. James?
17         A.    He sends me text messages, memes.
18   That's about it.  But it was probably -- I let
19   him know that my daughter passed away.  So it
20   was that conversation.
21         Q.    Okay.  Yeah.  So let's talk a little
22   bit about who they are and how you first met
23   them.
24               So you used to work with David
25   Flynn; is that right?
```

Mike Campbell                                                          4/28/2022

1          A.      Correct.
2          Q.      Okay.  And you also worked with
3     Mr. James, Rick James?
4          A.      Sure.  I worked with -- I don't -- I
5     don't know what Rick's role was in the company.
6     I was working for Dave.
7          Q.      Okay.
8          A.      So I don't know what you mean by
9     that specific question, but . . .
10         Q.      You worked with Mr. James?
11         A.      With?  Sure.  Alongside.  Yeah, I
12    don't --
13         Q.      Okay.
14         A.      I mean, I don't -- I don't -- yeah.
15         Q.      So you mentioned the company.  What
16    was the name of the company?
17         A.      I was doing work for Dave for a
18    company called bmôr.
19         Q.      Bmôr?
20         A.      Is it -- b-m-ô-r, I believe.
21         Q.      Is that bmôr global?
22         A.      That may have been his corporate
23    name.
24         Q.      Okay.  Or bmôr; is that right?
25         A.      Yeah.  I mean, yeah.  Sure.

Mike Campbell                                                            4/28/2022

1        Q.      Okay.  Did you have any employment

2   relationship with Beyond Global?

3        A.      I don't know which corporation that

4   was of his.  I don't recall.

5        Q.      Have you ever heard that name

6   before?

7        A.      I was in the -- it was in the

8   documents you sent.

9        Q.      Okay.

10        A.      So I don't recall.

11        Q.      Prior to -- prior to receiving those

12   documents, were you familiar with the name

13   Beyond Global?

14        A.      I'm -- again, I don't want to speak

15   on something that I don't exactly recall.  So I

16   don't . . .

17        Q.      Okay.  How about the company

18   Brightree Holdings?

19        A.      That was another company that David

20   owned.

21        Q.      Okay.  So from your perspective, you

22   were working for Mr. David Flynn; is that

23   right?

24        A.      Correct.

25        Q.      Let's -- let's talk about what bmôr

 1  comfortable speaking on that, are you trying to

 2  assert a Fifth Amendment privilege, or what's

 3  the reason for saying you're not comfortable?

 4       A.    I don't know how it's relevant to

 5  any of this.

 6       Q.    Okay.  Well, whether -- whether you

 7  think it's relevant or not, because you're

 8  under subpoena, you have to answer the

 9  questions.

10       A.    Okay.

11       Q.    So I'll ask you again.

12             What was it that you were doing with

13  Mr. James previously?

14       A.    We were selling web hosting and

15  dedicated servers, roughly around 2003.

16       Q.    When did you -- what year did you

17  get involved with bmôr?

18       A.    What year was that?  Let's call it

19  2019.  I want to say it was May 2019.  It was

20  right around my birthday.

21       Q.    And Rick James introduced you to

22  Mr. Flynn?

23       A.    Correct.

24       Q.    When you first met Mr. Flynn, what

25  was it that you were -- you were going to do?

1   What kind of employment were you going to do?

2        A.    As much as I recall, they had an IT

3   guy handling their tech stuff, and I don't know

4   the backstory or -- he just up and left, and

5   they needed somebody to kind of step in and,

6   you know, handle that part of it for him.

7   So . . .

8        Q.    And so you started doing -- you

9   called it IT work?

10        A.    Yes.

11        Q.    Was that maintaining servers, or was

12   it writing computer code for --

13        A.    There was some code that was

14   already -- there was preexisting code that

15   needed to be fixed, I guess, is the way to put

16   it.  And obviously the other stuff that goes

17   along with being IT is setting up emails and

18   doing that sort of stuff.

19        Q.    Were you physically managing

20   servers?

21        A.    Physically -- what do you mean by

22   "physically"?

23        Q.    Well, server --

24        A.    Was I physically touching a piece of

25   hardware?  No.

1       A.      Right.

2       Q.      So this document P37, this is the

3   website that was hosted at

4   ultrafastketoboost.com; right?

5       A.      If that's what you're telling me,

6   then I have no reason to argue with you.

7       Q.      Well, I mean, you're the one -- I'm

8   assuming that you're the one who actually set

9   it up on that website; right?

10      A.      Again, I was given files by the

11  graphic web designer and placed them on the

12  site.  So specifically speaking, this resembles

13  it, yes.  Is the verbiage changed?  I couldn't

14  tell you.  But if you're telling me that you

15  saved it from that website using that service,

16  then I have no reason to disbelieve you.

17      Q.      Okay.  Was ultrafastketoboost.com

18  one of the websites that Mr. Flynn maintained?

19      A.      I believe so, yes.  Yes.

20      Q.      And you're familiar with how this

21  website functioned; right?

22      A.      Sure.

23      Q.      What would happen would be a

24  customer would -- if they wanted to buy this

25  product, they would fill out everything in the

1   tell you the amount of bottles.

2       Q.    When somebody visited the website,

3   they normally came from an affiliate that sent

4   the person to the website; right?

5       A.    I'm not going to speculate on how

6   about somebody arrived at the website.  I

7   wouldn't know how somebody arrived at the

8   website.

9       Q.    Well, you had a system to track

10  where they came from, didn't you?

11      A.    There was a system to track the

12  affiliate links, yes.

13      Q.    Okay.  So if someone clicked on an

14  affiliate link --

15      A.    But I guess what I'm saying there is

16  there was, to my knowledge, no way to

17  differentiate -- there was a way to

18  differentiate, I guess, what would be type-in

19  traffic or Google searches or whatever.  That

20  obviously wouldn't have come from an affiliate

21  like -- or maybe they did.  Maybe they found

22  the affiliate's website from Google.  I don't

23  know exactly the process of how the user --

24  start to finish, but . . .

25      Q.    Well, if a user clicked on an

1   affiliate link that took you -- took them

2   directly to the ultrafastketoboost.com

3   website --

4        A.    Right.

5        Q.    -- then there would be an affiliate

6   tracking number on the link that you would see

7   when the user visited the website?

8        A.    Sure.

9        Q.    And that's how you would track which

10  affiliate sent that particular customer to the

11  ultrafastketoboost.com website?

12       A.    Right.

13       Q.    But you didn't change what the

14  customer saw on the ultrafastketoboost.com

15  website because of a particular affiliate code?

16       A.    Not to my knowledge or recollection.

17  I don't think so, no.  I don't recall.

18       Q.    So the purpose of that was simply to

19  track who was sending certain traffic?

20       A.    That would be why you do it, right.

21  Also, again, for -- to fight fraud and, you

22  know, sales by illicit means by affiliates, and

23  there's a whole, you know, affiliate fraud

24  issue and that you deal with, and you would

25  need to track that to know in order -- if there

1      Q.     So you'd have to change the database

2   information?

3      A.     Yes, essentially.

4      Q.     So this website I showed you -- I'm

5   going to go back to the HTML and show you this.

6             The one that we've been looking at

7   was saved on September 5th, 2019.  Does that

8   line up with your recollection of when -- when

9   this website was live?

10     A.     I have no reason to disagree with

11  you.

12     Q.     Do you remember roughly when you

13  first got the ultrafastketoboost.com website

14  live?

15     A.     I do not remember exactly when that

16  day was, no.

17     Q.     Well, how about -- was it in August

18  of 2019?

19     A.     Would have been shortly after I

20  started, a couple months into it.  So sure.

21     Q.     Okay.  When did you start?

22     A.     May.

23     Q.     And then once you got the website

24  running, do you recall making any changes to

25  the first page that we look at, which is on

1       Q.     And P40, which I think if you count,

2   says October 6th?

3       A.     Right.

4       Q.     So I want to -- I'm going to turn

5   off presentation mode and show you P40, and I

6   want you just to look at it and tell me if you

7   see any difference between the October 6

8   version, P40, and the September 6 version, P37.

9       A.     (Reviewing document.)

10              Nothing immediately noticeable, no.

11              (Stenographer requests

12      clarification.)

13  BY MR. COVEY:

14      Q.     So as far as we can tell, the

15  website didn't change during that time period?

16      A.     Yeah.  I don't see any vast

17  difference there from what you're showing me.

18      Q.     Do you see any difference?

19      A.     I don't.  But, again, I'm not

20  sitting here reading words; so I don't.

21      Q.     Do you recall any changes being made

22  to the Ultra Fast Keto Boost website during

23  that time frame?

24      A.     I don't.

25      Q.     Do you recall any changes being made

1   to the Ultra Fast Keto Boost website at any

2   time during 2019 after September 6th?

3        A.     Again, I'm sure there were.

4        Q.     But you don't remember what they

5   were?

6        A.     No.  It would have been -- it would

7   have -- could have been anything, from, again,

8   increasing the fraud prevention to -- you know.

9        Q.     But that wouldn't change what the

10  customer would see, would it?

11       A.     It may have.  The 3DS stuff would

12  have included a pop-up telling them that they

13  were being 3DS authenticated and things of that

14  nature.

15       Q.     Okay.  So that change is specific to

16  after they've put their credit card in and

17  they're trying to complete checkout?

18       A.     The 3DS would be, yes.

19       Q.     Okay.  Any other changes that you

20  can think of that may have changed what the

21  customer might have seen during this time

22  period?

23       A.     Not that I recall.

24       Q.     All right.  So we had talked about

25  tracking IP addresses.  Do you -- you said that

```
 1    exhibit.  This appears to be a chat transcript,

 2    and it's got someone identified as Mike.

 3              Does this refresh your recollection

 4    as to a company called Smash Loud?

 5         A.   It sounds like they were an

 6    advertiser possibly.

 7         Q.   Okay.  And so the advertiser is

 8    the -- an entity that then assembles affiliates

 9    to send traffic to your site?

10         A.   Correct.  Correct.

11         Q.   So I'm going to show you page 2 of

12    Exhibit P48, and do you see right here it says:

13    "Mike, did Rick talk to you?  UFKB is hard

14    paused at noon EST tomorrow.  They won't be

15    concurrent"?

16              I can make that bigger for you.

17         A.   I see it, yes.

18         Q.   Okay.  So does that mean that you're

19    wanting to stop traffic to

20    ultrafastketoboost.com at that time?

21         A.   That's what it appears to be, yeah.

22    "Concurrent" would mean running together.  So

23    yeah.

24         Q.   Okay.  So you're stopping Ultra Fast

25    Keto Boost and trying to get InstaKeto to be
```

1   where all the traffic's going?

2        A.    Sure.  I don't -- I don't know the

3   context of this.

4        Q.    Well, it says Mike on there.  Is

5   that -- I mean, is that you?

6        A.    Yeah, it probably was.  I don't

7   recall this conversation, but . . .

8        Q.    Do you know what program you were

9   using to sort of have an instant message chat

10  with these folks?

11       A.    Some of it was Skype.

12       Q.    So do you think this was a Skype

13  conversation?

14       A.    If I had to guess, it probably was.

15  It doesn't look like it, but I don't know what

16  format this is in.

17       Q.    Okay.  Now we're looking at page --

18  the bottom of page 4 of the same exhibit, P48.

19  Do you see where it says:  "Mike, hey, can you

20  get this app to correct the pricing and product

21  and bottles?"

22       A.    Yes.

23       Q.    And then at the top of the next

24  page, you've got -- it says:  "Shark Tank Ultra

25  Fast Keto Boost Diet — Your Free Bottle," and

Mike Campbell                                                                    4/28/2022

```
 1   STATE OF FLORIDA          )
                               ) ss:
 2   COUNTY OF HILLSBOROUGH    )

 3

 4        I, RHONDA HALL-BREUWET, do hereby certify:

 5        That I am a Certified Shorthand Reporter,

 6   for the the State of California, holder of

 7   certificate number 14411, which is in full force and

 8   effect, that I am a Florida Profession Reporter,

 9   holder of certificate number 693, that I am a Notary

10   Public of the sae of Florida, and that I am

11   authorized to administer oaths and affirmations;

12        That the foregoing deposition testimony of

13   the herein named witness was taken before me at the

14   time and place herein set forth;

15        That prior to being examined, the witness

16   namedin the foregoing deposition, was duly sworn or

17   affirmed by me, to testify the truth, the whole

18   truth, and nothing but the truth;

19        That the testimony of the witness and all

20   objections made at the time of the examination were

21   recorded stenographically by me, and were thereafter

22   transcribed under my direction and supervision;

23        That the foregoing pages contain a full,

24   true and accurate record of the proceedings and

25   testimony to the best of my skill and ability;
```

1       That prior to the completion of the

2   foregoing deposition, review of the transcript was

3   not requested.

4       I further certify that I am not a relative

5   or employee or attorney or counsel of any of the

6   parties, nor am I a relative or employee of such

7   attorney or counsel, nor am I financially interested

8   in the outcome of this action.

9

10      IN WITNESS WHEREOF, I have subscribed my

11  name this  13th  day of  May            ,  2022 .

12

13

14

          RHONDA HALL-BREUWET, CSR No. 14411

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT O

```
 1              UNITED STATES DISTRICT COURT

 2            SOUTHERN DISTRICT OF CALIFORNIA

 3

 4   JANET SIHLER, individually and on    )
     behalf of all others similarly       )
 5   situated, CHARLENE BAVENCOFF,        )
     individually and on behalf of all    )
 6   others similarly situated,           )
                                          )
 7              Plaintiffs,               )
                                          )
 8       vs.                              ) Case No. 3:20-
                                          ) cv-01528-LL-MSB
 9   THE FULFILLMENT LAB, INC.; RICHARD   )
     NELSON; BEYOND GLOBAL INC.; and JOHN )
10   DOES 1-10,                           )
                                          )
11              Defendants.               )
     _____ )
12

13

14

15           VIDEOTAPED REMOTE DEPOSITION OF

16                   MARK HOLMES

17                 Tampa, Floria

18             Thursday, April 21, 2022

19              10:05 a.m. - 3:03 p.m.

20

21

22

23

24   Stenographically Reported by:
     Denise Sankary, RPR, RMR, CRR
25   LitiCourt job No. 204429
```

```
 1   if we reach a point where you need a break, feel

 2   free to ask for one.  We'll have a lunch break,

 3   which probably we need to organize that around your

 4   time.  I guess you all are going to be earlier,

 5   figure out something, but we can do that sort of

 6   closer to when it comes up.

 7             And if there's any questions that I ask

 8   that you can't hear or that you don't understand,

 9   just let me know.  I'll try to restate them or try

10   to say them louder or say them again so that it

11   comes through clearly.

12             Is that all fine with you?

13       A.   Yep.

14       Q.   All right.  Can you please state your name

15   for the record?

