# EXHIBIT S
# SEALED

# Keto Boost

## Support Line   888-970-0695

Email:  help@ketocustomersupport.com

## Standard Packages

| | | |
|---|---|---|
| **1 Bottle** | **$69.99** | |
| **Buy 2 Get 1 Free** | **$149.91** | ($49.97/bottle) |
| **Buy 3 Get 2 Free** | **$198.70** | ($39.74/bottle) |

**Some states may add sales tax**

## Unadvertised Special Promotional Packages

| | | |
|---|---|---|
| **Buy 1 Get 1 Free** | **$69.97** | ($34.99/bottle) |

If that does not work, our goal is to make any kind of sale.  <u>We do not want total cancellations</u> so try…

**1 Bottle**          **$34.99**

## Objectives

**Be Friendly**

**Ask questions before offering solutions**

**Any sale is better than no sale, but don't give it away unless they are just insisting on cancelling the entire order!**

**Typical calls received:**

1) **I didn't place that order.**

   We seem to have a number of these calls. We track the IP addresses and they usually coordinate with the shipping address. We also do address verification to assure the billing address matches the card used.

   One note is that customers who purchase our Buy 1 Get 1 Free package for $69.99 can only have received the link for that package from a link sent to their cell phone provided which is unique to them. This is not on the site and can only be accessed through that link, so it proves it was them.

   We will be happy to work with them on a refund/cancellation per our refund terms.

2) **I wanted the "Free Trial" Offer**

   Our company does not offer free trial bottles. We find that companies that do this type of sale usually engage in automatic rebilling and our experience is that customers do not like this.

3) **Is there any recurring or subscription plan? Will you charge my card again?**

   We do not have any automatic rebilling. You will not be charged again unless you come back ad place a reorder for the product, which many of our customers do.

4) **I was overcharged:**

   **5-bottle package**

   <u>I thought it was $39.74 x 3 bottles which would be $119.22</u>

   Pricing is based on the standard pricing of $69.99/bottle. For example, the Buy 3 get 2 Free without the package discount would be $69.99 x 5 =$349.95. With the package discount it is $198.70 (+ tax if applicable) which works out to $39.74 per bottle ($39.74 x 5 bottles received = $198.70)

If this is the case and they want to cancel, we can start by offering them a $50 off coupon bring it to $148.70 (that's only $29.74 per bottle).  We always ask "Would that be acceptable to you?  If they say yes, adjust the order.  If they say that is not enough, let them know this one time, you will honor the $39.74 price x 3 bottles for a total of $119.22 price they expected  (that's only $23.84 per bottle based on the 5 received and equals a $79.48 partial refund).

In either case we will credit the difference back to their account ($50 or $79.48) and they should see that credited back to their card in 3-5 business days.

<u>If that does not work, go to offering Buy 1 Get 1 Free and then single bottle.</u>

**Offer them a Buy 1 Get 1 free Package which is 2 bottles for $69.97 (equates to $34.99 per bottle based on 2 bottles sent).**

**If they say no, then I would offer a single bottle for $34.99 so they can "try" the product.  Remind them there are no automatic rebillings or subscriptions. It is a one-time sale until they contact us to reorder.**

Or

**<u>I thought it was $39.74 total</u>**

==Not sure how it would make sense that we sell 1 bottle for $69.99 and 5 bottles for $39.74?==

Pricing is based on the standard pricing of $69.99/bottle.  For example, the Buy 3 get 2 Free without the package discount would be $69.99 x 5 =$349.95.  With the package discount it is $198.70 (+ tax if applicable) which works out to $39.74 per bottle ($39.74 x 5 bottles received = $198.70)

**In this case, I would offer them a Buy 1 Get 1 free Package which is 2 bottles for $69.97 (equates to $34.99 per bottle based on 2 bottles sent).**

**If they say no, then I would offer a single bottle for $34.99 so they can "try" the product.  Remind them there are no automatic rebillings or subscriptions. It is a one-time sale until they contact us to reorder.**

**3-bottle package**

**<u>I thought it was $34.97 x 2 bottles which would be $99.94</u>**

Pricing is based on the standard pricing of $69.99/bottle.  With the package discount it is $149.91 (+ tax if applicable) which works out to $49.97 per bottle ($49.97 x 3 bottles received = $149.91).

**If this is the case and they want to cancel, we can start by offering them a $25 off coupon bring it to $124.91.  We always ask "Would that be acceptable to you?  If they say yes, adjust the order.**

**If they say that is not enough, let them know this one time, you will honor the $49.97 price x 2 bottles for a total of $99.94 price they expected (equals a $49.97 partial refund).**

In either case we will credit the difference back to their account ($25 or $49.97) and they should see that credited back to their card in 3-5 business days.

