**KNEUPPER & COVEY, PC**
Kevin Kneupper, Esq. (CA SBN 325413)
kevin@kneuppercovey.com
A. Cyclone Covey, Esq. (CA SBN 335957)
cyclone@kneuppercovey.com
17011 Beach Blvd., Suite 900
Huntington Beach, CA 92647
Tel: (512) 420-8407

*Attorneys for Plaintiffs Janet Sihler,*
*Charlene Bavencoff, and the putative Class*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET SIHLER, Individually and On Behalf of All Others Similarly Situated; CHARLENE BAVENCOFF, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE FULFILLMENT LAB, INC; RICHARD NELSON; BEYOND GLOBAL INC.; BRIGHTREE HOLDINGS CORP.; BMOR GLOBAL LLC; DAVID FLYNN; RICKIE JOE JAMES; and JOHN DOES 1-10,,<br><br>Defendants. | Case No.: 3:20-cv-01528-LL-DDL<br><br>**NOTICE OF SETTLEMENT**<br><br><br><br>Complaint Filed: August 6, 2020 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Plaintiffs Janet Sihler and Charlene Bavencoff ("Plaintiffs") have settled their claims against David Flynn, BMOR Global LLC, Beyond Global, Inc., and Brightree Holdings Corp. Plaintiffs will move the court for preliminary approval of these settlements this month.

Respectfully submitted,

DATED: May 7, 2024            **KNEUPPER & COVEY, PC**

/s/ Kevin M. Kneupper
Kevin M. Kneupper, Esq.

*Attorneys for Plaintiffs Janet Sihler and Charlene Bavencoff and the putative Class*