**KNEUPPER & COVEY, PC**
Kevin Kneupper, Esq. (CA SBN 325413)
kevin@kneuppercovey.com
A. Cyclone Covey, Esq. (CA SBN 335957)
cyclone@kneuppercovey.com
17011 Beach Blvd., Suite 900
Huntington Beach, CA 92647
Tel: (512) 420-8407

*Attorneys for Plaintiffs Janet Sihler,*
*Charlene Bavencoff, and the putative Class*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET SIHLER, Individually and On Behalf of All Others Similarly Situated; CHARLENE BAVENCOFF, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiffs,<br><br>v.<br><br>THE FULFILLMENT LAB, INC; RICHARD NELSON; BEYOND GLOBAL INC.; BRIGHTREE HOLDINGS CORP.; BMOR GLOBAL LLC; DAVID FLYNN; RICKIE JOE JAMES; and JOHN DOES 1-10,<br><br>                              Defendants. | Case No.:  3:20-cv-01528-LL-DDL<br><br>**JOINT STATUS REPORT**<br><br><br><br><br><br><br><br>Complaint Filed:  August 6, 2020 |

Plaintiffs JANET SIHLER and CHARLENE BAVENCOFF (collectively, "Plaintiffs") and defendants THE FULFILLMENT LAB, INC. and RICHARD NELSON jointly submit this JOINT STATUS REPORT pursuant to the Court's order, dkt. 251.

With respect to Defendant Rick James, who was the only defendant who had yet to settle as of the previous update to the Court, Plaintiff has executed an "icebreaker" settlement with him requiring cooperation on similar terms as with respect to Mr. Flynn. Plaintiff expects that the settlements will now fully resolve this action if approved.

The parties are in the process of finalizing the terms of the settlement with The Fulfillment Lab, Inc. and Richard Nelson, and currently expect to file a motion for preliminary approval within three weeks.

DATED:  June 19, 2024 **KNEUPPER & COVEY, PC**

/s/ Kevin Kneupper

Kevin Kneupper, Esq.

*Attorneys for Plaintiffs Janet Sihler and Charlene Bavencoff and the putative Class*

DATED:  June 19, 2024 **FITZGERALD KNAIER, LLP.**

/s/  Robert Fitzgerald
Robert Fitzgerald, Esq.

*Attorneys for Defendants The Fulfillment Lab, Inc. and Richard Nelson*

## Signature Certification

The filer of the document attests that concurrence in the filing of the document has been obtained from each of the other signatories.

                                                /s/ Kevin Kneupper /s/
                                                    Kevin Kneupper, Esq.