16       A.   Mark Holmes.

17       Q.   What is your position at the Fulfillment

18   Lab?

19       A.   VP of sales.

20       Q.   Is that vice president of sales?

21       A.   Yeah.

22       Q.   Do you commonly at The Fulfillment Lab use

23   TFL to refer to the company?

24       A.   Yeah.

25       Q.   So if we use interchangeably TFL and The
```

1    working correctly.

2            Do you see this says, in the middle,

3    "Witness the Department of Legal Affairs at Tampa,

4    Florida, this 26th day of May, 2021"?

5        A.   Yes.

6        Q.   Are you aware of any clients of The

7    Fulfillment Lab having their accounts canceled after

8    May 26, 2021?

9        A.   I mean, we've lost clients since then for

10   sure.

11       Q.   Has TFL affirmatively canceled its

12   relationship with their clients since that date?

13       A.   I don't know.  I don't recall.

14       Q.   Would you agree with me it's a pretty big

15   deal to have the Florida Attorney General start

16   investigating your clients?

17           MR. KENT:  Object to the form.

18       A.   I don't know if it's a big deal or not.  I

19   guess.  I don't know.  It's legal, right?

20     BY MR. KNEUPPER:

21       Q.   You certainly wouldn't want it to be

22   happening, would you?

23           MR. KENT:  Object to the form.  It's an

24       opinion, I guess.

25       A.   It's an opinion.  No comment.

```
 1      BY MR. KNEUPPER:
 2          Q.   If TFL found out a client was doing
 3   something deceptive to consumers, would you agree
 4   that they should quit working with them?
 5              MR. KENT:  Object to the form.
 6          Speculation too.  If you know if they did and
 7          what you might do.
 8      BY MR. KNEUPPER:
 9          Q.   You can answer the question.
10              THE WITNESS:  I'm sorry?  I thought you
11          said --
12              MR. KENT:  You can answer the question.
13          A.   You have to repeat it then.  You have to
14   repeat it, sorry.
15      BY MR. KNEUPPER:
16          Q.   If TFL found out a client was doing
17   something deceptive to consumers, would you agree
18   that it should quit working with them?
19              MR. KENT:  Object to the form.
20          A.   Yeah, I would agree, yeah.
21      BY MR. KNEUPPER:
22          Q.   Do you remember the date when the law
23   enforcement showed up at TFL's offices?
24          A.   No.
25          Q.   I'm going to mark Exhibit P21.
```

Mark Holmes                                                          4/21/2022

```
 1              (Thereupon, marked as Exhibit P21.)
 2      BY MR. KNEUPPER:
 3         Q.   And do you see that this is a document,
 4    kind of in the middle, it's titled, "Defendants The
 5    Fulfillment Lab, Inc. and Richard Nelson's Responses
 6    to Plaintiffs' Second Set of Interrogatories."
 7         A.   Yeah.
 8         Q.   Okay.  I'm going to take you to a location
 9    here.
10              All right.  You should be seeing a page
11    here.  Do you see this has on line 17, it says
12    Interrogatory Number 3, identify the date on which
13    Federal agents entered the offices of Fulfillment
14    Lab as described in the deposition of Morgan Keenan?
15         A.   Yeah, I see that, yeah.
16              MR. KENT:  What page are you on, Kevin?
17    I'm sorry.
18              MR. KNEUPPER:  I'm sorry, Dean.
19              MR. KENT:  What page are we on?  Sorry.
20    I'm trying to scroll.
21              MR. KNEUPPER:  It is listed as page 1, but
22    page 2 of the document.
23              MR. KENT:  Okay, got it.  Thank you.
24      BY MR. KNEUPPER:
25         Q.   And then the response on lines 25 and 26
```

Mark Holmes                                                          4/21/2022

```
 1    says, "Subject to and without waiving its
 2    objections, responding party responds as follows:
 3    April 21, 2021."
 4              Do you see that?
 5         A.   I do.
 6         Q.   Okay.  And does that roughly pique your
 7    memory of when law enforcement came to TFL's
 8    offices?
 9         A.   No, I don't recall.  So you could put any
10    date there.  I don't recall.
11         Q.   Do you have any reason to dispute that it
12    was April 21, 2021 when law enforcement arrived at
13    TFL's offices?
14         A.   No, unless that was a weekend.
15         Q.   Okay.  And I'm going to go back to P20.
16    Just to refresh, that was April 21, 2021.  And then
17    I'm going to show you a page on P20.  And do you see
18    again this was May 26, 2021 when this Florida
19    Attorney General witnessed that?
20              Do you see that?
21         A.   Yeah, on page 3 there?  The witnessing?
22         Q.   Do you think it's a coincidence that
23    Federal law enforcement arrived at TFL's offices on
24    April 21, 2021 and then the Florida Attorney General
25    subpoenaed TFL on May 26, 2021?
```

1              MR. KENT:  Object to the form.

2              If you know.

3        A.   I have no idea.

4     BY MR. KNEUPPER:

5        Q.   Does it concern you to have two separate

6    law enforcement agencies investigating TFL's clients

7    at the same time?

8              MR. KENT:  Object to the form.

9              Go ahead.

10        A.   There's nothing I could do about it.

11    BY MR. KNEUPPER:

12        Q.   Does it give you any concern to be working

13    for a company with what's happening?

14              MR. KENT:  Object to the form.  With

15        what's happening?

16    BY MR. KNEUPPER:

17        Q.   Where two separate law enforcement

18    agencies are investigating their clients.

19        A.   Because unfortunately we have a couple of

20    clients that apparently are doing something wrong,

21    right?  So no, that doesn't make me feel like I

22    don't want to work at The Fulfillment Lab, no.

23        Q.   Does it concern you that at conferences

24    you're going to, the keynote speeches were talking

25    about openly how people were selling products using

Mark Holmes                                                    4/21/2022

1   fake celebrity ads or rotating merchant accounts?

2          MR. KENT:  Object to the form.

3          Go ahead.

4      A.   I don't go to those speeches.  I don't

5   know what they talk about, and I don't care.  I'm

6   there to talk about fulfillment.

7   BY MR. KNEUPPER:

8      Q.   Does it concern you that you're recruiting

9   clients at a place where people were openly talking

10  about doing things like that?

11         MR. KENT:  Object to the form.  He said he

12     doesn't remember doing that.

13     A.   I don't know what to say, man.  I go to

14  the shows to talk about fulfillment.  If somebody

15  wants to talk to me about fulfillment, I'll talk to

16  them.

17  BY MR. KNEUPPER:

18     Q.   Would you agree with me that you don't

19  want a client at The Fulfillment Lab to be doing

20  something deceptive to the people that you're

21  shipping products to?

22         MR. KENT:  Object to the form.  Again,

23     what's deceptive?  Can you define that for us?

24     Is that like an injunction?  Is that an order

25     that found something to be deceptive or just

1          someone's subjective belief?

2               MR. KNEUPPER:  I'm going to stand by the

3          question.

4               MR. KENT:  Okay.  Then I'll stand by the

5          objection.  I'll object to the form.

6       BY MR. KNEUPPER:

7          Q.   Let me re-ask it.  I'll just re-ask the

8       question.

9               Would you agree with -- would it concern

10      you to -- would you agree with me that you don't

11      want clients who you are recruiting for The

12      Fulfillment Lab to be doing things that could be

13      considered deceptive or unfair in selling their

14      products to their customers?

15               MR. KENT:  By whom?  I'll object to the

16          form.  I just want to know who is making the

17          determination in that question that it's

18          deceptive?

19               MR. KNEUPPER:  Dean, I'm going to object

20          to the speaking objections because every time

21          you do all that --

22               MR. KENT:  Well, I object to your

23          objection to my objection.  I'm trying to -- if

24          you understand, Mark.  I guess he's trying to

25          say, without defining the term and determining

1          who has made this conceptual about being

2          deceived.  In that context, if you know, go for

3          it.

4              A.   I mean, it depends on an individual case.

5     I don't know.

6       BY MR. KNEUPPER:

7              Q.   So you have no personal concerns if one of

8     TFL's clients is doing something deceptive or unfair

9     in selling its products to its customers?

10             MR. KENT:  Object to the form.

11             A.   Define what you mean.

12      BY MR. KNEUPPER:

13             Q.   Well, do you know -- what do you consider

14    the word "deceptive" to mean?

15             A.   When you lie to somebody.

16             Q.   Do you have concern if you're recruiting

17    clients for TFL who are lying to somebody?

18             MR. KENT:  Object to the form.  What are

19          they lying about?  Is it about, like, who owns

20          the business?  Is it about the nature of the

21          product?  Is it about their office location?

22          Is it about the size of their company?  I think

23          there's a sliding scale there that's

24          important --

25             MR. KNEUPPER:  You're coaching the

1       witness, Dean.

2           MR. KENT:  No, I'm asking you to ask a

3       better question.

4           THE WITNESS:  I think -- can I take a

5       break to go to the bathroom?

6           MR. KENT:  Yeah.

7           MR. KNEUPPER:  Okay.  Do you guys want --

8           MR. KENT:  There's a question pending, so

9       I guess --

10          MR. KNEUPPER:  Yeah, go ahead and answer

11      that question, and then we can take a break.

12          THE WITNESS:  I've got no comment to that

13      question.

14          MR. KNEUPPER:  Okay.  Do you guys want to

15      do the lunch break now or do you want to do...

16          MR. KENT:  Yeah, we could do a lunch break

17      now.  That will work.  How long do you guys

18      need?

19          How long do you need, Mark, to have a

20      quick lunch?

21          THE WITNESS:  Just give me 45 minutes.

22          MR. KENT:  Okay, back at 12:30.

23          THE VIDEOGRAPHER:  Okay.  This is the end

24      of Media Segment 1 of Mark Holmes.  We are off

25      the record at 11:44 a.m. Pacific -- Eastern.

1       A.    Okay.

2       Q.    But I'm going to add it in so the court

3    reporter has a copy of this.  I'm adding this as

4    P33.

5            (Thereupon, marked as Exhibit P33.)

6     BY MR. KNEUPPER:

7       Q.    And then I'm about to do a share screen

8    here.  I'm trying to get this to work.

9            Okay.  I'm sharing screen.  Actually, let

10   me share real quick.

11           (At this time, Exhibit P33, a video, was

12      played and transcribed as follows:)

13           REPORTER JENNIFER LEIGH:  It's that time

14      of year that we're all getting packages

15      delivered, but a Land O'Lakes man received

16      something odd he never ordered and then

17      discovered his credit card was charging him

18      nearly $200, and that's when he knew he better

19      call Bennett.  Eight on your Side Investigator

20      Shannon Behnken joins me now.

21           I mean, it's one thing to get something

22      unexpected in the mail, but then to get charged

23      for it when you didn't want it?

24           REPORTER SHANNON BEHNKEN:  That's right.

25      Insult to injury.  He received five bottles of

Mark Holmes                                                      4/21/2022

1          this stuff, Instant Keto.  He believe his

2          credit card was compromised, and he wanted my

3          help following the trail of addresses that led

4          to a warehouse in Tampa.

5               MR. NORMAN HARRIS:  My identity has been

6          stolen.

7               REPORTER SHANNON BEHNKEN:  That's the only

8          explanation Norman Harris can come up with to

9          explain why he received five bottles of Instant

10         Keto pills.

11              MR. NORMAN HARRIS:  Never ordered it.

12              REPORTER SHANNON BEHNKEN:  When his credit

13         card was charged nearly $200 for the pills, he

14         found the Wyoming address on the bottle and

15         called the company.

16              MR. NORMAN HARRIS:  They said that someone

17         in the house obviously ordered the package.

18         And what they would do for me is offer me

19         45 percent off the price.

20              REPORTER SHANNON BEHNKEN:  Harris said, no

21         thanks, and disputed the charge with his credit

22         card company.  But something is still nagging

23         him.

24              So you want to have a look in here.

25              MR. NORMAN HARRIS:  I would love to know

1    what's in there.  It came in the mail.  It's a

2    white powder I'm sure, in capsules.  Who knows.

3         REPORTER SHANNON BEHNKEN:  He knew he

4    better call Behnken to get to the bottom of

5    this.  I started with the address on the label,

6    3201 Hillsborough Avenue.  It's a shipping

7    address the Better Business Bureau says is used

8    by a Tampa company called The Fulfillment Lab.

9    The BBB rates this lab an F, calling it a hub

10   for problematic online sellers to conduct

11   business.

12        The BBB writes of complaints about

13   unauthorized and/or unexpected charges and says

14   the product is marketed until it generates

15   significant complaint activity, at which time

16   that product line is discontinued.

17        So I paid The Fulfillment Lab a visit.  No

18   one would speak on camera, but COO Ray

19   Schlechter told me he ships for companies

20   across the country and is not responsible for

21   their clients' billing practices.

22        The CEO of Fulfillment Lab, Rick Nelson,

23   called me back late this afternoon and said he

24   reached out to his client.  He said there is an

25   investigation into what happened and whether

Mark Holmes                                                                4/21/2022

1        fraud was involved.
2            So he went on to say that his company
3    ships millions of products a year, and he
4    severs ties with any company that has a high
5    volume of consumer complaints.
6            REPORTER JENNIFER LEIGH:  Well, can we
7    talk about the pills for a second?  Are they
8    manufactured in Tampa?  I mean, how are they
9    even marketed?  How would this even come across
10   this guy's desk?
11           REPORTER SHANNON BEHNKEN:  Well, he was
12   really hush hush, Rick Nelson was, about who
13   manufacturers these, where they are
14   manufactured.  He did tell me they're shipped
15   here to him.  Then he puts them in packages and
16   ships them out to consumers.  One of the
17   concerns that the BBB has though is that this
18   company uses fake celebrity endorsements.  You
19   may have seen some of these in your Instagram,
20   in your Facebook.  Some of them involved
21   Christie Brinkley, among others.  They say they
22   helped these people slim down.  They'll help
23   you too.
24           REPORTER JENNIFER LEIGH:  It's fake.
25           REPORTER SHANNON BEHNKEN:  Consumers claim

1          they're fake.  Rick Nelson says, if he finds

2          out that they're fake, he severs ties.  So he

3          is looking into this, and he says he takes it

4          seriously.

5                  REPORTER JENNIFER LEIGH:  More to come for

6          sure.

7                  All right.  Thank you, Shannon.  If you

8          have a problem that needs solving, better call

9          Behnken.  The number is 1-855-BEHNKEN.

10                 (Video concluded.)

11     BY MR. KNEUPPER:

12         Q.   Okay.  Have you ever seen that segment

13     before?

14         A.   No.

15         Q.   Have you ever heard that Better Call

16     Behnken had investigated The Fulfillment Lab?

17         A.   I heard there was a reporter that came

18     out, but I wasn't in that day.

19         Q.   Do you know who Better Call Behnken is?

20         A.   No, I don't watch local news.

21         Q.   Okay.  And TFL didn't actually sever a

22     relationship with Brightree Holdings Corp. after

23     that news report, did they?

24                 MR. KENT:  Object to the form.

25         A.   I don't know that.  I don't know when this

Mark Holmes                                                    4/21/2022