<u>If that does not work, go to offering Buy 1 Get 1 Free and then single bottle.</u>

**Offer them a Buy 1 Get 1 free Package which is 2 bottles for $69.97 (equates to $34.99 per bottle based on 2 bottles sent).**

**If they say no, then I would offer a single bottle for $34.99 so they can "try" the product.  Remind them there are no automatic rebillings or subscriptions. It is a one-time sale until they contact us to reorder.**

5) **Questions on tracking numbers**

These should be updating in the CRM.

6) **Questions on usage**

The product is designed to help push the body into ketosis where it is burning fat instead of carbs for energy.  This can greatly assist in losing stubborn bodyfat.  The product works best in conjunction with a low carb, low sugar diet.

Some people show immediate results but most of our repeat customers say they really started to see the results about 30 days into the program.

Recommended usage is 2 pills before each meal.

<u>**Is it safe to take if I'm on XXX medication or I have XXX medical condition?**</u>

CONFIDENTIAL – FOR COUNSEL ONLY                              BG000494

We cannot give medical advice.  The ingredients used are certified as GRAS which means they are Generally Regarded As Safe.  The product is made to exacting standards in a certified

If they ask what is in the product, refer to the label.

Refer to the product label.



- **Our main goal to is retain everyone as a customer at some price level.**
    - a. A reduced price with a partial refund is far better than a full return and/or cancellation.
- **With those that are insisting on cancelling, we ultimately want to refund the order "per the refund terms" on the site.**

# RETURN POLICY

1) We need to issue them an RMA (Return Merchandise Authorization) number. No returns are accepted without a RMA.

   Our CRm will create the RMA.

   They need to mark that on outside of box and return to:

   Ultra Fast Keto Boost Returns
   9205 W. Russell Road Suite 240
   Las Vegas, NV 89148

2) Bottles returned must be unopened and in resaleable condition.  Returns subject to terms on our website.

3) Credits will go back onto the original payment method.

4) Please allow 3-5 days for refund to appear once merchandise is received by our shipping department.

# EXHIBIT T
# SEALED



Jeff Lowry <jeff@smashloud.com>

### New Offers From Smash Loud
1 message

**Smash Loud** <info@smashloud.com>   Tue, Nov 5, 2019 at 2:32 PM
To: Jeff Lowry <jeff@smashloud.com>



### Utra Fast Keto - SS



**Ultra Fast Keto Boost is Back!**

Pays $95.00 on a CC submit

Geos: US

Traffic Restrictions:

No Incent, No Survey

### Organifi Green Juice - SS



**International Superfood Green Smoothie**

Pays $54.00 on a CC submit

Geos: Every Country EXCEPT US

Traffic Restrictions:

No Incent, No Co-Reg

No Brand Bidding on PPC

### InstaKeto - SS



**Top Converting Keto Offer!**

Pays $95.00 on a CC submit

Geo: US

Traffic Restrictions:

No Incent, No Survey, No Free Trial

### Keto Pro & Pure Detox - Trial



**Keto Trial for France**

Pays $41.00 on a CC submit

Geo: FR

Traffic Restrictions:

No Incent, No Survey

### Halo Hair Gummies - SS



**New Hair Growth Gummy Campaign**

Pays $35.00 on a CC submit

Geo: US

Smash Loud, LLC Mail - New Offers From Smash Loud    https://mail.google.com/mail/u/0?ik=7180e3fcc3&view=pt&search=all&...



Traffic Restrictions:

No Incent, No Survey

Tyler **Hoelting** | e: tyler@smashloud.com | s: **smashloud** | c: 720.934.7615
Jeff **Lowry** | e: jeff@smashloud.com | s: **jlosmashloud** | c: 949.607.7279
Carter **Toni** | e: carter@smashloud.com | s: **cartertoni** | c: 306.370.9499
Rusty **Lowry** | e: rusty@smashloud.com | s: **smashloudrusty** | c: 801.830.5717
Tien **Nguyen** | e: tien@smashloud.com | s: **tien303_1** | c: 720.767.6471

**To unsubscribe, please click the link below**
https://smashloud.everflowclient.io/unsub?token=4PTD_7M847_P6M

Confidential                                     SL0000138

# EXHIBIT U
# SEALED

- 883326c03e6935cc75bf230e523e4c0e</a><OriginalName v="image_2020_08_20T19_26_41_085Z.png"></OriginalName><FileSize v="2003"></FileSize><meta type="photo" originalName="image_2020_08_20T19_26_41_085Z.png"></meta></URIObject>

- live:keenansmorgan8/20/2020, 3:26:40 PM

Thank you for the information. Please confirm the SKUs in the attached screenshot should be updated to pull the Instant Keto product.

- xcellent.choice8/20/2020, 3:26:34 PM

I'll top off funds in about 20 min

- xcellent.choice8/20/2020, 3:25:12 PM

That was related to when we had a processor with access to check shipments. We can just change it to instant keto in your system now.