```
 1   news report came out, so I don't know.
 2     BY MR. KNEUPPER:
 3         Q.   And TFL did not sever relationships with
 4   Brightree Holdings Corp. after December 16, 2019,
 5   did they?
 6            MR. KENT:  Object to the form.
 7            If you know.
 8         A.   Yeah, I don't know.  I said that before.
 9     BY MR. KNEUPPER:
10         Q.   Well, we saw earlier they were still
11   shipping as of mid 2021, correct?
12            MR. KENT:  Object to the form.  If you
13        have a piece of paper references that you
14        actually know there was shipments going on,
15        then okay.  If not, you're just referring to a
16        piece of paper that references shipments, make
17        sure that that's clear.
18         A.   Yeah, I wasn't aware.
19     BY MR. KNEUPPER:
20         Q.   Okay.  Have you ever heard the BBB alert
21   that's gone out on The Fulfillment Lab?
22         A.   I haven't heard an alert that's gone out
23   from the BBB, no.
24         Q.   Have you ever heard that the BBB had
25   investigated The Fulfillment Lab?
```

1        A.   I never heard that we were investigated,

2   but I know that we have a bad rating, and I believe

3   that someone from the company, I don't know who, is

4   working with the BBB, because we feel as if it's not

5   a fair rating, but I don't -- that's about as much

6   as I know.   I don't know details at all.

7            MR. KNEUPPER:   Okay.   I'm going to mark

8       exhibit P34.

9            (Thereupon, marked as Exhibit P34.)

10   BY MR. KNEUPPER:

11       Q.   Do you see that this is a Better Business

12   Bureau page for The Fulfillment Lab, Inc.?

13       A.   Yeah.

14       Q.   And do you see The Fulfillment Lab has an

15   F rating on the BBB.

16       A.   Yeah, I see that, yeah.

17       Q.   And you're listed as one of the contacts

18   for The Fulfillment Lab.

19            Do you see that?

20       A.   Yes.

21       Q.   Do you see that there's a business alert

22   kind of in the middle of the page?

23       A.   Yeah.

24       Q.   Do you see that it says, "In July 2017 BBB

25   contacted The Fulfillment Lab, Inc. about its

Mark Holmes                                                      4/21/2022

1   business practices as BBB had received significant

2   complaint activity involving a large number of

3   products using addresses owned, operated and/or

4   affiliated with the business."

5           Do you see that?

6   A.   I see that, yeah.

7   Q.   Were you at TFL in 2017?

8           MR. KENT:  What happened?  I'm sorry, did

9       you drop off that question?  I didn't hear the

10      back end of it.

11          MR. KNEUPPER:  I said were you at TFL in

12      2017?

13          MR. KENT:  Okay.

14  A.   Yeah, possibly.  I don't remember the

15  exact date I started.  I believe I was working there

16  in 2017.  I must have been, if I was a contact,

17  right?

18    BY MR. KNEUPPER:

19      Q.   Do you remember the BBB ever contacting

20  The Fulfillment Lab about its business practices?

21      A.   No, I've never spoken to the BBB, I don't

22  believe.

23      Q.   Do you see in the second paragraph, it

24  says that, "BBB files indicate that the product

25  lines have a pattern of complaints concerning

Mark Holmes                                                                4/21/2022

1    unauthorized and/or --"

2         A.   Wait, wait.  I don't see it.  Where are we

3    here now?

4         Q.   Do you see this paragraph starting with

5    the "according to information"?  I'll just read the

6    whole thing?

7         A.   Yeah.

8         Q.   Do you see it says, "According to

9    information in BBB files, these products have had

10   their orders fulfilled and shipped by The

11   Fulfillment Lab.  Complaint activity and advertising

12   practices are consistent across most of the product

13   lines.  BBB files indicate that the product lines

14   have a pattern of complaints concerning unauthorized

15   and/or unexpected charges and unresolved refund

16   disputes.  Complaints filed by consumers state that

17   they signed up for what they thought was a free

18   trial of a product and later discovered additional

19   unauthorized and/or unexpected charges to their

20   credit cards for additional amounts."

21             Do you see that?

22        A.   I do see that now, yeah.

23        Q.   Is that something that would be a

24   concerning report to hear about The Fulfillment Lab?

25             MR. KENT:  Object to the form.  Again,

Mark Holmes                                                          4/21/2022

```
 1        assuming it's true, right?
 2        A.   Yeah, assuming it's true, but it's the
 3   first time I'm seeing it, so I can't really speak to
 4   it.
 5     BY MR. KNEUPPER:
 6        Q.   It doesn't concern you that the Better
 7   Business Bureau is saying that there are
 8   unauthorized or unexpected charges on products being
 9   shipped by The Fulfillment Lab?
10        A.   I know what we do as a company, and I know
11   we're a good company.
12        Q.   Okay.   Do you know why the Florida
13   Attorney General is investigating your clients?
14        MR. KENT:   Object to the form.   Is there
15        an investigation that you're aware of, Kevin?
16        I would love to see some evidence of that.
17        MR. KNEUPPER:   I just showed you the
18        subpoena that says there is.
19        MR. KENT:   So the subpoena is your -- I'm
20        just going to make this very clear for the
21        record.   So a subpoena seeking information
22        about certain of BBB -- or sorry -- TFL's
23        clients is an investigation into TFL?
24        MR. KNEUPPER:   I said of TFL's clients.
25        MR. KENT:   No, you didn't.
```

Mark Holmes                                                            4/21/2022

1          MR. KNEUPPER:  Yeah, I did.  It's going to

2     be on the record.

3          MR. KENT:  No, you didn't.  Trust me.  I

4     just want to make sure you're being very clear.

5     Again, do not put words in his mouth.

6  BY MR. KNEUPPER:

7     Q.   Does it concern you that the Florida

8  Attorney General is investigating TFL's clients?

9     A.   I don't know what the investigation is, so

10 I can't speak to that.

11    Q.   Do you see at the bottom, the very last

12 paragraph on this first page says, "BBB's rating for

13 the Fulfillment Lab reflects BBB's concerns that the

14 business' practices, according to information in BBB

15 files that The Fulfillment Lab appears, to be a hub

16 for problematic online sale orders to conduct

17 business.  The Fulfillment Lab has knowledge that it

18 has as customers, many online sellers that are using

19 deceptive practices to enroll customers into

20 continuity programs."

21         Do you see that?

22    A.   I do see that.

23    Q.   Does The Fulfillment Lab know that some of

24 its client had been using deceptive practices?

25         MR. KENT:  Object to the form.

 1          A.   I don't know.

 2      BY MR. KNEUPPER:

 3          Q.   Have you ever looked at the BBB complaint

 4      page?

 5          A.   No, I don't bother with the BBB, no.  I

 6      don't look at the BBB.  I've never been to their

 7      site.

 8          Q.   Do you know who responds to BBB complaints

 9      on behalf of The Fulfillment Lab?

10          A.   No, it's not my department, so I don't

11      know.

12          Q.   Who is Rick Nelson?

13          A.   The owner of the company.

14          Q.   And what is his role at The Fulfillment

15      Lab?

16          A.   He's the CEO.

17          Q.   What are his responsibilities?

18          A.   He's the CEO.

19          Q.   Well --

20          A.   I don't know.  You have to ask him what

21      his responsibilities are.  I don't know.  I know

22      what mine are.  I'm in sales.  I sell the services

23      of The Fulfillment Lab.  What he does specifically

24      on a day-to-day basis, you'll have to ask him.  I

25      don't know.

```
 1

 2

 3                    CERTIFICATE OF OATH

 4

 5

 6   STATE OF FLORIDA

 7   COUNTY OF PINELLAS

 8

 9

10          I, the undersigned authority, certify

11      that MARK HOLMES appeared remotely before me and

12      was duly sworn on the 21st day of April, 2022.

13              Signed this 5th day of May, 2022.

14

15

16      _____

17      DENISE SANKARY, RPR, RMR, CRR
        Notary Public, State of Florida
        My Commission No. GG 944837
18      Expires: 1/27/24

19

20

21

22

23

24

25
```

Mark Holmes                                                           4/21/2022

```
 1                    CERTIFICATE OF REPORTER

 2

 3   STATE OF FLORIDA

 4   COUNTY OF HILLSBOROUGH

 5

 6            I, DENISE SANKARY, Registered Merit

 7       Reporter, do hereby certify that I was authorized

 8       to and did stenographically report the foregoing

 9       remote videotaped deposition of MARK HOLMES;

10       pages 1 through 215; that a review of the

11       transcript was requested; and that the transcript

12       is a true record of my stenographic notes.

13            I FURTHER CERTIFY that I am not a

14       relative, employee, attorney, or counsel of any

15       of the parties, nor am I a relative or employee

16       of any of the parties' attorneys or counsel

17       connected with the action, nor am I financially

18       interested in the action.

19            Dated this 5th day of May, 2022.

20       _____

21       DENISE SANKARY, RPR, RMR, CRR

22

23

24

25
```

# EXHIBIT P

1          UNITED STATES DISTRICT COURT

2          SOUTHERN DISTRICT OF CALIFORNIA

3

4   JANET SIHLER, individually and on     )
    behalf of all others similarly        )
5   situated, CHARLENE BAVENCOFF,         )
    individually and on behalf of all     )
6   others similarly situated,            )
                                          )
7                Plaintiffs,              )
                                          )
8       vs.                               ) Case No. 3:20-
                                          ) cv-01528-H-MSB
9   THE FULFILLMENT LAB, INC.; RICHARD    )
    NELSON; BEYOND GLOBAL INC.; and JOHN  )
10  DOES 1-10,                            )
                                          )
11               Defendants.              )
    _____)

12

13

14

15          VIDEOTAPED REMOTE DEPOSITION OF

16                  MORGAN KEENAN

17                  Tampa, Florida

18          Tuesday, August 31, 2021

19

20
    Stenographically Reported By:
21  RHONDA HALL-BREUWET, RDR, CRR
    CA CSR No. 14411
22  TX CSR No. 11956
    TN LCR No. 675
23  LA CCR No. 2017004
    WA CCR No. 21000131
24  GA CCR No. 5087-2801-9674-7264
    FL FPR No. 693
25  LitiCourt Job No.:  203716

1                UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF CALIFORNIA

3

4    JANET SIHLER, individually and on     )
     behalf of all others similarly        )
5    situated, CHARLENE BAVENCOFF,         )
     individually and on behalf of all     )
6    others similarly situated,            )
                                           )
7                  Plaintiffs,             )
                                           )
8        vs.                               ) Case No. 3:20-
                                           ) cv-01528-H-MSB
9    THE FULFILLMENT LAB, INC.; RICHARD    )
     NELSON; BEYOND GLOBAL INC.; and JOHN  )
10   DOES 1-10,                            )
                                           )
11                 Defendants.             )
     _____)

12

13   VIDEOTAPED REMOTE DEPOSITION OF MORGAN KEENAN,

14   taken on behalf of the plaintiff, on Tuesday,

15   August 31, 2021, starting at 11:35 a.m. EDT and

16   8:35 a.m. PDT, and concluding at 4:28 p.m. EDT

17   and 1:28 p.m. PDT, at 101 East Kennedy

18   Boulevard, Suite 2700, in Tampa, Florida 33602,

19   held remotely before Rhonda Hall-Breuwet,

20   Registered Diplomate Reporter, Certified

21   Realtime Reporter, Certified Shorthand Reporter

22   (CA and TX), Licensed Court Reporter (TN),

23   Certified Court Reporter (GA, LA, and WA),

24   Florida Professional Reporter, and Notary

25   Public of the State of Florida.

Morgan Keenan                                                    8/31/2021

1    you'll have your attorneys there as well.

2          Can you please state your name for the

3    record.

4         A.   Morgan Keenan.

5         Q.   Okay.  And what is your position at The      11:40:49

6    Fulfillment Lab?

7         A.   Client services manager.

8         Q.   Okay.  And what is a client service manager?

9    What are the duties associated with that position?

10        A.   Yes.  So I manage a team who handles the      11:41:01

11   day-to-day communication with our clients.

12        Q.   And how many people are on that team?

13        A.   There are -- including myself, there are six

14   members.

15        Q.   And in this case, the attorneys have been     11:41:32

16   referring to The Fulfillment Lab often as "TFL" for

17   short.

18          Do y'all ever call it "TFL" at the company?

19        A.   Yes.

20        Q.   And so if we say "TFL" or switch back and     11:41:44

21   forth, do you have any issues understanding TFL to

22   mean The Fulfillment Lab?

23        A.   No issues.

24        Q.   And when did you join The Fulfillment Lab?

25        A.   I've been there for three years.             11:41:58

Morgan Keenan                                                  8/31/2021

1        A.   I just know -- I think -- I don't know much,

2   just that he's part of Brightree.  But I didn't even

3   remember his last name until you just said that.

4        Q.   How did -- how did you come to be aware of

5   Mr. James?                                        12:18:43

6        A.   I believe just like talk around the office.

7        Q.   Okay.  And what kind of talk was going

8   around the office about Brightree Holdings Corp.?

9        A.   I believe it was just when, like, our sales

10  team was bringing them on board.  I believe Rick was   12:19:05

11  the main point of contact at that time.

12       Q.   What did you hear from the sales team about

13  the onboarding process for Brightree Holdings Corp.?

14       A.   Mainly they were -- they were like a large

15  account coming on board.  So they were high volume.   12:19:31

16  So that was -- majority of the buzz was that they

17  were a high-volume client.

18       Q.   Okay.  Were they an important client to The

19  Fulfillment Lab?

20            MR. KENT:  Object to the form.          12:19:48

21            THE WITNESS:  Yes.

22  BY MR. KNEUPPER:

23       Q.   And why is that?

24       A.   Because they are high volume.

25       Q.   What -- why is it important to have     12:19:57

1   high-volume clients?

2        A.  Because we are making money off of them.

3        Q.  And how did the size of the Brightree

4   Holdings Corp. account compare to other clients at

5   The Fulfillment Lab?                                    12:20:20

6        A.  I'm not sure.

7        Q.  Do you know if they were -- was Brightree

8   Holdings Corp. at any point in time the biggest

9   client at TFL?

10          MR. KENT:  Object to the form.               12:20:29

11          THE WITNESS:  I'm not sure about that.

12   BY MR. KNEUPPER:

13       Q.  You started the client service manager

14   position in roughly October 2019; correct?

15       A.  Yes.                                          12:20:42

16       Q.  How soon after that did the Brightree

17   Holdings account -- let me ask -- rephrase that.

18          Roughly when in the time frame of your work

19   at TFL did the Brightree Holdings Corp. account get

20   taken on?                                              12:20:57

21       A.  That, I'm not sure off the top of my head.

22   I'm not sure of their start date.

23       Q.  Do you know if the start date for Brightree

24   Holdings Corp. was before or after you moved into

25   the client services manager position?                 12:21:12

Morgan Keenan                                                    8/31/2021

1          A.   No.

2          Q.   When you became a client services manager,

3     was work on Brightree Holdings Corp. a significant

4     part of what you were doing?

5          A.   Yes.                                      12:21:32

6          Q.   About how much of your work would you say

7     was dedicated to Brightree Holdings Corp.?

8          A.   I mean, we definitely treated them as like

9     VIP, like, top -- you know, one of our top clients,

10    but I really just spent as much time as was          12:21:54

11    necessary, but it wasn't like full days or anything.

12    It varies depending on the day.

13          So if there's a lot of orders that are going

14    on hold and they need to be checked, then I would

15    spend more time.  If the orders were going through    12:22:11

16    just fine, then it was, of course, less time.

17          Q.   How does The Fulfillment Lab treat a VIP

18    client?

19          A.   Just make sure that we're, you know, really

20    on top of answering anything that they need done.     12:22:29

21          Q.   Did Brightree Holdings Corp. get better

22    service than clients who weren't VIP?

23          A.   Well, I mean, we try to give everyone good

24    service, but it's also just like -- just we knew

25    that they were a large client.  So it was just like,  12:22:54

1    ==make sure that you're on it.==

2        Q.  Was there ever a point in time when

3    Brightree Holdings Corporation -- let me rephrase

4    that because I think there -- was there ever a point

5    in time when Brightree Holdings Corp. accounted for          12:23:12

6    more than 10 percent of The Fulfillment Lab's volume

7    of shipping?

8            MR. KENT:  Object to the form.

9            THE WITNESS:  I'm not sure.

10   BY MR. KNEUPPER:                                             12:23:26

11       Q.  Was there ever a time when most of your work

12   on a daily basis was spent on Brightree Holdings

13   Corp.?

14       A.  No.

15       Q.  What products did Brightree Holdings Corp.            12:23:42

16   sell?

17       A.  As far as I know, only keto.

18       Q.  What do you mean when you say "keto"?

19       A.  Keto pills, capsules.

20       Q.  Do you know the names of the keto pill               12:23:58

21   capsules that Brightree Holdings Corp. was selling?

22       A.  The only one that I can think of was called

23   "Instant Keto."

24       Q.  Do you know how many different product names

25   Brightree Holdings Corp. used for their keto pills?         12:24:19

Morgan Keenan                                                    8/31/2021