- xcellent.choice8/20/2020, 3:24:38 PM

Instant keto is listed as keto boost or better boost keto in your system.

- live:thebigguy1978_18/20/2020, 3:24:15 PM

Dave may be able to explain that better.

- live:keenansmorgan8/20/2020, 3:23:21 PM

If you could help me understand better - backorders are for the product listed as KetoBoost. We received in the Instant Keto product which does not have any SKUs attached to it currently

- live:keenansmorgan8/20/2020, 3:22:24 PM

<URIObject uri="https://api.asm.skype.com/v1/objects/0-eus-d10-5285cfb6c05b222ec54d1b4d0a59b442" url_thumbnail="https://api.asm.skype.com/v1/objects/0-eus-d10-5285cfb6c05b222ec54d1b4d0a59b442/views/imgt1_anim" type="Picture.1" doc_id="0-eus-d10-5285cfb6c05b222ec54d1b4d0a59b442" width="613" height="668">To view this shared photo, go to: <a href="https://login.skype.com/login/sso?go=xmmfallback?pic=0-eus-d10-5285cfb6c05b222ec54d1b4d0a59b442">https://login.skype.com/login/sso?go=xmmfallback?pic=0-eus-d10-

5285cfb6c05b222ec54d1b4d0a59b442</a><OriginalName v="image_2020_08_20T19_22_22_624Z.png"></OriginalName><FileSize v="65080"></FileSize><meta type="photo" originalName="image_2020_08_20T19_22_22_624Z.png"></meta></URIObject>

- live:thebigguy1978_18/20/2020, 3:21:06 PM

  That is for the back order.

- live:thebigguy1978_18/20/2020, 3:20:48 PM

  In GFS Keto Boost is Instant Keto.

- live:keenansmorgan8/20/2020, 3:19:32 PM

  Ok, so this wasn't to help with the backorders then, right? The backorders are for KetoBoost

- live:thebigguy1978_18/20/2020, 3:15:26 PM

  Sorry for the delayed response, had my head buried in the comp all morning.

- live:thebigguy1978_18/20/2020, 3:14:59 PM

  I think it was supposed to be Instant Keto. Like 20K of them.

- live:keenansmorgan8/20/2020, 1:41:15 PM

  Should this have been KetoBoost?

- live:keenansmorgan8/20/2020, 1:40:21 PM

  Hi <at id="8:live:thebigguy1978_1">Aaron</at>! We received a delivery of Instant Keto today. 

- live:keenansmorgan8/20/2020, 1:39:57 PM

  Hi <at id="8:live:thebigguy1978_1">Aaron</at>! We received a delivery of Instant Keto today. 

- live:manutdholmes8/19/2020, 4:33:33 PM

CONFIDENTIAL - FOR COUNSEL ONLY                    TFL000493

- live:nate_3638 11/8/2019, 2:12:52 PM

  <URIObject uri="https://api.asm.skype.com/v1/objects/0-eus-d7-f0d3395441ff7b55ac80860879f4ac29" url_thumbnail="https://api.asm.skype.com/v1/objects/0-eus-d7-f0d3395441ff7b55ac80860879f4ac29/views/original" type="File.1" doc_id="0-eus-d7-f0d3395441ff7b55ac80860879f4ac29">To view this file, go to: <a href="https://login.skype.com/login/sso?go=webclient.xmm&docid=0-eus-d7-f0d3395441ff7b55ac80860879f4ac29">https://login.skype.com/login/sso?go=webclient.xmm&docid=0-eus-d7-f0d3395441ff7b55ac80860879f4ac29</a><OriginalName v="Wiring Instructions TFL 2018.pdf"></OriginalName><FileSize v="273150"></FileSize></URIObject>

- live:thebigguy1978_11 1/5/2019, 3:40:17 PM

  opps my mistake, disregard

- live:thebigguy1978_11 1/5/2019, 3:40:01 PM

  bad adds

- live:manutdholmes 11/4/2019, 1:47:50 PM

  David - guessing you would need separate billing too? we could set up a new account

- xcellent.choice 11/4/2019, 12:39:03 PM

  guys is there a way to move the nistaketo sales into a different account. We're not processing them with same bank and don't want the current bank to see those sales?

- live:jelanilab 11/1/2019, 4:06:02 PM

  Hello all, enclosed is the receiving report

- live:jelanilab 11/1/2019, 4:05:36 PM

  <URIObject uri="https://api.asm.skype.com/v1/objects/0-eus-d8-a0fa8da1c546ebc1666f9d42ad40f168" url_thumbnail="https://api.asm.skype.com/v1/objects/0-eus-d8-a0fa8da1c546ebc1666f9d42ad40f168/views/original" type="File.1" doc_id="0-eus-d8-a0fa8da1c546ebc1666f9d42ad40f168">To view this file, go to: <a href="https://login.skype.com/login/sso?go=webclient.xmm&docid=0-eus-d8-