```
 1   BY MR. KNEUPPER:
 2        Q.   Have you ever read any online reviews
 3   suggesting that anyone -- any client of The
 4   Fulfillment Lab was running any kind of scam?
 5             MR. KENT:  Object to the form.          01:54:05
 6             THE WITNESS:  Yes, I have read reviews that
 7   say that.
 8   BY MR. KNEUPPER:
 9        Q.   Where did you read those reviews?
10        A.   On the BBB, and I believe there's some,   01:54:13
11   like, Google business reviews as well.
12        Q.   When did you first become aware of those
13   reviews?
14        A.   So I respond to the BBB complaints.  So I'm
15   not sure when I started taking that over.  I would  01:54:36
16   say probably maybe roughly two years ago.
17        Q.   What do you do when you see a complaint on
18   the BBB page that says that one of your clients has
19   engaged in a fraudulent or unfair business practice?
20        A.   Well, so the first thing that we do when we  01:54:57
21   receive a complaint is investigate the complaint in
22   our system.  So when the customer submits a BBB
23   complaint, they enter all of their information.  So
24   they put their first and last name, email address,
25   phone number, home address.  So I take all of that   01:55:16
```

Morgan Keenan                                                              8/31/2021

1    information, look it up in our system to see if

2    we've ever shipped to this customer before.

3              If we have not shipped to this customer,

4    then I post a response stating that we are not

5    affiliated with the company that was selling them          01:55:34

6    these products.  And the vast majority of the times,

7    that is the case.

8        Q.   Okay.  What happens if you find out that The

9    Fulfillment Lab was shipping to a customer who was

10   complaining about an unfair fraudulent practice by         01:55:49

11   one of your clients?

12             MR. KENT:  Object to the form.

13             THE WITNESS:  If we did find out that the

14   complaint was associated with a company -- with one

15   of our clients, then we would reach out to the             01:56:03

16   client, let them know about the complaint, and try

17   to get any information about, you know, the history

18   that they have with the customer, and then formulate

19   our response from there.

20   BY MR. KNEUPPER:                                           01:56:20

21       Q.   Did you ever reach out to Brightree Holdings

22   Corp. about any complaints from the Better Business

23   Bureau website?

24       A.   Not that I can recall.

25       Q.   Are you the person that would have done          01:56:37

Morgan Keenan                                                8/31/2021

```
 1   that?

 2        A.  Yes.

 3        Q.  Where are The Fulfillment Lab's notes on

 4   this process of responding to Better Business Bureau

 5   complaints stored?                                  01:56:49

 6           MR. KENT:  Object to the form.

 7           THE WITNESS:  We -- I don't believe that

 8   there's, like, a documented process for responding,

 9   but we do have a response template depending on, you

10   know, our findings after the investigation.         01:57:01

11   BY MR. KNEUPPER:

12        Q.  What do you mean when you say "response

13   template"?

14        A.  So it's a template that just basically says,

15   "Hi," blank, you know, with the customer's -- you    01:57:12

16   know, you can fill in the customer's name there, and

17   just let's them know that we're not in any way

18   affiliated with the company, "but here's some

19   helpful tips to help you contact the seller who did

20   sell you the product.  You know, if you can look on   01:57:26

21   the product itself and check the distributed by

22   section, which should be listed on the product,

23   there's" -- "there should be a either phone number

24   or email address for you to contact the seller

25   directly."                                           01:57:45
```

Morgan Keenan                                                    8/31/2021

1              So we try to advise them to do that.   So

2     it's just a template that gives them those

3     instructions so that they can hopefully find the

4     seller and get the refund or outcome that they're

5     requesting.                                       01:57:56

6         Q.   Do you ever report these Better Business

7     Bureau complaints up the chain to anyone who's above

8     you at The Fulfillment Lab?

9         A.   So they actually go -- they come in directly

10    to Rick.   So any BBB complaints are sent via email   01:58:12

11    to Rick Nelson, and then Rick forwards them to Ray

12    and myself.   And then I do the research on the

13    customer.   I report my findings back to Ray, and he

14    advises how to respond.

15        Q.   Have either Ray or Rick ever told you that   01:58:36

16    any Better Business Bureau complaint about one of

17    The Fulfillment Lab's clients warranted a further

18    investigation?

19             MR. KENT:   Object to the form.

20             THE WITNESS:   Yes.                        01:58:52

21    BY MR. KNEUPPER:

22        Q.   And can you tell me more about when that

23    happened?

24        A.   Yes.   It would be any instance where the

25    customer is making a complaint that relates to one   01:59:05

Morgan Keenan                                                          8/31/2021

1    of our clients.

2          Q.   And what further investigation do you do?

3          A.   We would reach out to the client, and they

4    would provide us with the information, and then we

5    reply to the customer after that.                          01:59:21

6          Q.   And what do you mean when you say the client

7    provides you with information?

8          A.   So usually they'll send us like -- it

9    depends on what the BBB complaint says.   So if the

10   BBB complaint says that the person is requesting to     01:59:36

11   cancel their subscription, then we reach out to the

12   client and ask them for the history that they have

13   with this customer.   And usually they've already

14   cancelled the subscription or handled it in some way

15   or another, and they kind of provide us with            01:59:52

16   screenshots or documents to back that up and, you

17   know, additionally confirm with the customer that

18   this has been handled.

19         Q.   What do you do if you receive multiple

20   customer complaints about the same client?             02:00:08

21         MR. KENT:   Object to the form.   Speculation.

22         THE WITNESS:   We haven't.

23   BY MR. KNEUPPER:

24         Q.   So it's your testimony that you've never

25   received multiple customer complaints about the same   02:00:18

1    client?

2        A.  Yes.

3            MR. KNEUPPER:  I want to mark an exhibit

4    real quick.  Sorry.  I'm figuring out some software

5    here.  I'm going to be marking Exhibit P1 -- or P2,        02:01:00

6    rather.  This is Exhibit P2.

7            (Exhibit Number P2, Better Business Bureau

8        Web Page Re The Fulfillment Lab, Inc., was

9        marked for identification.)

10   BY MR. KNEUPPER:                                           02:01:30

11       Q.  And let me see.  Did Exhibit P2 come up for

12   you on your laptop?

13       A.  Yes.

14           MR. KENT:  I don't have it.  I got booted.

15   So I'm trying to log back in, if you could --             02:01:39

16           MR. KNEUPPER:  I can give you a second.

17           MR. KENT:  I'm in.  I'm back in.

18   BY MR. KNEUPPER:

19       Q.  Do you see that this is a Better Business

20   Bureau web page about The Fulfillment Lab, Inc.?          02:01:49

21       A.  Yes.

22       Q.  Have you been to this web page before?

23       A.  Yes.

24       Q.  And what is the Better Business Bureau

25   rating for The Fulfillment Lab?                           02:02:00

1      A.  An F.

2      Q.  Okay.  And F generally is a failing grade;

3  right?

4          MR. KENT:  Object to the form.

5          THE WITNESS:  Yes.                          02:02:10

6  BY MR. KNEUPPER:

7      Q.  Do you see that there's an alert on the

8  Better Business Bureau page about The Fulfillment

9  Lab?  Do you see that at the bottom?

10     A.  No.  Okay.  Yeah, alert, I see it.         02:02:23

11     Q.  Do you see it says, "In July 2017, BBB

12  contacted The Fulfillment Lab, Inc., about its

13  business practices, as BBB had received significant

14  complaint activity involving a large number of

15  products using addresses owned, operated, and/or     02:02:40

16  affiliated with the business"?

17     A.  Yes.

18     Q.  Have you reviewed this business alert before

19  while you were responding to BBB complaints?

20     A.  No.  This is the first I've ever seen a      02:02:52

21  business alert.

22     Q.  Okay.  And do you see that it says in

23  reviewing -- this is the third paragraph down.

24  Actually, let me do the second paragraph.

25          The second paragraph says, "According to    02:03:07

```
 1   information in BBB files, these products have had

 2   their orders fulfilled and shipped by The

 3   Fulfillment Lab.  Complaint activity and advertising

 4   practices are consistent across most of the product

 5   lines.  BBB files indicate that the product lines        02:03:21

 6   have a pattern of complaints concerning unauthorized

 7   and/or unexpected charges and unresolved refund

 8   disputes.  Complaints filed by customers state that

 9   they signed up for what they thought was a free

10   trial of the product and then later discovered         02:03:35

11   additional unauthorized and/or unexpected charges to

12   their credit cards for additional amounts."

13        Do you see that?

14        A.  Yes.

15        Q.  Is that something that's concerning to you     02:03:45

16   as an employee of The Fulfillment Lab?

17        MR. KENT:  Object to the form.

18        THE WITNESS:  Somewhat.

19   BY MR. KNEUPPER:

20        Q.  And is why is it somewhat concerning?           02:03:56

21        A.  Well, it's more concerning that these

22   customers who are complaining are not associated

23   with The Fulfillment Lab.  So when I investigate,

24   the vast majority of these customers are not

25   affiliated with The Fulfillment Lab clients at all.     02:04:19
```

1          So my main concern is that The Fulfillment

2     Lab's BBB page is taking a hit for -- for customers

3     and clients that we are not associated with.

4          Q.  Do you have a concern for the effects that

5     this has on the customers?                           02:04:44

6          MR. KENT:  Object to the form.

7          THE WITNESS:  To the customers or our

8     clients?

9     BY MR. KNEUPPER:

10         Q.  When a customer finds their bank account's   02:04:55

11    been charged and suddenly money's coming out of

12    their bank account, do you have a concern about the

13    effects that has on them?

14         A.  Can you repeat the question?

15         Q.  When a customer gets charged for something   02:05:11

16    that they didn't order, they find money coming out

17    of their bank account, are you concerned about the

18    effects that that has on a customer?

19         MR. KENT:  I'll object just based on

20    goofiness.  That's hypothetical.                     02:05:24

21         But, yeah, if you have an individualized

22    concern about the hypothetical purchase of a product

23    unaffiliated with The Fulfillment Lab coming out of

24    their credit card or debit card account, you can

25    answer.                                              02:05:38

Morgan Keenan                                                    8/31/2021

```
 1              MR. KNEUPPER:  I'm going to object to the

 2    speaking objection and to the coaching of the

 3    witness, which is inappropriate.

 4              MR. KENT:  Then I'll object to your

 5    objection to my objection.                        02:05:44

 6              MR. KNEUPPER:  I'm going to reask the

 7    question, and I'm going to urge you not to make

 8    speaking objections or coaching, which you're not

 9    permitted in the Southern District of California.

10    BY MR. KNEUPPER:                                  02:05:57

11         Q.  Do you have concerns for the effects that it

12    has on a customer when they receive a product that

13    they didn't order and have money coming out of their

14    bank account for something that they didn't intend

15    to buy?                                           02:06:08

16              MR. KENT:  Object to the form.

17    Hypothetical.

18              THE WITNESS:  I mean, just on a human level,

19    I would feel bad for anybody who's having money

20    taken out of their account when they didn't expect   02:06:18

21    to.  But these customers are not affiliated with The

22    Fulfillment Lab.  So I don't have any, you know,

23    guilt or concerns with -- with that, no.

24    BY MR. KNEUPPER:

25         Q.  Is it your testimony that none of the       02:06:34
```

Morgan Keenan                                                    8/31/2021

1    complaints you've ever reviewed about free-trial

2    scams or any kind of other fraudulent business

3    practices have been associated with The Fulfillment

4    Lab?

5            MR. KENT:  Object to the form.  Asked and          02:06:44

6    answered.

7            THE WITNESS:  No, that's not my testimony.

8    BY MR. KNEUPPER:

9        Q.  Okay.  So is it true that at least some of

10   the complaints you've investigated have been          02:06:55

11   customers reporting that they had money taken from

12   their bank accounts without permission by one of The

13   Fulfillment Lab's clients?

14           MR. KENT:  Object to the form.

15           THE WITNESS:  Yes.                              02:07:05

16   BY MR. KNEUPPER:

17       Q.  And in those cases when one of The

18   Fulfillment Lab clients is accused of taking money

19   out of a customer's bank account without their

20   permission, do you have concern for the effects that     02:07:15

21   has on those customers' lives?

22       A.  Yes, but we speak to our clients in the

23   event that that would happen to make sure that it's

24   been fully resolved.

25       Q.  Okay.  And how do you ensure that something      02:07:35

Morgan Keenan                                                    8/31/2021

1   like that doesn't happen again when it's been

2   reported as to one of your clients?

3           MR. KENT:  Object to the form.

4           It's a duty you don't have, but go ahead.

5           THE WITNESS:  We can't, really.            02:07:48

6   BY MR. KNEUPPER:

7       Q.  So The Fulfillment Lab just doesn't do

8   anything to make sure that its clients are not

9   engaging in unfair or fraudulent business practices?

10          MR. KENT:  Object to the form.             02:07:56

11          THE WITNESS:  We haven't gotten to that

12  point yet, that I'm aware of.

13  BY MR. KNEUPPER:

14      Q.  How do you verify whether the customer is

15  someone who's making -- let me rephrase.           02:08:07

16          How do you verify whether a customer making

17  a Better Business Bureau complaint is someone that

18  one of The Fulfillment Lab's clients did not ship

19  to?

20          MR. KENT:  Object to the form.             02:08:19

21          THE WITNESS:  Yeah.  We investigate further

22  by typing in the information into GFS and looking to

23  see if we've ever shipped to them before.  So we'll

24  search by first name and last name; first name, last

25  name, and ZIP code; email address; street address;  02:08:39

Morgan Keenan                                                      8/31/2021

1   and phone number if all of that is provided.

2   BY MR. KNEUPPER:

3       Q.   Okay.   I'm going to mark another exhibit

4   here.   This is going to be Exhibit P3.

5            (Exhibit Number P3, Better Business Bureau       02:09:00

6       Complaint #56434312, Bates-stamped TFL000041 -

7       42, was marked for identification.)

8   BY MR. KNEUPPER:

9       Q.   And let me present it to you real quick.   Do

10   you see that this is a document -- sorry.   I'm         02:09:09

11   trying to find the Bates number.

12           Do you see this is a document that was

13   produced -- if you can see the bottom here, do you

14   see the number TFL000042?   I may be doing my syncing

15   wrong.   Here we go.                                    02:09:45

16           Do you see that now, TFL00042?

17       A.   Yes.

18       Q.   And I'm looking at the first page, and it's

19   a little harder to read.   And let me sync here.

20           Do you see kind of over the text it's got      02:09:54

21   TFL00041 on the first page at the very bottom right?

22       A.   Keeps flipping back and forth.   One second.

23   41, yeah.   000041, yes.

24       Q.   Do you recognize what kind of document this

25   is?                                                     02:10:20

Morgan Keenan                                                    8/31/2021

1        A.  Yeah.  It just looks like a standard BBB

2   complaint that was resolved.

3        Q.  Are these the complaints that you're

4   reviewing when you're responding to Better Business

5   Bureau complaints?                                  02:10:38

6        A.  Yes.

7        Q.  And you can see this has email information

8   and address information.  Is this something that is

9   sent privately to The Fulfillment Lab as opposed to

10  publicly on the BBB website?                        02:10:53

11       A.  I'm not sure about that.

12       Q.  Then I'm going to sync this again.  Do you

13  see -- this is the second page of the complaint.  Do

14  you see at the top it says -- or kind of like the

15  second paragraph down it says, "Your complaint       02:11:16

16  indicates:  The ad said buy 3 get 2 free.  They

17  charged me to all 5 bottles overcharging me.  It was

18  keto diet pill ad on Facebook, was buy 3 bottle and

19  get 2 free.  They charged me for all 5 bottle and I

20  cannot [sic] get any info on how to call them or      02:11:33

21  phone number of every kind" -- "of any kind.  One

22  bottle was 34.95.  They charged me over $200."

23           I'll flag for the court reporter, there's a

24  number of misspellings in here that I'm trying to

25  address, but do you see that paragraph there?        02:11:47

Morgan Keenan                                                    8/31/2021

1        A.  Yes.

2        Q.  Is this a complaint that you reviewed on

3   behalf of The Fulfillment Lab?

4        A.  If you could give me a moment to read it.

5            No, this is not our standard template.  I     02:12:15

6   did not post this response.

7        Q.  What about this -- do you see the -- is it

8   showing you the "Receive Business Response" at the

9   bottom on October 17th, 2019?

10       A.  Yes.                                           02:12:28

11       Q.  Is it your testimony that that's not The

12  Fulfillment Lab's standard response?

13           MR. KENT:  Objection form.  Is that this

14  time?

15           THE WITNESS:  Yeah, it's my testimony that    02:12:42

16  that's not the response that we would provide at

17  this time.

18  BY MR. KNEUPPER:

19       Q.  Do you see the date for that response is

20  October 17th, 2019?                                     02:12:49

21       A.  Yes.

22       Q.  And is it correct that was kind of right

23  around or shortly after when you moved to your

24  current position?

25       A.  Yes.                                           02:12:59

1      Q.  Would you have been responding to the Better

2   Business Bureau complaints at that time?

3      A.  I'm not sure about that.  I just know that I

4   didn't post this one.

5      Q.  Is it possible someone else posted this        02:13:12

6   response on behalf of The Fulfillment Lab, but not

7   you?

8      A.  Yes.

9      Q.  Can you look at the -- there's kind of one

10  massive paragraph that's part of the business        02:13:28

11  response where there's no line breaks.  If you look

12  just above the "thank you for understanding," that

13  sort of little section there.

14     A.  "Thank you for understanding."  Okay.  The

15  top part, TFL's role?                                02:13:38

16     Q.  It says -- just above that paragraph, it

17  says "in addition."

18         Do you see that?

19     A.  In addition . . .

20         MR. KENT:  It's about three-quarters of the   02:13:49

21  way down on the paragraph above the "Thank you for

22  understanding."

23         MR. KNEUPPER:  Yes, just, like, five

24  sentences up from that "Thank you for

25  understanding."                                      02:13:58

Morgan Keenan                                                    8/31/2021

```
 1              THE WITNESS:  Oh, "In addition, TFL
 2    carefully," that part?
 3    BY MR. KNEUPPER:
 4         Q.  Yes.
 5         A.  Yes.                                      02:14:03
 6         Q.  You see it says, "In addition, TFL carefully
 7    reviews its relationship with any company that has
 8    been accused of fraudulent business practices"?
 9         A.  Yes.
10         Q.  Did TFL ever carefully review its          02:14:13
11    relationship with Brightree Holdings Corp.?
12              MR. KENT:  Object to the form.
13              THE WITNESS:  I'm not sure about that.
14    BY MR. KNEUPPER:
15         Q.  And then can you look at the very bottom -- 02:14:51
16    oh, wait.  No.  I'm on a different document.  Sorry.
17    Let me -- I'm going to show you another exhibit here
18    real quick.  This is going -- I'm marking
19    Plaintiffs' Exhibit 4.
20              (Exhibit Number P4, Better Business Bureau  02:15:10
21         Complaint #67439071, Bates-stamped TFL000043 -
22         44, was marked for identification.)
23    BY MR. KNEUPPER:
24         Q.  And is this another Better Business Bureau
25    complaint response?                                 02:15:22
```

1    A.  I -- oh, okay.  P4?

2    Q.  Yes.

3    A.  Okay.  Yeah.  It looked the same as the

4  other one.  Okay.  Yes.

5    Q.  Do you see under business info the contact          02:15:44

6  information for this complaint is listed as Richard

7  Nelson II?

8    A.  Yes.

9    Q.  And just to identify the document, do you

10 see again kind of covered up by text at the very          02:15:53

11 bottom right it says TFL000043?

12   A.  Yes.

13   Q.  And I'm going to -- the response here

14 overlaps on the page a little.  I'm going to sync

15 you to the second page, but if you need to read the       02:16:18

16 first, let me know.

17       Is this a standard form response like the

18 ones that you would post on behalf of The

19 Fulfillment Lab on the Better Business Bureau page?

20       MR. KENT:  Object to the form.                      02:16:27

21       THE WITNESS:  No.  This is not a standard

22 response.

23 BY MR. KNEUPPER:

24   Q.  Do you see that it lists -- on 12/2/2019 it

25 says, "Received Business Response"?                        02:16:58

Morgan Keenan                                                    8/31/2021

```
 1        A.  Yes.

 2        Q.  And the response is signed from The

 3   Fulfillment Lab, Inc.

 4            Do you see that?

 5        A.  Yes.                                    02:17:07

 6        Q.  Do you see at the very bottom under "Case

 7   Description" it lists -- it says, "Product does not

 8   work.  Price was incorrect when billed.  False

 9   advertisement.  Product Ultra Fast Keto Boost"?

10        A.  Yes.                                    02:17:21

11        Q.  Are you aware of there being any complaints

12   on the Better Business Bureau page in the

13   November -- or 2019 time frame relating to Ultra

14   Fast Keto Boost?

15            MR. KENT:  Object to the form.          02:17:38

16            Prior to today?

17            THE WITNESS:  No.

18   BY MR. KNEUPPER:

19        Q.  I'm going to show you -- I'm going to show

20   Exhibit P5.                                      02:17:50

21            (Exhibit Number P5, Better Business Bureau

22        Complaint 6744309767439071, Bates-stamped

23        TFL000045 - 46, was marked for identification.)

24   BY MR. KNEUPPER:

25        Q.  And it should be synced to you now.  Is this 02:18:02
```

1    another complaint page from the Better Business

2    Bureau --

3         A.  Yeah.

4         Q.  -- of the kind that you had reviewed?

5         A.  Yes.                                          02:18:13

6         Q.  And do you see it's dated -- do you see that

7    on the bottom right-hand corner again buried by

8    text -- it's difficult to see, but do you see it

9    says TFL000045?

10        A.  I was on 46.  Let me go back.  Yes.           02:18:35

11        Q.  Do you see the business response is dated as

12   January 22nd, 2020?

13        A.  Yes.

14        Q.  And the complaint that was filed against The

15   Fulfillment Lab, do you see that up on the page?       02:18:55

16        A.  Yes.

17        Q.  And then is this the kind of form response

18   in this document that you would post on behalf of

19   The Fulfillment Lab, on the Better Business Bureau

20   page?                                                  02:19:12

21        A.  Yes.  If we investigated and realized that

22   it was associated with one of our clients, this

23   would be the response that we would post, yes.

24        Q.  Can you turn to -- I don't know if I have

25   you there yet -- the second page on this document.     02:19:33

Morgan Keenan                                                    8/31/2021

1    A.   Yep.

2         Q.   Do you see it says under "Case Description,"

3    "Fraudulent charge.  Never ordered anything, but

4    somehow they charged me.  I was charged $198.90 for

5    something I never ordered.  Even if I did order it,        02:19:51

6    I never received any product!  I have no email or

7    any other correspondence from them to get a refund,

8    and my bank cannot file a dispute due to it being

9    over 60 days from the charge"?

10        A.   Yes, I see that.                                  02:20:05

11        Q.   And then based on the form response here,

12   does it appear that this was, in fact, after

13   investigation a client of The Fulfillment Lab?

14        A.   Yes.

15        Q.   So in this case would you have been the         02:20:19

16   person who posted this?

17        A.   It's possible.

18        Q.   Do you see on the second page a few lines --

19   I'm going to count.  One, two, three, four, five,

20   six, seven lines up from the bottom, looks like it        02:20:37

21   again has the language, "In addition."

22             Do you see that?

23        A.   Yes.

24        Q.   Do you see that says, "In addition, TFL

25   carefully reviews its relationship with any company       02:20:51

Morgan Keenan                                                    8/31/2021

1   that's been accused of fraudulent business

2   practices"?

3        A.  Yes.

4        Q.  Did any careful review of the company that

5   shipped this product ever occur?                    02:21:00

6            MR. KENT:  Object to the form.

7            THE WITNESS:  I'm not sure.

8   BY MR. KNEUPPER:

9        Q.  Do you know if this review ever got bumped

10  up for any further investigation by TFL into whether   02:21:10

11  there were fraudulent charges by this client?

12           MR. KENT:  Object to the form.

13           THE WITNESS:  Well, so the BBB complaints

14  start at the highest level at TFL.  So these BBB

15  complaints go right to the owner first, and then he    02:21:21

16  forwards it, you know, over to us from there.  So

17  I'm not sure how it was handled prior to, you know,

18  me being told to respond.

19  BY MR. KNEUPPER:

20       Q.  Would it be fair to say that the buck stops    02:21:37

21  with Mr. Nelson on whether to conduct an

22  investigation like this?

23           MR. KENT:  Object to the form.

24           THE WITNESS:  I'm not sure.  I'm not

25  involved in that process.                           02:21:46

Morgan Keenan                                                        8/31/2021

1          (Break taken from 2:24 p.m. to 2:33 p.m.)

2          THE VIDEOGRAPHER:  This is the beginning of

3    Media Segment 3 of Morgan Keenan, August 31, 2021.

4    We are back on the record at 2:33 p.m.

5    BY MR. KNEUPPER:                                      02:34:03

6          Q.  All right.  Ms. Keenan, before we left we

7    had asked you whether you had heard whether any

8    clients of The Fulfillment Lab had ever been

9    prosecuted.

10         Do you recall that?                             02:34:13

11         A.  Yes.

12         Q.  And you said yes to that question?

13         A.  Yes.

14         Q.  Without identifying the names of the client,

15   can you tell me the factual circumstances of that?    02:34:20

16         A.  Yes.

17         Q.  And what are they?

18         A.  From what I know, the client was -- the

19   advertising on the bottle didn't match the contents

20   of the bottle, of what was inside.  So customs        02:34:43

21   became involved.

22         Q.  Okay.  This is customs enforcement for

23   things that were being shipped into the United

24   States?

25         A.  Yes.                                        02:35:00

Morgan Keenan                                                    8/31/2021

```
 1        Q.  And what happened after that?
 2        A.  The part where I became aware of the
 3   situation was, like, federal agents showed up to The
 4   Fulfillment Lab and asked for, you know, information
 5   regarding this specific client.  I'm not sure what      02:35:25
 6   happened after they were at The Fulfillment Lab.
 7        Q.  Have you heard of a company called
 8   "F9 Advertising LLC"?
 9        A.  I have not, no.
10        Q.  Have you ever heard of someone named          02:35:43
11   "Gopalkrishna Pai"?
12        A.  No.
13        Q.  Have you heard about a criminal prosecution
14   occurring in Puerto Rico as to one of TFL's clients?
15        A.  Yes.                                           02:35:56
16        Q.  And what have you heard about that criminal
17   prosecution?
18        A.  I believe that's the same one that I'm
19   speaking of.
20        Q.  And what happened when the federal agents     02:36:14
21   came to The Fulfillment Lab?
22        A.  So I was sitting at my desk.  It was shortly
23   after 9:00 a.m.  Federal agents -- they already had
24   bypassed the lobby.  So I don't know what happened,
25   like, when they came into the building, but they had   02:36:34
```

Morgan Keenan                                                    8/31/2021

1    already, you know, made their way to my office, and

2    they told everybody to, like, put their hands up and

3    step away from their computers; don't touch

4    anything.

5            And they escorted everyone outside except      02:36:46

6    for myself, and then I sat with their, like, tech

7    team to gather all the records that they were

8    requesting.

9        Q.  Okay.  And had TFL ever heard any complaints

10   about that client before the federal agents showed    02:37:10

11   up?

12           MR. KENT:  Object to the form.

13           THE WITNESS:  Not that I'm aware of.

14   BY MR. KNEUPPER:

15       Q.  And what happened after you got the records    02:37:18

16   for the federal agents?

17       A.  Well, the records were, like, the longest

18   part of them being there.  So after they got the

19   records, they left.

20       Q.  And did TFL do anything after the federal      02:37:38

21   agents raided your headquarters to reform what it

22   was doing with its clients?

23           MR. KENT:  Object to the form.

24           THE WITNESS:  That, I'm not sure of.

25           ///

1        Yeah, this just seems like a lot longer of a

2   response than we've been posting.  Yeah, I think

3   just the wording of it doesn't sound as consistent

4   with our current messaging.

5        Q.  Okay.  That's fine on that issue.  I'll move        03:15:13

6   on to another question.

7        Have you ever heard of any journalists

8   investigating Brightree Holdings Corp. for their

9   products?

10       A.  No.                                                 03:15:26

11       Q.  Have you ever heard of any journalists

12   investigating keto pills being sold from The

13   Fulfillment Lab?

14       A.  No.

15       Q.  Did you ever hear about an investigation by        03:15:40

16   WFLA, the NBC affiliate in Tampa, of a product

17   shipped by The Fulfillment Lab?

18       A.  Yes.

19       Q.  And what did you hear about that

20   investigation?                                              03:15:57

21       A.  For that one, at that time, I was working at

22   the front desk in the lobby, and a gentleman and

23   a -- I believe one other guy with a camera came into

24   the front, and they just said they were with the

25   news company doing a report on just some -- some     03:16:20

Morgan Keenan                                                    8/31/2021

1    product.  I don't remember specifically what it was

2    at the time.  That was a few years ago.

3          Q.  Okay.

4              MR. KNEUPPER:  I'm going to mark exhibit --

5    plaintiff -- mark P8, and let me reveal this to you.      03:16:43

6              (Exhibit Number P8, Better Call Behnken

7          Article Titled "Land O'Lakes man receives keto

8          pills he never ordered, charged nearly $200,"

9          Updated 12/17/19, was marked for

10         identification.)                                    03:16:51

11   BY MR. KNEUPPER:

12         Q.  Do you see this is a news article from

13   something called "Better Call Behnken"?

14         A.  Yes.

15         Q.  Are you familiar with that segment on NBC?      03:16:56

16         A.  No.

17         Q.  Are you familiar with the investigative

18   reporter, Shannon Behnken?

19         A.  No.

20         Q.  Do you see the title of this article says,      03:17:10

21   "Land O'Lakes man receives keto pills he never

22   ordered, charged nearly $200"?

23         A.  Yes.

24         Q.  Okay.  And do you see the first sentence of

25   this says, "Norman Harris was shocked to discover a       03:17:22

Morgan Keenan                                                    8/31/2021

1   package in his mailbox with five bottles of Instant

2   Keto pills.  Harris and his wife say they didn't

3   order the pills and didn't even know what they were.

4        "Harris was even more shocked to discover a

5   company he's never heard of charged his credit card     03:17:34

6   $200 for the pills."

7        Do you see that?

8   A.  Yes.

9   Q.  Is this the journalist investigation that

10  you were referring to?                                   03:17:41

11  A.  No.

12  Q.  And what time frame was the journalist's

13  investigation you were referring to?

14  A.  I would say that was probably in 2018, and I

15  believe it was for the Today Show.                       03:17:59

16  Q.  So what did the journalists say to you from

17  the Today Show when they showed up?

18  A.  He was asking about a specific product that

19  I don't remember off the top of my head.  I believe

20  it was a beauty product and asking if I had heard of     03:18:16

21  it or any information about it.

22  Q.  Did he ever give you any concern that the

23  Better Business Bureau, federal investigators, the

24  local NBC affiliate, and the Today Show had all

25  showed up alleging that TFL clients were engaging in     03:18:37

Morgan Keenan                                                    8/31/2021

1    unfair or fraudulent practices?

2           MR. KENT:  Objection to form.

3           THE WITNESS:  No.

4    BY MR. KNEUPPER:

5       Q.  How many people would have had to show up at        03:18:46

6    your offices for it to start making you concerned

7    about what TFL was doing?

8           MR. KENT:  Object to the form.

9    Hypothetical.

10          If there's a number in your head . . .              03:18:54

11          THE WITNESS:  Yeah, I don't have a number.

12   I think it would be more based on, like, frequency.

13   BY MR. KNEUPPER:

14      Q.  Okay.  So four investigations showing up is

15   not enough to cause a concern.  Would ten               03:19:08

16   investigations cause one?

17      A.  Possibly.

18      Q.  What about six investigations into TFL's

19   clients?  Would that cause concern about the

20   business practices going on at The Fulfillment Lab?     03:19:19

21          MR. KENT:  Object to the form.

22          THE WITNESS:  No.  No.

23   BY MR. KNEUPPER:

24      Q.  Would seven investigations cause concern for

25   you about what business practices The Fulfillment      03:19:31

Morgan Keenan                                                    8/31/2021

1    Lab was engaging in?

2             MR. KENT:  Object to the form.

3             THE WITNESS:  No.

4    BY MR. KNEUPPER:

5        Q.  Would eight investigations cause concern to    03:19:39

6    you about what business practices The Fulfillment

7    Lab was engaging in?

8             MR. KENT:  Object to the form.

9             THE WITNESS:  No.  I don't have any concerns

10   about The Fulfillment Lab's involvement with the     03:19:50

11   clients' business practices.  So just -- I mean, the

12   ten I said possibly, but it's really unlikely.  I

13   have a lot of faith that The Fulfillment Lab does

14   not have anything to do with the clients' business

15   practices.                                           03:20:10

16   BY MR. KNEUPPER:

17       Q.  Do you have faith that The Fulfillment Lab

18   doesn't know about the clients' business practices?

19            MR. KENT:  Object to the form.

20            THE WITNESS:  Yes?                           03:20:19

21   BY MR. KNEUPPER:

22       Q.  You asked that in a questioning tone.  Do

23   you have any doubt about whether anyone at The

24   Fulfillment Lab was aware that its clients had been

25   engaged in unfair or fraudulent business practices?  03:20:33

Morgan Keenan                                                    8/31/2021

1           MR. KENT:  Object to the form.  Assumes

2    facts not in evidence.

3           THE WITNESS:  No, I don't have any doubt

4    about it.

5    BY MR. KNEUPPER:                                    03:20:45

6       Q.  Have you ever heard any employee at The

7    Fulfillment Lab talking about one of your clients

8    engaging in unfair or fraudulent business practices?

9       A.  No.

10      Q.  Did anyone ever talk to you about this local    03:20:57

11   NBC News affiliate investigation that's discussed in

12   Exhibit P8?

13      A.  No.  This is the first that I've seen or

14   heard about this one.

15      Q.  Okay.  I'm going to sync this to you to the    03:21:17

16   second page.  Do you see it says, "So I paid The

17   Fulfillment Lab a visit.

18          "No one would speak on camera, but COO Ray

19   Schlechter told me he ships for companies across the

20   country and is not responsible for their clients'    03:21:34

21   billing practices.

22          "COO Rick Nelson called back later and said

23   the same thing but said he called his client to try

24   to help Norman Harris.

25          "He said his company ships millions of         03:21:44

Morgan Keenan                                                        8/31/2021

1    products for companies across the country.  He says

2    he severs relationships with companies that have a

3    high volume of complaints."

4         Do you see that?

5    A.   Yes.                                           03:21:54

6         Q.   Have you ever seen TFL sever a relationship

7    with a company for having a high volume of

8    complaints?

9    A.   Not that I'm aware of, no.

10        Q.   Did anyone ever talk to you about this      03:22:05

11   investigative reporter, Ms. Behnken, showing up at

12   The Fulfillment Lab's offices?

13        A.   No.

14        Q.   I'm going to move on to a different topic.

15             Does TFL send invoices to clients on a      03:22:25

16   regular basis?

17        A.   Some clients, yes.

18        Q.   How does TFL decide which clients to send

19   invoices to and which not to?

20        A.   There's three payment methods.  So the      03:22:37

21   clients can either prepay or pay daily or be

22   invoiced.  But to be invoiced requires approval from

23   our VP of sales, which is Mark.

24        Q.   Do you know if Brightree Holdings Corp.

25   received invoices or not?                            03:23:02

Morgan Keenan                                                                              8/31/2021

1    from the wallet?

2        A.   I see that for a couple.  I'm not sure about

3    that one.

4        Q.   Is Brightree Holdings Corp. still a client

5    to The Fulfillment Lab?                                                   03:36:37

6        A.   As far as I know, yes.

7        Q.   I'm going to take you to the page 16 of this

8    document.

9             Do you see that the last invoice here is

10   July 12th, 2021?                                                          03:36:56

11       A.   Yes.

12       Q.   And that's maybe a month and a half ago from

13   today's date, which is August 31st, 2021; is that

14   correct?

15            MR. KENT:  I want to direct your attention            03:37:11

16   to the bottom of that page which shows a print date

17   of July 15, 2021, just for the purposes of accuracy.

18            Go ahead.

19            THE WITNESS:  Yes.

20   BY MR. KNEUPPER:                                                 03:37:20

21       Q.   And does that indicate to you that at least

22   as of July 12th, 2021, The Fulfillment Lab was still

23   shipping products for Brightree Holdings Corp.?

24       A.   Yes.

25       Q.   And when did The Fulfillment Lab first          03:37:42

Morgan Keenan                                                                    8/31/2021

1   receive a copy of the lawsuit in this matter?

2          MR. KENT:  Object to the form.

3          If you know.

4          THE WITNESS:  I'm not sure.

5          MR. KNEUPPER:  I'm going to show you -- I'm        03:37:54

6   going to mark another exhibit.

7          (Exhibit Number P11, Declaration of Service,

8       was marked for identification.)

9   BY MR. KNEUPPER:

10     Q.  This is -- I'm marking Plaintiffs'                 03:38:08

11  Exhibit 11.  Do you see that this is a document --

12  it's listed as "Document 4" at the top.  It says

13  "Filed 8/25/20."

14     A.  Yes.

15     Q.  And do you see kind of down in the middle it       03:38:22

16  says, "On:  The Fulfillment Lab, Inc., By Serving

17  Rick Nelson, Agent for Service.  I served the

18  summons at:  5136 W Clifton Street, Tampa, Florida

19  33634; on:  8/14/2020; date:  1:40 p.m."

20          Do you see that?                                  03:38:47

21     A.  Yes.

22     Q.  Do you see below that it says, "In the above

23  mentioned action by substituted service and leaving

24  with Mark Holmes – Vice President of Sales"?

25          Do you see that?                                  03:38:56

Morgan Keenan                                                    8/31/2021

```
 1        A.  Yes.

 2        Q.  And Mark Holmes is the vice president of

 3   sales at The Fulfillment Lab; correct?

 4        A.  Yes.

 5        Q.  Do you have any reason to dispute that this    03:39:01

 6   lawsuit was served on The Fulfillment Lab on

 7   August 14th, 2020?

 8        A.  No.

 9            MR. KNEUPPER:  Okay.  And then I'm going to

10   mark Plaintiffs' Exhibit 12.                            03:39:16

11            (Exhibit Number P12, Joint Motion for

12        Extension of Time to Respond to Complaint, was

13        marked for identification.)

14   BY MR. KNEUPPER:

15        Q.  Do you see this is, at the top of the          03:39:28

16   screen, titled "Document 7" -- or it says "Document

17   7, filed 9/8/20"?

18        A.  Yes.

19        Q.  Do you see that the first law firm listed

20   there is Fitzgerald Knaier LLP?                         03:39:40

21            Do you see that?

22        A.  Yes.

23        Q.  And it lists Robert Knaier as the -- one of

24   the attorneys.

25            Do you see that?                               03:39:50
```

Morgan Keenan                                                    8/31/2021

 1        A.  Yes.

 2        Q.  And he's an attorney representing The

 3   Fulfillment Lab; isn't that correct?

 4            MR. KENT:  Object to the form.

 5            To the extent you know.                      03:39:56

 6            THE WITNESS:  I'm not sure.

 7   BY MR. KNEUPPER:

 8        Q.  He's attending this deposition today, isn't

 9   he?  Isn't that correct?

10        A.  I'm not sure.                                03:40:02

11        Q.  Okay.  Do you have any reason to dispute

12   that The Fulfillment Lab's attorneys filed this

13   document in this lawsuit on September 8, 2020?

14        A.  No.

15        Q.  Okay.  I want to take you back to           03:40:18

16   Plaintiffs' Exhibit 10.  Okay.  I'm going to sync

17   you to page 9.

18            Now, do you see the invoice for -- on

19   August 24th, 2020, kind of in the middle of the

20   page?                                                03:40:55

21        A.  Yes.

22        Q.  Do you see the primary fulfillment charge is

23   listed as 3,345 units?  Is that correct?

24        A.  Yes.

25        Q.  That means that on August 24, 2020, The     03:41:06

Morgan Keenan                                          8/31/2021

1   Fulfillment Lab shipped 3,334 -- sorry -- three --

2   on -- this means that on August 24th, 2020, The

3   Fulfillment Lab shipped 3,345 packages for Brightree

4   Holdings Corp.; is that correct?

5          MR. KENT:  Object to the form.                03:41:25

6          THE WITNESS:  Yes.

7   BY MR. KNEUPPER:

8       Q.  And then on 8/31/2020, there's a primary

9   fulfillment fee listed as 4,911.

10         Do you see that?                              03:41:39

11      A.  On the 31st?

12      Q.  That's correct.

13      A.  Okay.  Yes, I see it.

14      Q.  And that lists -- and so am I correct in

15  interpreting that that on August 31st, 2020, The     03:41:50

16  Fulfillment Lab shipped on that day -- well, let me

17  rephrase that because that may be incorrect.

18         Am I correct that in that week prior to

19  August 31st, 2020, The Fulfillment Lab shipped 4,911

20  packages on behalf of Brightree Holdings Corp.,      03:42:10

21  according to this document?

22         MR. KENT:  Object to the form.

23         Go ahead.

24         THE WITNESS:  Yes.

25         ///

Morgan Keenan                                                    8/31/2021

```
 1   BY MR. KNEUPPER:

 2        Q.  Okay.  Let's look -- I'm going to sync you

 3   to page 10.  So this is September 2020.  Do you have

 4   any reason to dispute that's more than a month after

 5   the copy of the complaint in this lawsuit?          03:42:31

 6        A.  No.

 7        Q.  Do you see on September 21st there's a

 8   primary fulfillment charge for 1,069 shipments to

 9   Brightree Holdings Corp.?

10        A.  Yes.                                        03:42:45

11        Q.  And that means as of September 2020, The

12   Fulfillment Lab was still shipping packages for

13   Brightree Holdings Corp.; is that correct?

14             MR. KENT:  Object to the form.

15             THE WITNESS:  Yes.                         03:42:53

16   BY MR. KNEUPPER:

17        Q.  Then do you see, if we go down to

18   October 2020, there's still shipments being made by

19   The Fulfillment Lab for Brightree Holdings Corp.?

20        A.  Yes.                                        03:43:02

21        Q.  And then I'm going to sync you to the next

22   page.

23             Is it correct, based on this page, that in

24   November 2020 and December 2020, The Fulfillment Lab

25   was still shipping products for Brightree Holdings    03:43:17
```

Morgan Keenan                                                        8/31/2021

1    Corp.?

2            MR. KENT:  Object to the form.

3            Go ahead.

4            THE WITNESS:  Yes.

5    BY MR. KNEUPPER:                                        03:43:24

6        Q.  And it was your testimony earlier that the

7    only products that Brightree Holdings Corp. shipped

8    were keto products; is that correct?

9        A.  Yes.

10       Q.  And if we look at one of these examples        03:43:32

11   here -- let's look at November 9th, 2020.  Do you

12   see those, the primary fulfillment fee and secondary

13   pieces?

14       A.  Yes.

15       Q.  Do you see the primary fulfillment charge     03:43:42

16   was for 364 units, which am I correct in

17   interpreting that to mean that The Fulfillment Lab

18   had shipped 364 packages on behalf of Brightree

19   Holdings Corp.?

20           MR. KENT:  Object to the form.                03:43:56

21           THE WITNESS:  Yes.

22   BY MR. KNEUPPER:

23       Q.  And then the secondary fulfillment charge is

24   1,163 units, which am I correct in interpreting that

25   to mean that The Fulfillment Lab had been shipping   03:44:07

Morgan Keenan                                                    8/31/2021

1   packages that contained multiple units of keto

2   products?

3           MR. KENT:  Object to the form.

4           THE WITNESS:  Yes.

5   BY MR. KNEUPPER:                                    03:44:17

6       Q.  And they were still doing that in

7   November 2020, according to this document; correct?

8       A.  Yes.

9       Q.  I'm going to sync you to the next page.

10          Do you see that on this page there are        03:44:32

11  billings for shipments in January 2021 and

12  February 2021 to Brightree Holdings Corp.?

13          MR. KENT:  Shipping to Brightree or shipping

14  Brightree products?

15          MR. KNEUPPER:  I will rephrase that.  I        03:44:56

16  forgot what I said.

17  BY MR. KNEUPPER:

18      Q.  Do you see that, according to this page of

19  the document, that The Fulfillment Lab made

20  shipments for Brightree Holdings Corp. in          03:45:03

21  January 2021 and February 2021?

22      A.  Yes.

23      Q.  Okay.  So as of February 2021, The

24  Fulfillment Lab was still shipping keto products for

25  Brightree Holdings Corp.; is that correct?        03:45:23

Morgan Keenan                                                    8/31/2021

1          MR. KENT:  Object to the form.

2          THE WITNESS:  Yes.

3     BY MR. KNEUPPER:

4        Q.  Okay.  Now I'm going to -- I'm going to sync

5     you to page 13 of this document.  Do you see this      03:45:32

6     has shipping charges from into March 2021 for

7     Brightree Holdings Corp. for The Fulfillment Lab

8     shipping products for them?

9        A.  Yes.

10       Q.  Okay.  And then I'm going to sync you to the      03:45:49

11    next page.

12          And now do you see that this has shipping

13    charges from The Fulfillment Lab to Brightree

14    Holdings Corp. for shipments made of its products

15    through -- from -- in April 2021 and in early           03:46:07

16    May 2021?

17          MR. KENT:  Object to the form.

18          Which page are we on?  14?

19          MR. KNEUPPER:  That's correct.

20          MR. KENT:  Kevin, just to make it simple, I        03:46:25

21    think we can stipulate that the document that we

22    produced to you that shows shipments shows

23    shipments, but okay.

24          THE WITNESS:  Yes, I see that.

25          ///

Morgan Keenan                                                          8/31/2021

 1   BY MR. KNEUPPER:

 2        Q.  So it's correct that in April 2021 and in

 3   May 2021, The Fulfillment Lab was still shipping

 4   products for Brightree Holdings Corp.?

 5        A.  Yes.                                          03:46:50

 6        Q.  And these would still be keto products;

 7   correct?

 8        A.  Yes.

 9        Q.  And they would still be products with

10   multiple units of those keto products included in     03:46:58

11   the shipments, according to this document; correct?

12        MR. KENT:  Object to the form.

13        THE WITNESS:  Yes.

14   BY MR. KNEUPPER:

15        Q.  And, in fact, in some of these weeks, The    03:47:06

16   Fulfillment Lab was shipping almost or in excess of

17   a thousand shipments on behalf of Brightree Holdings

18   Corp.; isn't that correct?

19        MR. KENT:  Object to the form.

20        Are you referring to specific entries             03:47:26

21   anywhere, Kevin, or just kind of generally?

22        MR. KNEUPPER:  I can refer to specific ones.

23   BY MR. KNEUPPER:

24        Q.  So on March 29th, 2021, according to this

25   document, The Fulfillment Lab shipped more than a      03:47:36

Morgan Keenan                                                    8/31/2021

1   STATE OF FLORIDA          )
                              ) ss:
2   COUNTY OF POLK            )

3

4        I, RHONDA HALL-BREUWET, RDR, CRR, CSR, LCR,

5   CCR, FPR, stenographic shorthand reporter, do hereby

6   certify:

7        That I am a Notary Public for State of Florida,

8   Commission No. GG 360849, expiring 9/28/2023 and that I

9   am authorized to administer oaths and affirmations;

10       That the foregoing deposition testimony of the

11  herein named witness was taken before me at the time and

12  place herein set forth;

13       That prior to being examined, the witness named

14  in the foregoing deposition, was duly sworn or affirmed

15  by me, to testify the truth, the whole truth, and

16  nothing but the truth;

17       That the testimony of the witness and all

18  objections made at the time of the examination were

19  recorded stenographically by me, and were thereafter

20  transcribed under my direction and supervision;

21       That the foregoing pages contain a full, true

22  and accurate record of the proceedings and testimony to

23  the best of my skill and ability;

24       That prior to the completion of the foregoing

25  deposition, review of the transcript was not requested.

Morgan Keenan                                                                    8/31/2021

1          I further certify that I am not a relative or

2     employee or attorney or counsel of any of the parties,

3     nor am I a relative or employee of such attorney or

4     counsel, nor am I financially interested in the outcome

5     of this action.

6

7          IN WITNESS WHEREOF, I have subscribed my name

8     this __18th__ day of ___September___, __2021__.

9

10

11     _____

12     RHONDA HALL-BREUWET, CA CSR No. 14411

13

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT Q



# oDigger
### Find Offers. Find Networks. Find Wealth.

Find Offers | Network Reviews | Affiliate News | Add Your Network | Advertise | Login | Register

Search | All Networks | Search

**Join the Community**

**Top Networks**

AimOffers — Offers: 193 Added: Dec 2018

Your Network Here — Offers: 100 Added: Mar 2020

Your Network Here — Offers: 100 Added: Mar 2020

Your Network Here — Offers: 100 Added: Mar 2020

Your Network Here — Offers: 100 Added: Mar 2020

**Top Categories**

Promo/ Giveaways/ Surveys/ Sweepstakes — 338

Sweeps/Sweepstake — 210

Email Submits — 155

Dating — 135

Diet — 95

Ecommerce — 83

Everything Else — 68

**Top Searches**

mobile

pay per call

dating

cpi

diet

us

uk

click

email-submit

## Ultra Fast Keto Boost [DIET] - CPA - Straight Sale - US

Promote this offer through the NamOffers Affiliate Network

Click Here To Preview Landing Page

### Offer Details:

| | |
|---|---|
| Offer Name: | Ultra Fast Keto Boost [DIET] - CPA - Straight Sale - US |
| Preview: | Preview Landing Page |
| Network: | NamOffers |
| Network Platform: | Proprietary |
| Status: | Active |
| Last Updated: | Oct 23, 2019 |
| Date Added: | Oct 23, 2019 |
| Payouts: | $100.00 / cpa_flat |

Join NamOffers

### Affiliate Offer Description:

You must be a member of NamOffers to promote this offer. Click Here to join their network.

Ulta Fast Keto Boost with BHB is here to stay because of the insurmountable success people are having losing up to 1lb of fat per day!

Geo-Targeting:
United States Only.

Type:
CPA - Converts Upon Credit Card Submission.

Accepted Media Types:
Brand/Trademark Bidding: YES
Display - Banner: YES
Display - Blog: YES
Display - Google Network (GDN): YES
Email - Newsletters: YES
Email - Solo Mailers: YES
Mobile: YES
Mobile - Display: YES
Native: YES
Search - Paid (PPC): YES
Search - SEM/SEO: YES
SMS: YES
Social - Facebook: YES
Social - Instagram: YES
Social Media: YES
Sub-Affiliate Networks: YES
Text Ads: YES

Restricted Media Types:
Adult: NO
App Discovery: NO
App of the Day: NO
Classifieds: NO
Co-Registration: NO
Content Locking: NO
CPV/PPV (Pop Ups): NO
Host & Post: NO
In-App: NO
Incentivized: NO
Redirect Traffic: NO
Survey: NO

Warning:
You will NOT be paid for any leads generated on this offer through means found to be in violation of the restrictions defined in the offer description. Please review "Accepted Media

Types" & "Restrictions" before running this offer.

If you have any questions, reach out to your Affiliate Manager and he or she will be pleased to assist you.

**About: NamOffers**

nam/offers

Become an Affiliate Partner Today. Since we started back in 2009, NAMoffers has become one of the most trusted affiliate networks in the di ... Read More

Join NamOffers ★★★★☆ Write a review | 0 Offers

---

### Similar offers

| Offer | Network | Price |
|---|---|---|
| Rapid Fast Keto Boost - (US)<br>Diet & Weightloss | AimOffers | $90.00 |
| Male Enhancement - Straight Sale - Direct - V2 US, CA<br>Male ED | Pina Media | $96.00 |
| Keto Ultra Diet - Fox Prelander [US] - CPA {All Days | All Domains}<br>Diet | SmartAdv | $85.00 |
| Keto Lean Ultra - (US) | AimOffers | $85.00 |
| Revolyn Diet Ultra - (FR)<br>Diet & Weightloss | AimOffers | $30.00 |
| Slimtone Keto Diet - (US)<br>Diet & Weightloss | AimOffers | $85.00 |
| Keto Pro Diet - (US)<br>Diet & Weightloss | AimOffers | $82.00 |
| AlkaTone Keto Diet - (US)<br>Diet & Weightloss | AimOffers | $90.00 |
| Keto Diet Shop - (US)<br>Diet & Weightloss | AimOffers | $45.00 |
| Keto Extreme Diet - (US)<br>Diet & Weightloss | AimOffers | $80.00 |
| Exogenous Keto Diet - (US)<br>Diet & Weightloss | AimOffers | $100.00 |
| Keto Power Boost - (US,UK,AU,NZ,CA)<br>Diet & Weightloss | AimOffers | $80.00 |
| Keto Slim/Trim Diet - (US)<br>Diet & Weightloss | AimOffers | $70.00 |
| Keto Pure Diet - (US,UK)<br>Diet & Weightloss | AimOffers | $70.00 |
| Icon Nutra Keto Diet - (US)<br>Diet & Weightloss | AimOffers | $70.00 |
| Element Life Keto Diet - (US)<br>Diet & Weightloss | AimOffers | $75.00 |
| Keto BHB Diet - SS - US<br>Diet | Pina Media | $110.00 |
| Keto Fit Pro Diet - (US, CA)<br>Diet & Weightloss | AimOffers | $90.00 |
| Keto Bodytone Diet - (US, CA, IE)<br>Diet & Weightloss | AimOffers | $75.00 |
| KetoPower Boost - (US)<br>Diet & Weightloss | AimOffers | $70.00 |



**Find Offers. Find Networks. Find Wealth.**

Founded in 2009 by affiliate marketers, oDigger is the internet's best resource for affiliates to find affiliate offers, connect with affiliate networks and verify their reputation.

About

Add Your Network

Advertise

Contact Us

Sitemap

Find Networks

Find Offers

Network Reviews

Terms of Use

oDigger - Copyright © 2019 - All Rights Reserved

# EXHIBIT R

LOGIN   REGISTER   ADVERTISE   HELP   FREE TRAINING

**OFFERVAULT™**
The Go To Source For Affiliate Marketers

‹  Back to listing

Full Landing Page Preview  ›

**OFFER DETAILS**   RUN OFFER

### Ultra Fast Keto Boost SS - US

#### Offer Details

Category : Diet

Lead ($) : $ 92.00

Countries : United States

#### Description

Allowable Traffic - Search, Display, SMS
Restrictions - no incentivized, no survey, no free trial



**JOIN NETWORK**



#### SmashLoud

Smash Loud, is a Denver, CO based affiliate network aimed at driving performance based CPA advertising. Today more than ever publishers seek reliable networks that offer personalized service, timely payments, and a plethora of campaigns to choose from. Smash Loud is committed to delivering a customer experience that is unparalleled. The company believes it addresses each of these underlying complexities which will merit success.
Why Affiliates Choose Smash Loud?

Advertisers That Pay – All advertisers must establish a track record of paying on time before initial caps are lifted. Minimizing infrequent payments is priority number one.

High Converting Offers - We only load high converting products that convert in a variety of marketing channels, which removes the guessing game when selecting a campaign.

Personalized Service - Our highly trained team is compiled from skilled individuals of all backgrounds with over 25 years of combined experience. Personalized service matched to your needs is our goal. Account Managers are experienced in all facets of Affiliate Marketing and their knowledge is passed on to you!

Most Accurate Tracking – We have the ability to track multiple digital campaigns across all verticals. Your ROI is important to us, so investing in the latest tracking technology is at the forefront of our business.

**Sponsor Links**

| | | | |
|---|---|---|---|
| Geoearnings | Traffic Mansion | Sling Ads | AlgoAffiliates |
| UMGID | REBLL Network | Olavivo | Royalrevenue |
| TORO Advertising | ConversionEngine | TopOffers & ProfitSocial | affiliate network |
| Converting Team | Affiliate Marketing Dude | SEMrush | Leadbit |
| eLocal | Offer Island | Best Websites | Best Affiliate Programs |
| Ringba | Monetise | Builderall - Joseph Ciurro | DatsPush |
| RingPartner | vCommission | | |

**Latest Blog**

**FTC's Monetary Restitution Power in Doubt**

A recent decision from the U.S. Court of Appeals ...

Learn More ››

Posted 03 Oct 2019

**FTC Sends Warning Letters to Companies Advertising CBD-Infused Products**

The Federal Trade Commission aggressively ...

Learn More ››

Posted 18 Sep 2019

Home   Member Login   Network Signup Form   Contact Us   Adult Affiliate Offers   Terms and Conditions   Privacy   Offervault FAQ   Sitemap   Our Blog - Scoop   Press

Copyright © 2019 - Zulma Corporation Limited. All rights reserved.

# EXHIBIT S

# FILED UNDER SEAL

# EXHIBIT T
# FILED UNDER SEAL

# EXHIBIT U

# FILED UNDER SEAL

# EXHIBIT V



| shipdate | Shipment Number | Products Name | Product Qty | City | State | Post |
|----------|-----------------|---------------|-------------|------|-------|------|
| 9/23/2019 18:51 | 7934378 | Ultra Fast Keto Boost | 3 | Round lake beach | IL | 600 |
| 9/23/2019 18:51 | 7934385 | Ultra Fast Keto Boost | 3 | Las vegas | NV | 891 |
| 9/23/2019 18:51 | 7934409 | Ultra Fast Keto Boost | 3 | Fremont | CA | 945 |
| 9/23/2019 18:51 | 7934425 | Ultra Fast Keto Boost | 3 | Cleburne | TX | 760 |
| 9/23/2019 18:51 | 7934430 | Ultra Fast Keto Boost | 3 | Big Bend | WI | 531 |
| 9/23/2019 18:51 | 7934440 | Ultra Fast Keto Boost | 3 | Indianapolis | IN | 462 |
| 9/23/2019 18:51 | 7934449 | Ultra Fast Keto Boost | 3 | woodbourne | NY | 127 |
| 9/23/2019 18:51 | 7934450 | Ultra Fast Keto Boost | 3 | Tulsa | OK | 741 |
| 9/23/2019 18:51 | 7934454 | Ultra Fast Keto Boost | 3 | Prabody | MA | 019 |
| 9/23/2019 18:51 | 7934455 | Ultra Fast Keto Boost | 3 | Roanoke | AL | 362 |
| 9/23/2019 18:51 | 7934457 | Ultra Fast Keto Boost | 3 | Montpelier | OH | 435 |
| 9/23/2019 18:51 | 7934458 | Ultra Fast Keto Boost | 3 | Grove City | OH | 431 |
| 9/23/2019 18:51 | 7934474 | Ultra Fast Keto Boost | 3 | Chico | CA | 959 |
| 9/23/2019 18:51 | 7934476 | Ultra Fast Keto Boost | 3 | Mount washington | KY | 400 |
| 9/23/2019 18:51 | 7934485 | Ultra Fast Keto Boost | 3 | LasVegas | NV | 891 |
| 9/23/2019 18:51 | 7934493 | Ultra Fast Keto Boost | 3 | Mount washington | KY | 400 |
| 9/23/2019 18:51 | 7934497 | Ultra Fast Keto Boost | 3 | Woodland Hills | CA | 913 |
| 9/23/2019 18:51 | 7934501 | Ultra Fast Keto Boost | 3 | west Mansfield | OH | 433 |
| 9/23/2019 18:51 | 7934509 | Ultra Fast Keto Boost | 3 | BELFAIR | WA | 985 |
| 9/23/2019 18:51 | 7934517 | Ultra Fast Keto Boost | 3 | BISMARCK | ND | 585 |
| 9/23/2019 18:51 | 7934522 | Ultra Fast Keto Boost | 3 | Brooklyn | NY | 112 |
| 9/23/2019 18:51 | 7934525 | Ultra Fast Keto Boost | 3 | LITITZ | PA | 175 |
| 9/23/2019 18:51 | 7934529 | Ultra Fast Keto Boost | 3 | HENDERSONVILLE | TN | 370 |
| 9/23/2019 18:51 | 7934535 | Ultra Fast Keto Boost | 3 | Port Arthur | TX | 776 |
| 9/23/2019 18:51 | 7934535 | Ultra Fast Keto Boost | 3 | Pontiac | IL | 617 |

# EXHIBIT W



| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| | Packing Slip - "Shipdate" | Packing Slip above Shipdate | Packing Slip - "Sku" | Packing Slip - "Qty" | Packing Slip "Ship To" | Packing Slip "Ship To" |
| | shipdate | Shipment Number | Products Name | Product Qty | City | State |
| 254423 | 11/4/2019 22:01 | 8363525 | KetoBoost | 3 | Lincoln Park | NJ |
| 254424 | 11/4/2019 22:01 | 8364529 | KetoBoost | 3 | semour | IN |
| 254425 | 11/4/2019 22:01 | 8364900 | KetoBoost | 3 | Lancaster | CA |
| 254426 | 11/4/2019 22:01 | 8364907 | KetoBoost | 3 | Marine | MI |
| 254427 | 11/4/2019 22:01 | 8364930 | KetoBoost | 3 | Tehachapi | CA |
| 254428 | 11/4/2019 22:01 | 8364957 | KetoBoost | 3 | Greeneville | TN |
| 254429 | 11/4/2019 22:01 | 8364959 | KetoBoost | 3 | HOLMDEL | NJ |
| 254430 | 11/4/2019 22:01 | 8364989 | KetoBoost | 3 | LOVELAND | CO |
| 254431 | 11/4/2019 22:01 | 8365022 | KetoBoost | 3 | Blacksburg | SC |
| 254432 | 11/4/2019 22:01 | 8365035 | KetoBoost | 3 | Auburn | NY |
| 254433 | 11/4/2019 22:01 | 8365422 | KetoBoost | 3 | Kokomo | IN |
| 254434 | 11/4/2019 22:01 | 8365430 | KetoBoost | 3 | Murfreesboro | TN |
| 254435 | 11/4/2019 22:01 | 8365431 | KetoBoost | 3 | Lillington | NC |
| 254436 | 11/4/2019 22:01 | 8365465 | KetoBoost | 3 | Morgantown | WV |
| 254437 | 11/4/2019 22:01 | 8365514 | KetoBoost | 3 | GRIMES | IA |
| 254438 | 11/4/2019 22:01 | 8365580 | KetoBoost | 3 | midlothian | TX |
| 254439 | 11/4/2019 22:01 | 8365581 | KetoBoost | 3 | Fremont | CA |
| 254440 | 11/4/2019 22:01 | 8365600 | KetoBoost | 3 | Scarsdale | NY |
| 254441 | 11/4/2019 22:01 | 8365609 | KetoBoost | 3 | Avoca | IA |
| 254442 | 11/4/2019 22:01 | 8365636 | KetoBoost | 3 | DULUTH | MN |
| 254443 | 11/4/2019 22:01 | 8365653 | KetoBoost | 3 | Grove City | PA |
| 254444 | 11/4/2019 22:01 | 8365687 | KetoBoost | 3 | Fredonia | AZ |
| 254445 | 11/4/2019 22:01 | 8365690 | KetoBoost | 3 | Wills Point | TX |
| 254446 | 11/4/2019 22:01 | 8365705 | KetoBoost | 3 | Williamsburg | KY |
| 254447 | 11/4/2019 22:01 | 8365733 | KetoBoost | 3 | Charlotte | NC |

23_Brightree Order    Packing slip template    Shipments by Month_Year

# EXHIBIT X



| Packing Slip - "Shipdate" | Packing Slip above Shipdate | Packing Slip - "Sku" | Packing Slip - "Qty | Packing Slip "Ship To" | Packing Slip "Ship To" | Pack |
|---|---|---|---|---|---|---|
| shipdate | Shipment Number | Products Name | Product Qty | City | State | Post |
| 9/23/2019 18:51 | 7934378 | Ultra Fast Keto Boost | 3 | Round lake beach | IL | 600 |
| 9/23/2019 18:51 | 7934385 | Ultra Fast Keto Boost | 3 | Las vegas | NV | 891 |
| 9/23/2019 18:51 | 7934409 | Ultra Fast Keto Boost | 3 | Fremont | CA | 945 |
| 9/23/2019 18:51 | 7934425 | Ultra Fast Keto Boost | 3 | Cleburne | TX | 760 |
| 9/23/2019 18:51 | 7934430 | Ultra Fast Keto Boost | 3 | Big Bend | WI | 531 |
| 9/23/2019 18:51 | 7934440 | Ultra Fast Keto Boost | 3 | Indianapolis | IN | 462 |
| 9/23/2019 18:51 | 7934449 | Ultra Fast Keto Boost | 3 | woodbourne | NY | 127 |
| 9/23/2019 18:51 | 7934450 | Ultra Fast Keto Boost | 3 | Tulsa | OK | 741 |
| 9/23/2019 18:51 | 7934454 | Ultra Fast Keto Boost | 3 | Prabody | MA | 019 |
| 9/23/2019 18:51 | 7934455 | Ultra Fast Keto Boost | 3 | Roanoke | AL | 362 |
| 9/23/2019 18:51 | 7934457 | Ultra Fast Keto Boost | 3 | Montpelier | OH | 435 |
| 9/23/2019 18:51 | 7934458 | Ultra Fast Keto Boost | 3 | Grove City | OH | 431 |
| 9/23/2019 18:51 | 7934470 | Ultra Fast Keto Boost | 3 | Chico | CA | 959 |
| 9/23/2019 18:51 | 7934474 | Ultra Fast Keto Boost | 3 | Mount washington | KY | 400 |
| 9/23/2019 18:51 | 7934476 | Ultra Fast Keto Boost | 3 | LasVegas | NV | 891 |
| 9/23/2019 18:51 | 7934485 | Ultra Fast Keto Boost | 3 | Mount washington | KY | 400 |
| 9/23/2019 18:51 | 7934493 | Ultra Fast Keto Boost | 3 | Woodland Hills | CA | 913 |
| 9/23/2019 18:51 | 7934497 | Ultra Fast Keto Boost | 3 | west Mansfield | OH | 433 |
| 9/23/2019 18:51 | 7934501 | Ultra Fast Keto Boost | 3 | BELFAIR | WA | 985 |
| 9/23/2019 18:51 | 7934509 | Ultra Fast Keto Boost | 3 | BISMARCK | ND | 585 |
| 9/23/2019 18:51 | 7934517 | Ultra Fast Keto Boost | 3 | Brooklyn | NY | 112 |
| 9/23/2019 18:51 | 7934522 | Ultra Fast Keto Boost | 3 | LITITZ | PA | 175 |
| 9/23/2019 18:51 | 7934525 | Ultra Fast Keto Boost | 3 | HENDERSONVILLE | TN | 370 |
| 9/23/2019 18:51 | 7934529 | Ultra Fast Keto Boost | 3 | Port Arthur | TX | 776 |
| 9/23/2019 18:51 | 7934535 | Ultra Fast Keto Boost | 3 | Pontiac | IL | 617 |

# EXHIBIT Y



| | Packing Slip - "Shipdate" | Packing Slip above Shipdate | Packing Slip - "Sku" | Packing Slip - "Qty | Packing Slip "Ship To" | Packing Slip "Ship To" | |
|---|---|---|---|---|---|---|---|
| 1 | | | | | City | State | |
| 2 | shipdate | Shipment Number | Products Name | Product Qty | | | |
| 254423 | 11/4/2019 22:01 | 8363525 | KetoBoost | 3 | Lincoln Park | NJ | |
| 254424 | 11/4/2019 22:01 | 8364529 | KetoBoost | 3 | semour | IN | |
| 254425 | 11/4/2019 22:01 | 8364900 | KetoBoost | 3 | Lancaster | CA | |
| 254426 | 11/4/2019 22:01 | 8364907 | KetoBoost | 3 | Marine | MI | |
| 254427 | 11/4/2019 22:01 | 8364930 | KetoBoost | 3 | Tehachapi | CA | |
| 254428 | 11/4/2019 22:01 | 8364957 | KetoBoost | 3 | Greeneville | TN | |
| 254429 | 11/4/2019 22:01 | 8364959 | KetoBoost | 3 | HOLMDEL | NJ | |
| 254430 | 11/4/2019 22:01 | 8364989 | KetoBoost | 3 | LOVELAND | CO | |
| 254431 | 11/4/2019 22:01 | 8365022 | KetoBoost | 3 | Blacksburg | SC | |
| 254432 | 11/4/2019 22:01 | 8365035 | KetoBoost | 3 | Auburn | NY | |
| 254433 | 11/4/2019 22:01 | 8365422 | KetoBoost | 3 | Kokomo | IN | |
| 254434 | 11/4/2019 22:01 | 8365430 | KetoBoost | 3 | Murfreesboro | TN | |
| 254435 | 11/4/2019 22:01 | 8365431 | KetoBoost | 3 | Lillington | NC | |
| 254436 | 11/4/2019 22:01 | 8365465 | KetoBoost | 3 | Morgantown | WV | |
| 254437 | 11/4/2019 22:01 | 8365514 | KetoBoost | 3 | GRIMES | IA | |
| 254438 | 11/4/2019 22:01 | 8365580 | KetoBoost | 3 | midlothian | TX | |
| 254439 | 11/4/2019 22:01 | 8365581 | KetoBoost | 3 | Fremont | CA | |
| 254440 | 11/4/2019 22:01 | 8365600 | KetoBoost | 3 | Scarsdale | NY | |
| 254441 | 11/4/2019 22:01 | 8365609 | KetoBoost | 3 | Avoca | IA | |
| 254442 | 11/4/2019 22:01 | 8365636 | KetoBoost | 3 | DULUTH | MN | |
| 254443 | 11/4/2019 22:01 | 8365653 | KetoBoost | 3 | Grove City | PA | |
| 254444 | 11/4/2019 22:01 | 8365687 | KetoBoost | 3 | Fredonia | AZ | |
| 254445 | 11/4/2019 22:01 | 8365690 | KetoBoost | 3 | Wills Point | TX | |
| 254446 | 11/4/2019 22:01 | 8365705 | KetoBoost | 3 | Williamsburg | KY | |
| 254447 | 11/4/2019 22:01 | 8365733 | KetoBoost | 3 | Charlotte | NC | |

23_Brightree Order | Packing slip template | Shipments by Month_Year

# EXHIBIT Z



| shipdate | Shipment Number | Products Name | Product Qty | City | State | Po |
|---|---|---|---|---|---|---|
| 93733 | 10/7/2019 18:28 | 8076384 | Ultra Fast Keto Boost | 3 | Beckley | WV | 25 |
| 93734 | 10/7/2019 18:28 | 8076385 | Ultra Fast Keto Boost | 3 | Palm Beach Gardens | FL | 33 |
| 93735 | 10/7/2019 18:28 | 8076387 | Ultra Fast Keto Boost | 3 | Land o lakes | FL | 34 |
| 93736 | 10/7/2019 18:28 | 8076391 | Ultra Fast Keto Boost | 3 | San Jose | CA | 95 |
| 93737 | 10/7/2019 18:28 | 8076401 | Ultra Fast Keto Boost | 3 | Battle Creek | MI | 49 |
| 93738 | 10/7/2019 18:28 | 8076404 | Ultra Fast Keto Boost | 3 | Clearwater | FL | 33 |
| 93739 | 10/7/2019 18:28 | 8076422 | Ultra Fast Keto Boost | 3 | Douglass | TX | 75 |
| 93740 | 10/7/2019 18:28 | 8076427 | Ultra Fast Keto Boost | 3 | Grand Rapids | MI | 49 |
| 93741 | 10/7/2019 18:28 | 8076433 | Ultra Fast Keto Boost | 3 | TROUP | TX | 75 |
| 93742 | 10/7/2019 18:28 | 8076439 | Ultra Fast Keto Boost | 3 | BORGER | TX | 79 |
| 93743 | 10/7/2019 18:28 | 8076444 | Ultra Fast Keto Boost | 3 | Montrose | CA | 91 |
| 93744 | 10/7/2019 18:28 | 8076453 | Ultra Fast Keto Boost | 3 | Grafton | WI | 53 |
| 93745 | 10/7/2019 18:28 | 8076454 | Ultra Fast Keto Boost | 3 | Oak ridge | TN | 37 |
| 93746 | 10/7/2019 18:28 | 8076462 | Ultra Fast Keto Boost | 3 | Grand Haven | MI | 49 |
| 93747 | 10/7/2019 18:28 | 8076465 | Ultra Fast Keto Boost | 3 | Denver | CO | 80 |
| 93748 | 10/7/2019 18:28 | 8076475 | Ultra Fast Keto Boost | 3 | Taylors | SC | 29 |
| 93749 | 10/7/2019 18:28 | 8076491 | Ultra Fast Keto Boost | 3 | hagerstown | IN | 41 |
| 93750 | 10/7/2019 18:28 | 8076544 | Ultra Fast Keto Boost | 3 | Brooklyn | NY | 11 |
| 93751 | 10/7/2019 18:28 | 8076549 | Ultra Fast Keto Boost | 3 | Torrance | CA | 90 |
| 93752 | 10/7/2019 18:28 | 8076550 | Ultra Fast Keto Boost | 3 | MOORPARK | CA | 93 |
| 93753 | 10/7/2019 18:28 | 8076552 | Ultra Fast Keto Boost | 3 | Pineville | LA | 71 |
| 93754 | 10/7/2019 18:28 | 8076558 | Ultra Fast Keto Boost | 3 | Liberty | MO | 64 |
| 93755 | 10/7/2019 18:28 | 8076570 | Ultra Fast Keto Boost | 3 | La quinta | CA | 92 |
| 93756 | 10/7/2019 18:28 | 8076575 | Ultra Fast Keto Boost | 3 | Pasco | WA | 99 |
| 93757 | 10/7/2019 18:28 | 8076615 | Ultra Fast Keto Boost | 3 | Hartselle | AL | 35 |
| 93758 | 10/7/2019 18:28 | 8076616 | Ultra Fast Keto Boost | 3 | Billerica | MA | 01 |
| 93759 | 10/7/2019 18:28 | 8076622 | Ultra Fast Keto Boost | 3 | Santa fe | TX | 77 |